UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KELVIN LEON JONES, et al.,**

    *Plaintiffs*,

v.                                               Case No. 4:19cv300-MW/CAS

**RON DESANTIS, in his
official capacity as Governor
of the State of Florida, et al.,**

    *Defendants.*

_____/

## ORDER SETTING TELEPHONIC STATUS HEARING

This is a consolidated action in which Plaintiffs challenge the constitutionality of portions of S.B. 7066. While no motions have been filed, Plaintiffs seek a temporary, preliminary, and permanent injunction against Defendants. A district court "may issue a preliminary injunction only on notice to the adverse party." Fed. R. Civ. P. 65(a)(1). The notice requirement "implies a hearing in which the defendant is given a fair opportunity to oppose the application and to prepare such opposition." *Granny Goose Foods, Inc. v. Teamsters*, 415 U.S. 423, 434 n.7 (1974); *see also* Fed. R. Civ. P. 65(a)(2) (recognizing hearing requirement). In short, this Court must hold a hearing on an expedited basis. Accordingly, the Clerk is directed to set a telephonic status

1

hearing on Friday, July 5, 2019.

**SO ORDERED on July 2, 2019.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**

2