IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| KELVIN JONES, *et al.*,<br><br>  Plaintiffs,<br><br>           v.<br><br>RON DESANTIS, in his official capacity as Governor, *et al.*,<br><br>  Defendants. | Consolidated Case No. 4:19-cv-300-MW-MJF |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs Bonnie Raysor and Diane Sherrill, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the District Court for the District of Columbia. Attached is a Certificate of Good Standing from that court. My Attorney Admission Tutorial confirmation number is FLND155586459752249, and I hereby certify that I completed the CM/ECF tutorials. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

1

Dated July 2, 2019	Respectfully submitted,

/s/ Mark P. Gaber
Mark P. Gaber
D.C. Bar No. 988077
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegal.org

*Counsel for Plaintiffs Bonnie Raysor and Diane Sherrill*