# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

| | |
|---|---|
| KELVIN LEON JONES, *et al.*, <br><br> *Petitioner,* <br><br> v. <br><br> RON DESANTIS, in his official capacity as the Governor of Florida, an Indispensable Party, *et al.*, <br><br> *Respondents.* | Consolidated Case No. 4:19-cv-0300 |
| JEFF GRUVER, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KIM A. BARTON, in her official capacity as Supervisor of Elections for Alachua County, *et al.*, <br><br> *Defendants.* | Case No. 4:19-cv-00302 |
| BONNIE RAYSOR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LAUREL M. LEE, *et al.*, <br><br> *Defendants*. | Case No. 4:19-cv-00301 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, Jeff Gruver, Emory Marquis "Marq" Mitchell, Betty Riddle, Kristopher Wrench, Keith Ivey, Karen Leicht,

1

Raquel Wright, Steven Phalen, Clifford Tyson, Jermaine Miller, Florida State Conference of the NAACP, Orange County Branch of the NAACP, and League of Women Voters of Florida, through the undersigned counsel, respectfully move for the admission *pro hac vice* of John S. Cusick, a licensed member of the New York Bar. Mr. Cusick has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. John S. Cusick resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Mr. Cusick is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk.

3. Mr. Cusick is counsel at the NAACP Legal Defense and Educational Fund, Inc., located at 40 Rector Street, 5th floor, New York, New York, 10006.

4. Mr. Cusick completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial.

5. Mr. Cusick studied and is familiar with the Local Rules of this District.

6. Mr. Cusick has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is jcusick@naacpldf.org.

7. Mr. Cusick is paying the required $201.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit John S. Cusick to appear *pro hac vice*.

Date: July 3, 2019

/s/ *John S. Cusick*
John S. Cusick (NY Bar No. 5585245)
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax: (212) 226-7592
jcusick@naacpldf.org

*Counsel for Plaintiffs Jeff Gruver, Emory Marquis "Marq" Mitchell, Betty Riddle, Kristopher Wrench, Keith Ivey, Karen Leicht, Raquel Wright, Steven Phalen, Clifford Tyson, Jermaine Miller, Florida State Conference of the NAACP, Orange County Branch of the NAACP, and League of Women Voters of Florida*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ John S. Cusick*
John S. Cusick (NY Bar No. 5585245)
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax: (212) 226-7592
jcusick@naacpldf.org

*Counsel for Plaintiffs Jeff Gruver, Emory Marquis "Marq" Mitchell, Betty Riddle, Kristopher Wrench, Keith Ivey, Karen Leicht, Raquel Wright, Steven Phalen, Clifford Tyson, Jermaine Miller, Florida State Conference of the NAACP, Orange County Branch of the NAACP, and League of Women Voters of Florida*