UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

KELVIN LEON JONES, et al.,

    Plaintiffs,

v.                           Case No.: 4:19-cv-00300-MW-MJF

RON DESANTIS, in his official capacity
as the Governor of Florida
an indispensable party, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicholas A. Shannin of the Shannin Law Firm, P.A. hereby enters his appearance as counsel for Defendant, Bill Cowles, Supervisor of Elections for Orange County, Florida, and hereby designates the following email address for receiving service of court documents in the above referenced matter.

Email: service@shanninlaw.com

All documents required or permitted to be served on the undersigned must be served at the above designated address.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system on July 3, 2019, which will send a Notice of Electronic Filing to all counsel of record for the parties who have appeared.

Additionally, the parties that do not have counsel of record will be served via email to the following:

CRAIG LATIMER, in his Official Capacity as
Hillsborough County Supervisor of Elections
Fred B. Karl County Center
601 East Kennedy Boulevard, 16th Floor
Tampa, Florida 33602
Voter@hcsoe.org

PETER ANTONACCI, in his Official Capacity as
Broward County Supervisor of Elections
115 South Andrews Avenue, Room 102
Fort Lauderdale, Florida 33301
elections@browardsoe.org

MIKE HOGAN, in his Official Capacity as
Duval County Supervisor of Elections
105 East Monroe Street
Jacksonville, Florida 32202
mhogan@coj.net

LESLIE ROSSWAY SWAN, in her Official Capacity as
Indian River County Supervisor of Elections
4375 43rd Avenue
Vero Beach, Florida 32967
Info@voterindianriver.com

MARK EARLEY, in his Official Capacity as
Leon County Supervisor of Elections
2990-1 Apalachee Parkway
Tallahassee, Florida 32301
Vote@LeonCountyFL.gov

MICHAEL BENNETT, in his Official Capacity as
Manatee County Supervisor of Elections
600 301 Boulevard, West, Suite 108
Bradenton, Florida 34205
Info@votemanatee.com

RON TURNER, in his Official Capacity as
Sarasota County Supervisor of Elections
Terrace Building
101 South Washington Boulevard
Sarasota, Florida 34236
rturner@sarasotavotes.com

By: /s/ Nicholas A. Shannin
Nicholas A. Shannin, Esquire
Florida Bar No. 0009570
Shannin Law Firm, P.A.
214 South Lucerne Circle East, Suite 200
Orlando, Florida 32801
Tel:  (407) 985-2222
Email:  nshannin@shanninlaw.com
            service@shanninlaw.com
*General Counsel for Defendant, Bill Cowles, Supervisor of Elections for Orange County, Florida*