# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**KELVIN LEON JONES, et al.,**

    *Plaintiffs*,

v.     Case No. 4:19cv300-MW/CAS

**RON DESANTIS, in his
official capacity as Governor
of the State of Florida, et al.,**

    *Defendants*.

_____/

## ORDER DENYING
## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

John B. Thompson, a private citizen, moves for leave to file an *amicus curiae* brief in this case. ECF No. 45. His motion is **DENIED**.

"Unlike the Supreme Court Rules and the Federal Rules of Appellate Procedure, the Federal Rules of Civil Procedure do not specifically provide for the filing of amicus curiae briefs at the district court level."[1] *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006). "Nevertheless, district courts possess the inherent authority to appoint 'friends

---

[1] Similarly, this Court's local rules do not specifically provide for the filing of amicus briefs. *See* N.D. Fla. Loc. R. However, the rules do acknowledge (in passing reference) that amici may have some involvement. *See* N.D. Fla. Loc. R. 5.8(B)(2)(c) (providing that "[a]micus curiae or other parties permitted to intervene or otherwise participate" must satisfy certain requirements when filing records and transcripts).

of the court' to assist in their proceedings." *Id.* "It is within the discretion of the court to determine whether an *amicus* may appear and the extent and manner of participation by the *amicus*." *A.R. v. Dudek*, 2014 WL 12519764, at *4 (S.D. Fla. Apr. 7, 2014).

This Court has read Mr. Thompson's motion and appreciates Mr. Thompson's interest in this case. At this point, however, Plaintiffs appear to be amply staffed in the legal arena. There are, so to speak, more than enough cooks in the kitchen.

Accordingly,

**IT IS ORDERED:**

John B. Thompson's motion for leave to file an *amicus curiae* brief, ECF No. 45, is **DENIED**.

**SO ORDERED on July 8, 2019.**
                                          <u>**s/Mark E. Walker**</u>
                                          **Chief United States District Judge**