# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
## Tallahassee Division

| | |
|---|---|
| KELVIN LEON JONES, *et al.*,<br><br>       *Petitioner,*<br><br> v.<br><br>RON DESANTIS, in his official capacity as the Governor of Florida, an Indispensable Party, *et al.*,<br><br>       *Respondents.* | Consolidated Case No. 4:19-cv-0300 |
| JEFF GRUVER, *et al.*,<br><br>       *Plaintiffs,*<br><br> v.<br><br>KIM A. BARTON, in her official capacity as Supervisor of Elections for Alachua County, *et al.*,<br><br>       *Defendants.* | Case No. 4:19-cv-00302 |
| BONNIE RAYSOR, *et al.*,<br><br>       *Plaintiffs,*<br><br> v.<br><br>LAUREL M. LEE, in her official capacity as Secretary of State for Florida, *et al.*,<br><br>       *Defendants.* | Case No. 4:19-cv-00301 |
| LUIS MENDEZ,<br><br>       *Plaintiff,*<br><br> v.<br><br>RON DESANTIS, in his official capacity as Governor of the State of Florida, *et al.*,<br><br>       *Defendants.* | Case No: 4:19-cv-00272 |

# MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs Jeff Gruver, Emory Marquis "Marq" Mitchell, Betty Riddle, Kristopher Wrench, Keith Ivey, Karen Leicht, Raquel Wright, Steven Phalen, Clifford Tyson, Jermaine Miller, Florida State Conference of the NAACP, Orange County Branch of the NAACP, and League of Women Voters of Florida, through the undersigned counsel, respectfully move for the admission *pro hac vice* of R. Orion Danjuma, a licensed member of the New York Bar. Mr. Danjuma has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. R. Orion Danjuma resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.
2. Mr. Danjuma is licensed to practice law, *inter alia*, in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk.
3. Mr. Danjuma is a staff attorney at the American Civil Liberties Union Foundation, Inc., located at 125 Broad Street, 18th Floor, New York, NY 10004.
4. Mr. Danjuma has completed the online Attorney Admission Tutorial and exam (confirmation no. FLND15621827532396) and the online CM/ECF Tutorial.

5. Mr. Danjuma studied and is familiar with the Local Rules of this District.

6. Mr. Danjuma has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is odanjuma@aclu.org.

7. Mr. Danjuma is paying the required $201.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit R. Orion Danjuma to appear *pro hac vice*.

Date: July 12, 2019

                                                */s/ R. Orion Danjuma*
R. Orion Danjuma (NY Bar No. 4942249)
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2563
Fax: (212) 549-2654
odanjuma@aclu.org

*Counsel for Plaintiffs Jeff Gruver, Emory Marquis "Marq" Mitchell, Betty Riddle, Kristopher Wrench, Keith Ivey, Karen Leicht, Raquel Wright, Steven Phalen, Clifford Tyson, Jermaine Miller, Florida State Conference of the NAACP, Orange County Branch of the NAACP, and League of Women Voters of Florida*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ R. Orion Danjuma*
R. Orion Danjuma (NY Bar No. 4942249)
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2563
Fax: (212) 549-2654
odanjuma@aclu.org

*Counsel for Plaintiffs Jeff Gruver, Emory Marquis "Marq" Mitchell, Betty Riddle, Kristopher Wrench, Keith Ivey, Karen Leicht, Raquel Wright, Steven Phalen, Clifford Tyson, Jermaine Miller, Florida State Conference of the NAACP, Orange County Branch of the NAACP, and League of Women Voters of Florida*
