# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

KELVIN LEON JONES, et al.,

      *Plaintiffs*,

v.                                   **Case No. 4:19cv300-MW/CAS**

RON DESANTIS, in his
official capacity as Governor
of the State of Florida, et al.,

      *Defendants*.

_____/

## ORDER DENYING MOTION FOR
## EXPEDITED DISCOVERY AS MOOT

In light of the Secretary's Notice of Compliance, ECF No. 63, indicating that the *Gruver* Plaintiffs "have agreed to withdraw their Motion for Expedited Discovery . . . and intend to abide by this Court's Initial Scheduling Order," Plaintiffs' motion, ECF No. 36, is **DENIED as moot**.

This matter will proceed in one of two ways if the consolidated Plaintiffs continue to move in lockstep.[1] First, Plaintiffs will proceed pursuant to this Court's Initial Scheduling Order, conduct discovery on a non-expedited basis, and this Court will set the trial in late January or February at the earliest – assuming the discovery date in the Initial Scheduling Order is not extended.

---

[1] This case was consolidated for the sole purpose of judicial economy and sensible case management. There is no requirement that all Plaintiffs move in lockstep.

1

Alternately, Plaintiffs will proceed pursuant to this Court's Initial Scheduling Order while simultaneously seeking preliminary relief. This is what was represented to this Court in the now-moot Motion for Expedited Discovery, *see* ECF No. 36, at 1 ("Plaintiffs intend to seek preliminary relief to take effect before October 7, 2019"), and in multiple pre-consolidation complaints that indicated some Plaintiffs were seeking temporary, preliminary, and permanent relief.

**SO ORDERED on July 15, 2019.**

**s/Mark E. Walker** ____
**Chief United States District Judge**