UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

KELVIN LEON JONES, et al.,

    Plaintiffs,

v.                                Case No.: 4:19-cv-00300-MW-MJF

RON DESANTIS, in his official capacity
as the Governor of Florida
an indispensable party, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned has been retained as counsel for **Michael Bennett, Manatee County Supervisor of Elections.** Copies of any and all documents, of whatever kind or nature, which are served and/or filed in this matter should be served upon the undersigned.

Pursuant to the Supreme Court decision SC10-2101 regarding electronic mail, the undersigned attorney hereby designates the following email addresses for the purpose of receiving pleadings:

    *Primary:*    mbentley@bentleyandbruning.com
    *Secondary:*  vengel@bentleyandbruning.com
                      jbradley@bentleyandbruning.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system on July 15th, 2019, which will send a Notice of Electronic Filing to all counsel of record for the parties who have appeared.

MORGAN R. BENTLEY, ESQ.
Florida Bar No. 0962287
*mbentley@bentleyandbruning.com*
783 South Orange Ave., Suite 300
Sarasota, Florida 34236
Telephone: 941-556-9030
Facsimile: 941-312-5316
*jbradley@bentleyandbruning.com*
*vengel@bentleyandbruning.com*