# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

KELVIN LEON JONES, et al.,

     *Plaintiffs*,

v.                             Case No. 4:19cv300-MW/CAS

RON DESANTIS, in his
official capacity as Governor
of the State of Florida, et al.,

     *Defendants.*

_____/

## ORDER OF DISQUALIFICATION

Defendant Peter Antonacci has hired George Meros of Holland & Knight LLP as counsel. ECF No. 83. The undersigned's wife is a partner at that firm. The undersigned hereby disqualifies himself.

The Eleventh Circuit has outlined a process to differentiate legitimate judicial recusal necessary under federal law from frivolous recusals brought on by unscrupulous shenanigans. *Robinson v. Boeing Co.*, 79 F.3d 1053, 1055 (11th Cir. 1996); *see also In re BellSouth Corp.*, 334 F.3d 941, 956 (11th Cir. 2003). In another case involving Holland & Knight, I followed that process and referred the matter to my late colleague Judge Paul. Judge Paul determined that the firm "should be disqualified because of the potential for manipulation of the judicial system, the lack of need by Defendants for this particular

counsel, and the potential delay and loss of judicial activity." *Hunters Run Apartments, Ltd. v. WCA Waste Corp.*, 1:15-cv-151-MP-GRJ, ECF No. 104 (N.D. Fla. Apr. 25, 2016).

I will not employ that process here. Although the conduct at issue is deeply troubling,[1] I am relieved of those concerns by confidence in my colleagues on this Court to preside over the remainder of this case and judge it fairly and wisely.

**SO ORDERED on July 17, 2019.**

**s/Mark E. Walker**
**Chief United States District Judge**

---

[1] *See* Fla. Bar R. 4-8(d) ("A lawyer shall not engage in conduct in connection with the practice of law that is prejudicial to the administration of justice.").