IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

RON DeSANTIS, in his official
capacity as Governor et al.,

    Defendants.

CONSOLIDATED
CASE NO.  4:19cv300-RH/MJF

_____/

BONNIE RAYSOR et al.,

    Plaintiffs,

v.

LAUREL M. LEE, in her official
capacity as Secretary of State,

    Defendant.

CASE NO. 4:19cv301-RH-MJF

_____/

JEFF GRUVER et al.,

      Plaintiffs,

v.                            CASE NO. 4:19cv302-RH-MJF

KIM A. BARTON, in her official capacity as
Supervisor of Elections for Alachua County et al.,

      Defendants.

_____/

ROSEMARY OSBORNE McCOY et al.,

      Plaintiffs,

v.                            CASE NO. 4:19cv304-RH-CAS

RONALD DION DeSANTIS, in his official
capacity as Governor of Florida et al.,

      Defendants.

_____/

LUIS MENDEZ,

      Plaintiff,

v.                            CASE NO. 4:19cv272-RH-MJF

RON DeSANTIS, in his official capacity
as the Governor of Florida et al.,

      Defendants.

_____/

# ORDER SETTING TERMS OF CONSOLIDATION, RULE 26(f) DEADLINES, AND A SCHEDULING CONFERENCE

These cases have recently been reassigned to me. This order amends the prior orders consolidating the cases, sets deadlines under Federal Rule of Civil Procedure 26(f), and directs the clerk to set a scheduling conference.

The schedule will be set with a goal of providing enough time for diligent consideration of the issues in this court and on appeal and for unhurried implementation of the ultimate decision by state elections officials. The attorneys should take this into account when conferring under Rule 26(f). The Rule 26(f) report should address whether there will be a motion for a preliminary injunction and, if so, not only a briefing and hearing schedule but also whether any party will offer live testimony, the admissibility of declarations, and possible consolidation with the merits.

IT IS ORDERED:

1. These cases are consolidated for case-management purposes only and will be maintained on a common docket under Consolidated Case No. 4:19cv300.

2. Any of these papers must be filed in the individual case to which the paper relates: a complaint (or counterclaim, cross-claim, or third-party complaint), answer, motion to intervene, judgment, notice of appeal, or motion to amend or amended version of any of them. Any other paper that is applicable to any of these

cases must be filed in the common docket (Consolidated Case No. 4:19cv300) and must not be filed separately in another case. A paper—other than a complaint (or counterclaim, cross-claim, or third-party complaint), answer, motion to intervene, judgment, notice of appeal, or amended version of any of them—that is filed in the common docket will be deemed filed in every case.

    3. The deadline for a Rule 26(f) conference among attorneys for all parties in any of these cases is August 5, 2019.

    4. The deadline to file the 26(f) report is August 12, 2019.

    5. By a separate notice, the clerk must set a scheduling conference by telephone for August 15, 2019 at 11:00 a.m.

    6. The attorneys may confer regarding the date of the scheduling conference. It will be moved to another date available on the court's calendar if all parties agree. The courtroom deputy clerk must cooperate with the parties on the availability of other dates.

    SO ORDERED on July 23, 2019.

                             s/Robert L. Hinkle
                             United States District Judge