IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO. 4:19cv300-RH/MJF

RON DeSANTIS, in his official capacity as
Governor et al.,

    Defendants.

_____/

## ORDER EXTENDING THE DEADLINE
## TO RESPOND TO THE COMPLAINTS

The defendants' unopposed motion, ECF No. 89, to extend the deadline to respond to the amended complaint in No. 4:19cv300 is granted. The deadline for these defendants to respond to the pending complaint in any of the consolidated cases is the later of August 2, 2019 or the deadline that would have applied in the absence of this order.

SO ORDERED on July 22, 2019.

                                      s/Robert L. Hinkle
                                      United States District Judge