UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES, et al.,

    Plaintiffs,

v.

RON DESANTIS, in his official capacity as Governor of Florida, et al.,

    Defendants.

Consolidated Case
No. 4:19-cv-300-RH-CAS

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR A SCHEDULING AND BRIEFING ORDER**

Plaintiffs having filed their Motion to Amend the Initial Discovery Order and Request for a Hearing Date, and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that:

1. Plaintiffs' response to any motion to dismiss filed on August 2, 2019 shall be filed no later than August 23, 2019.

2. Plaintiffs' motion for preliminary relief shall be filed no later than August 2, 2019.

1

3. Plaintiffs may file a memorandum in support of their motion for preliminary relief that exceeds the word limit set forth in N.D. Fla. L.R. 7.1(F). Plaintiffs' memorandum in support of their motion for preliminary relief shall not exceed 18,000 words.

4. Defendants' response to Plaintiffs' motion for preliminary relief shall be filed no later than August 28, 2019.

5. Plaintiffs may file a reply in support of their motion for preliminary relief, and such reply shall be filed no later than two weeks after August 28, 2019 and no less than one week before a preliminary injunction hearing.

6. A hearing on Plaintiffs' motion for preliminary relief shall be held on September___, 2019 at 10:00 am.

                                          HON. ROBERT L. HINKLE
                                          United States District Court Judge

Copies furnished to all counsel of record