EXHIBIT T

**Kari Ewalt**

| | |
|---|---|
| **From:** | Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com> |
| **Sent:** | Monday, February 11, 2019 10:05 AM |
| **To:** | SOEList; SOEStaffContacts |
| **Cc:** | Brown, George; Brown, Toshia; Marconnet, Amber; Modrow, Janet |
| **Subject:** | Time-Sensitive Notice: Pending FDLE Felon Files |

Dear Supervisors and staff,

As you all know, Amendment 4 went into effect on January 8 and there has been no delay in implementation.

In order to ensure the Department is fully complying with the law and honoring the will of the voters, we will be recalling this week for re-examination the potential felony match files that the Division previously sent you prior to the passage of Amendment 4 and that are still reflected as pending (PEN) at the county level. These are files for which you have not yet made a final determination of ineligibility. By reexamining these files under the scope of Amendment 4, we can ensure that registered eligible voters are not incorrectly removed from the rolls.

To complete the task on our end, please *invalidate* all PEN felony matches you received from the Division of Elections that you would like us to pull back and reexamine under the scope of Amendment 4.  This includes all Active (ACT) and Inactive (INA) records, regardless at which stage the record is pending, short of removal. We will only recall the *invalidated* PEN files after 6 PM (Eastern Time), February 14 (Thursday).

Your points of contact will be Chief Toshia Brown (Toshia.brown@dos.myflorida.com; 850.245.6225) and Amber Marconnet (amber.marconnet@dos.myflorida.com; 850.245.6224).

If you have any questions, please let us know. Thank you for your cooperation.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6520
Maria.matthews@dos.myflorida.com

*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided.*
*Please note: Florida has a broad public records law. Written communications to or from state officials regarding state business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail message may be subject to public disclosure.*