UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES, et al.,

    *Plaintiffs,*

v.

RON DESANTIS, in his official capacity as Governor of Florida, et al.,

    *Defendants.*

Consolidated Case No. 4:19-cv-300-RH-MJF

## FIRST JOINT DISCOVERY REPORT

Pursuant to the Court's order of July 5, 2019, the Parties to this action jointly submit the following discovery report. The undersigned counsel for the *Gruver* Plaintiffs has conferred with counsel for all of the other parties and obtained consent to file this joint report. By joining in this report, Defendants do not waive, and expressly reserve, any objections that they may have to the discovery propounded by Plaintiffs.

### Written Discovery

As of the filing of this report, Defendants have not propounded any written discovery requests. Plaintiffs have propounded their first requests for documents

and interrogatories to each of the following defendants, with the following response deadlines:

*Defendant Secretary of State*

1. *Gruver* Plaintiffs' First Request for Production of Documents sent to Defendant Laurel Lee, Secretary of State, on July 9, 2019.

2. *Gruver* Plaintiffs' First Set of Interrogatories to Defendant Laurel Lee, Secretary of State, sent on July 9, 2019.

3. *McCoy* Plaintiffs' First Request for Production of Documents sent to Defendant Laurel Lee, Secretary of State, on July 16, 2019.

*Defendants Supervisors of Elections*

1. *Gruver* Plaintiffs' First Request for Production of Documents sent to Defendants Supervisors of Elections, on July 9, 2019.

2. *Gruver* Plaintiffs' First Set of Interrogatories to Defendants Supervisors of Elections, sent on July 9, 2019.

3. *McCoy* Plaintiffs' First Request for Production of Documents sent to Defendants Mike Hogan, Supervisor of Elections, Duval County, on July 16, 2019.

Depositions

Plaintiffs conducted the deposition of the Supervisor of Elections of Osceola County on July 31, 2019 and received documents related to that deposition on July

26, 2019. Plaintiffs have issued notices or subpoenas for the following depositions. In instances where Plaintiffs subpoenaed a non-party for a deposition, they also subpoenaed related documents. Some of the deposition dates may change based on ongoing conversations among counsel:

1. Notice of deposition sent to Defendant Craig Latimer, Supervisor of Elections, Hillsborough County, on July 16, 2019. The date of the deposition is under discussion, but it will likely commence at 2:00 p.m. on August 26, 2019.

2. Notice of deposition sent to Defendant Kim A. Barton, Supervisor of Elections, Alachua County, on July 16, 2019. The deposition will commence at 9:30 a.m. on August 27, 2019.

3. Notice of deposition sent to Defendant Mike Hogan, Supervisor of Elections, Duval County, on July 22, 2019. The deposition will commence at 10:00 a.m. on August 28, 2019.

4. Notice of deposition sent to Maria Matthews, Director, Florida Division of Elections, on July 16, 2019. The date and time of deposition remain to be confirmed.

5. Notice of deposition sent to Toshia Brown, Chief, Florida Bureau of Voter Registration Services, on July 16, 2019. The date and time of deposition remain to be confirmed.

6. Notice of deposition sent to Defendant Mark Earley, Supervisor of Elections, Leon County, on July 16, 2019. The date and time of deposition remain to be confirmed.

7. Subpoena for deposition and documents sent to Carolyn Timmann, Martin County Clerk of the Circuit Court and Comptroller, on July 16, 2019. The date and time of deposition remain to be confirmed.

Dated: August 6, 2019                        By:   s/ Sean Morales-Doyle

Wendy Weiser
Myrna Pérez
Sean Morales-Doyle*
Eliza Sweren-Becker*
Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
sean.moralesdoyle@nyu.edu
eliza.sweren-becker@nyu.edu

* Admitted *pro hac vice*

*Counsel for the* Gruver *Plaintiffs*, *on behalf of all Parties*

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing First Joint Discovery Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: <u>s/ Sean Morales-Doyle</u>
One of the Attorneys for the
*Gruver* Plaintiffs