# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KELVIN LEON JONES, et al.,

      Plaintiffs,

v.

RON DESANTIS, in his official capacity as
Governor of Florida, et al.,

      Defendants.

Consolidated Case
No. 4:19-cv-300-RH-CAS

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, FOR FURTHER RELIEF

Plaintiffs, by and through their attorneys, move the Court pursuant to Rule 65(a) of the Federal Rules of Civil Procedure for a preliminary injunction enjoining Defendants from enforcing the provisions of SB7066 that require payment of financial obligations for automatic restoration of the right to vote.  In support thereof, Plaintiffs state as follows:

1.    On November 6, 2018, more than 5 million Florida voters approved a sweeping change to Florida's system of felony disenfranchisement by passing Amendment 4 to the Florida Constitution with 64.55 percent of voters in support.

2.    On May 2, 2019, the Florida Legislature enacted SB7066.

3.     On June 28, 2019, Governor DeSantis signed SB7066 into law.  It became effective July 1, 2019.

4.     Plaintiff Martinez filed suit on June 15, 2019. The *Gruver* and *Raysor* Plaintiffs and Plaintiff Jones filed their complaints on June 28, 2019. The *McCoy* Plaintiffs filed their complaint on July 1, 2019.

5.     Plaintiffs filed a memorandum in support of preliminary relief on August 2, 2019, ECF No. 98-1, addressing all necessary elements for the entry of a preliminary injunction, as well as declarations and studies supporting Plaintiffs' claims.

WHEREFORE, Plaintiffs respectfully move that the Court enter an order:

A. restraining and enjoining Defendants from enforcing the provisions of Fla. Stat. §§ 98.0751(1)–(2)(a) that require payment of any financial obligations before automatic restoration of the right to vote;

B. restraining and enjoining Defendants from enforcing the provisions of SB7066 that modify the uniform voter registration application by amending Fla. Stat. §§ 97.052(2)(t)–(u);

C. declaring those provisions unconstitutional in derogation of the First, Fourteenth, and Twenty-Fourth Amendments;

D. declaring that individual Plaintiffs and members of organizational Plaintiffs who have completed any incarceration, parole, or probation,

and have outstanding financial obligations have the right to register and

vote, and enjoining Defendants from removing them from the voter rolls;

and

E. providing other equitable relief necessary to ensure the efficacy of the

order, including extension of any relevant registration deadlines.

**Date: August 15, 2019**

Respectfully submitted,

/s/ *Julie A. Ebenstein*
Julie A. Ebenstein, Fla. Bar No. 91033
R. Orion Danjuma*
Jonathan S. Topaz*
Dale E. Ho**
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 284-7332
Fax: (212) 549-2654
jebenstein@aclu.org
odanjuma@aclu.org
jtopaz@aclu.org
dho@aclu.org

Daniel Tilley, Fla. Bar No. 102882
Anton Marino**
American Civil Liberties Union of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
amarino@aclufl.org

Jimmy Midyette, Fla. Bar No. 0495859
American Civil Liberties Union Foundation of Florida
118 W. Adams Street, Suite 510
Jacksonville, FL 32202
Tel: (904) 353-8097
jmidyette@aclufl.org

Leah C. Aden*
John S. Cusick*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
laden@naacpldf.org
jcusick@naacpldf.org

Wendy Weiser
Myrna Pérez
Sean Morales-Doyle*
Eliza Sweren-Becker*
Brennan Center for Justice at NYU
School of Law
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu

*Counsel for Gruver Plaintiffs*
* Admitted Pro Hac Vice
** Pro Hac Vice applications forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2019, I served a true and correct copy of the foregoing document via electronic notice by the CM/ECF system on all counsel or parties of record.

/s/ *Julie A. Ebenstein*
Julie A. Ebenstein