# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO. 4:19cv300-RH/MJF

RON DeSANTIS, in his official capacity as Governor et al.,

    Defendants.

_____/

## ORDER DEEMING PRELIMINARY-INJUNCTION RESPONSE TIMELY

The defendant Bill Cowles's unopposed motion, ECF. No.136, to deem timely his response to the preliminary-injunction motion is granted. The response, ECF No. 135, is deemed timely.

SO ORDERED on September 10, 2019.

                    s/Robert L. Hinkle
                    United States District Judge