IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

                              CONSOLIDATED
v.                            CASE NO. 4:19cv300-RH/MJF

RON DeSANTIS et al.,

    Defendants.

_____/

## ORDER DENYING THE MOTION TO STAY

      The Governor's and Secretary of State's motion to stay, ECF No. 138, is denied. But to the extent pertinent, the motion will be deemed a supplement to the pending motion to dismiss. No change is made to the briefing schedule on the motion to dismiss or to any other part of the existing schedule.

      SO ORDERED on September 11, 2019.

                                                    s/Robert L. Hinkle
                                                    United States District Judge