UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES, et al.,

      *Plaintiffs,*

v.

RON DESANTIS, in his official capacity as Governor of the State of Florida, et al.,

      *Defendants.*

Consolidated Case No. 4:19-cv-300-RH/MJF

## PLAINTIFFS' WITNESS LIST

All Plaintiffs in this consolidated action hereby provide the following list of witnesses that Plaintiffs intend to or may call via live testimony at the preliminary injunction hearing scheduled to begin at 9:00 a.m. on October 7, 2019:

**I.    Fact Witnesses: Will Call**

| Witness | Testimony |
|---|---|
| Mark Earley<br>Defendant<br>Supervisor of Elections for Leon County | Florida voter registration process and voter eligibility determination |
| Carey Haughwout<br>Palm Beach County Public Defender | Florida criminal records and records on legal financial obligations |

**II.    Fact Witnesses: May Call**

| Witness | Testimony |
|---|---|
| Betty Riddle<br>Plaintiff | Impact of SB7066 |

| | |
|---|---|
| Clifford Tyson<br>Plaintiff | Impact of SB7066 |
| Diane Sherrill<br>Plaintiff | Impact of SB7066 |
| Emory Marquis "Marq" Mitchell<br>Plaintiff | Impact of SB7066 |
| Lee Hoffman<br>Plaintiff | Impact of SB7066 |
| Raquel Wright<br>Plaintiff | Impact of SB7066 |
| Rosemary McCoy<br>Plaintiff | Impact of SB7066 |
| Sheila Singleton<br>Plaintiff | Impact of SB7066 |
| Carolyn Timmann<br>Clerk of the Circuit Court &<br>Comptroller Martin County | Florida criminal records and records on legal financial obligations |
| Gwen Marshall<br>Clerk of the Circuit Court &<br>Comptroller for Leon County | Florida criminal records and records on legal financial obligations |

### III.  Expert Witnesses: Will Call

| Witness | Subject Matter |
|---|---|
| Daniel A. Smith<br>Professor and Chair,<br>Department of Political Science<br>University of Florida | Impact of SB7066 |

### IV.  Additional Designations

Plaintiffs reserve the right to supplement or amend this list based on Defendants' witness list for the preliminary injunction hearing. Plaintiffs also reserve the right to call, live or via deposition, any witnessed called by Defendants for the preliminary injunction hearing.

**Dated: September 16, 2019**

Respectfully submitted,

/s/ *Leah C. Aden*
Leah C. Aden*
John S. Cusick*
NAACP Legal Defense &
 Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
jcusick@naacpldf.org

Wendy Weiser
Myrna Pérez
Sean Morales-Doyle*
Eliza Sweren-Becker*
Brennan Center for Justice at NYU
 School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu

Julie A. Ebenstein
Fla. Bar No. 91033
R. Orion Danjuma*
Jonathan S. Topaz*
Dale E. Ho**
American Civil Liberties Union
 Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 284-7332
Fax: (212) 549-2654
jebenstein@aclu.org
odanjuma@aclu.org
jtopaz@aclu.org

Daniel Tilley
Fla. Bar No. 102882
Anton Marino**
American Civil Liberties Union of
 Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
amarino@aclufl.org

Jimmy Midyette
Fla. Bar No. 0495859
American Civil Liberties Union
 Foundation of Florida
118 W. Adams Street, Suite 510
Jacksonville, FL 32202
Tel: 904-353-8097
jmidyette@aclufl.org

*Counsel for Gruver Plaintiffs*

/s/ *Nancy G. Abudu*
Nancy G. Abudu (Fla. Bar No. 111881)
Caren E. Short*
Southern Poverty Law Center
P.O. Box 1287
Decatur, Ga 30031-1287
Tel: 404-521-6700
Fax: 404-221-5857
nancy.abudu@Splcenter.org
caren.short@Splcenter.org

*Counsel for Plaintiffs Rosemary Osborne McCoy & Sheila Singleton*

*/s/ Michael A. Steinberg*
Michael A. Steinberg
Fla. Bar No. 340065
4925 Independence Pkwy, Suite 195
Tampa, Fl 33634
Tel: (813) 221-1300
frosty28@aol.com

*Counsel for Plaintiffs Kelvin Leon Jones & Luis A. Mendez*

/s/ *Danielle M. Lang*
Daniel M. Lang*
Mark P. Gaber*
Molly E. Danahy*
Jonathan M. Diaz*
Blair Bowie*
Campaign Legal Center
1101 14th Street, Ste. 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegal.org
mgaber@campaignlegal.org
mdanahy@campaignlegal.org
jdiaz@campaignlegal.org
bbowie@campaignlegal.org

Chad W. Dunn (Fla. Bar No. 119137)
Brazil & Dunn 1200 Brickell Ave, Ste. 1950
Miami, FL 33131
(305) 783-2190
chad@brazilanddunn.com

*Counsel for Raysor Plaintiffs*

\* Admitted *Pro Hac Vice*
\*\* *Pro Hac Vice* applications forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, I served a true and correct copy of the foregoing document via electronic notice by the CM/ECF system on all counsel or parties of record.

/s/ *Leah C. Aden*
Leah C. Aden

*Counsel for Gruver Plaintiffs*