# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KELVIN LEON JONES,

    Plaintiff,

                                    Case No.: 4:19-cv-00300-RH-MJF

v.

RON DESANTIS, in his Official Capacity
as the Governor of Florida, et al.

    Defendants.
_____/

BONNIE RAYSOR, et al.,

    Plaintiffs,

                                    Case No.: 4:19-cv-00301-RH-MJF

v.

LAUREL M. LEE, in her Official Capacity
as Secretary of State of the State of Florida,

    Defendant.
_____/

JEFF GRUVER, et al.,

    Plaintiffs,

                                    Case No.: 4:19-cv-00302-RH-MJF

v.

KIM A. BARTON, in her Official Capacity
as Supervisor of Elections for Alachua County, et al.

    Defendants.
_____/

ROSEMARY OSBORNE MCCOY, et al.,

  Plaintiffs,

v.

          Case No.: 4:19-cv-00304-RH-CAS

RONALD DION DESANTIS, in his Official Capacity
as Governor of Florida, et al.

  Defendants.
_____/

LUIS MENDEZ,

  Plaintiff,

          Case No.: 4:19-cv-00272-RH-CAS

v.

RON DESANTIS, in his Official Capacity
as the Governor of Florida, et al.

  Defendants.
_____/

# GOVERNOR AND SECRETARY OF STATE'S WITNESS LIST

Pursuant to this Court's Scheduling Order dated August 15, 2019 (ECF No. 107), Governor Ron DeSantis and Secretary of State Laurel M. Lee, by and through their undersigned counsel, serves their preliminary witness list for the October 7, 2019 preliminary-injunction hearing as follows:

**Intends to Call**

None.

**May Call If the Need Arises**

1. Maria Matthews, Esq.
   Director, Division of Elections
   Florida Department of State, R.A. Gray Building
   c/o undersigned counsel

2. Toshia Brown
   Chief, Bureau of Voter Registration Services
   Florida Department of State, R.A. Gray Building
   c/o undersigned counsel

3. Michael Barber, Ph. D
   Assistant Professor of Political Science
   Brigham Young University
   c/o undersigned counsel

4. Plaintiff Rosemary McCoy
   (in person or by deposition)

5. Plaintiff Sheila Singleton
   (in person or by deposition)

6. All persons listed on Plaintiffs' witness lists.

7. All persons listed on any co-Defendant's witness lists.

8. Any other witnesses needed for rebuttal.

The Governor and Secretary of State reserve the right to amend this preliminary witness list with appropriate notice to Plaintiffs and co-Defendants.

Respectfully submitted this 16th day of September, 2019.

| | |
|---|---|
| JOSEPH W. JACQUOT (FBN 189715)<br>General Counsel<br>joe.jacquot@eog.myflorida.com<br>NICHOLAS A. PRIMROSE (FBN 104804)<br>Deputy General Counsel<br>nicholas.primrose@eog.myflorida.com<br>COLLEEN M. ERNST (FBN 112903)<br>Deputy General Counsel<br>colleen.ernst@eog.myflorida.com<br>Executive Office of the Governor<br>400 S. Monroe St., PL-5<br>Tallahassee, FL 32399<br>Telephone: (850) 717-9310<br>Fax: (850) 488-9810<br><br>*Counsel for Governor Ron DeSantis* | BRADLEY R. MCVAY (FBN 79034)<br>General Counsel<br>brad.mcvay@dos.myflorida.com<br>ASHLEY E. DAVIS (FBN 48032)<br>Deputy General Counsel<br>ashley.davis@dos.myflorida.com<br>Florida Department Of State<br>R.A. Gray Building Suite, 100<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250<br>Phone: (850) 245-6536<br>Fax: (850) 245-6127<br><br>MOHAMMAD O. JAZIL (FBN 72556)<br>mjazil@hgslaw.com<br>GARY V. PERKO (FBN 855898)<br>gperko@hgslaw.com<br>Hopping Green & Sams, P.A.<br>119 South Monroe Street, Suite 300<br>Tallahassee, Florida 32301<br>Phone: (850) 222-7500<br>Fax: (850) 224-8551<br><br>*/s/ Tara R. Price*<br>GEORGE N. MEROS, JR. (FBN 263321)<br>george.meros@hklaw.com<br>TARA R. PRICE (FBN 98073)<br>tara.price@hklaw.com<br>Holland & Knight LLP<br>315 South Calhoun Street, Suite 600<br>Tallahassee, Florida 32301<br>Telephone: (850) 224-7000<br>Facsimile: (850) 224-8832<br><br>*Counsel for the Florida Secretary of State, Laurel M. Lee* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this 16th day of September, 2019.

*s/ Tara R. Price*
Tara R. Price