# Exhibit 1

Florida Supeme Court Oral Arguments

March 06, 2017

# PHIPPS REPORTING

*Raising the Bar!*

SOS APPX- 000014

```
1

2

3

4

5

6                    AUDIO TRANSCRIPTION OF:

7            Advisory Opinion to the Attorney General

8                  Re: Voting Restoration Amendment,

9      SC16-1785 and Advisory Opinion to the Attorney General

10      Re: Voting Restoration Amendment (FIS), SC16-1981

11

12

13            Florida Supreme Court Oral Arguments

14                    Monday, March 6, 2017

15                        Pages 1 - 20

16

17

18

19

20

21

22    STENOGRAPHICALLY TRANSCRIBED BY:  JUDY LYNN MARTIN

23

24

25
```

Florida Supreme Court  Oral Argument
March 06, 2017

```
 1    APPEARANCES:

 2    Chief Justice Jorge Labarga

 3    Justice Peggy A. Quince

 4    Justice Barbara J. Pariente

 5    Justice Ricky Polston

 6    Justice Alan Lawson

 7

 8    Amit Agarwal, Solicitor General

 9    Jon L. Mills, Esquire

10    Andrew Starling

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

                    P R O C E E D I N G S

1
2        THE DEPUTY CLERK:  All rise.  Hear ye, hear
3    ye, hear ye, the Supreme Court of Florida is now in
4    session.  All who have cause to plea, draw near
5    give attention.  You shall be heard.  God save
6    these United States, the great state of Florida and
7    this Honorable Court.
8        Ladies and gentlemen, the Supreme Court of
9    Florida.  Please be seated.
10       CHIEF JUSTICE LABARGA:  Good morning.  Welcome
11   to the Florida Supreme Court.  The first case on
12   the docket this morning will be the Advisory
13   Opinion to the Attorney General.
14       Sir.
15       MR. AGARWAL:  Good morning, Mr. Chief Justice,
16   and may it please the Court.  My name is
17   Amit Agarwal.  I'm appearing on behalf of the
18   Attorney General.
19       We're here this morning on the Attorney
20   General's petition for an advisory opinion
21   concerning a ballot initiative entitled "Voting
22   Restoration Amendment."
23       Only one party will be presenting argument
24   this morning.  Mr. Jon L. Mills will argue in
25   support of ballot placement on behalf of the

SOS APPX- 000017

Florida Supreme Court Oral Argument
March 06, 2017

Page 4

```
 1   initiative's sponsor, Floridians For a Fair
 2   Democracy.  Thank you very much.
 3        CHIEF JUSTICE LABARGA:  Has the Attorney
 4   General taken a position on this?
 5        MR. AGARWAL:  No, Your Honor.
 6        CHIEF JUSTICE LABARGA:  Thank you.
 7        MR. MILLS:  May it please the Court, my name
 8   is Jon Mills, counsel for the proponent.  Joining
 9   me at counsel table is Andrew Starling.
10        The mission of the Court in reviewing of the
11   initiatives is one overarching issue, and that is
12   presenting a fair question to the voters of
13   Florida.
14        That question is directed to the Court in two
15   parts.  First is the initiative, does it constitute
16   a single subject and, secondly, is the title and
17   summary a clear explanation of the overall purpose
18   of the initiative.
19        The single subject is divided into two parts
20   itself; that is, is the initiative -- does it
21   constitute log rolling; that is, putting together
22   two disparate issues in order to try to encourage
23   voters unfairly to vote for a proposition, say if
24   proposition included increasing sentences for drug
25   dealers and increasing salaries for teachers.
```

1  Those are disparate subjects that shouldn't be put

2  together.

3      The second component of the single-subject

4  rule is does the proposal have a substantial impact

5  on multiple functions of government, which, again,

6  would create an unfair question.

7      In the past, an example of this was an

8  allocation of 40 percent of general revenue to

9  education, and the consequence of that would be to

10 have an impact on multiple functions of government.

11 This initiative is rather narrow.

12     It actually simply provides that -- restores

13 the right to vote to individuals with felony

14 convictions, excluding convictions for murder and

15 felony sexual offenses, upon the completion of all

16 terms of the criminal offense.

17 JUSTICE QUINCE:  So let me just ask you this,

18 that means that the convicted person would not have

19 to do anything about restoring rights.  This would

20 be an automatic provision.

21     Are there other rights that they would have to

22 do something about to have restored?

23 MR. MILLS:  This only relates to voting.  So

24 it doesn't restore the right to hold office,

25 doesn't restore the right to be on a jury or to own

SOS APPX- 000019

Case 4:19-cv-00300-RH-MJF Document 32-1 Filed 09/06/19 Page 28 of 205
Florida Supreme Court  Oral Argument
March 06, 2017

Page 6

1   a gun, so it's simply voting.

2       A very good explanation of the process was

3   done by the fiscal -- Financial Estimating

4   Conference that went through specifically how this

5   would work in comparison to how it works now.

6       If you are registering to vote, you go to the

7   Supervisor of Elections and you fill out a form.

8   One of the issues on that form is do you have a

9   felony conviction.  So now, given if this passes,

10  it would have do you have a felony conviction and

11  have you fulfilled all terms of the sentence.

12      And at that point, the Supervisors of Election

13  send those forms to the Secretary of State who

14  verifies it.  So it's -- that process does not

15  change and the process statewide would be

16  identical.  So it doesn't, as the fiscal impact --

17  Financial Impact Conference said, it doesn't change

18  the statutory process at all.

19  JUSTICE PARIENTE:  Well, it would probably,

20  just from the financial part -- since there was all

21  of this effort several years ago to make sure all

22  felons were removed from the role, so this would be

23  anyone wanting to vote would have to affirmatively

24  reapply?

25  MR. MILLS:  Yes, that's right.  It doesn't --

SOS APPX- 000020

Florida Supreme Court  Oral Argument
March 06, 2017

1   there isn't an automatic right to go in and vote.

2   You have to register to vote.  And the Financial

3   Estimating Conference reviewed the number of

4   individuals to whom that might apply, and it might

5   be as many as 700,000 to whom it would apply.

6       They did an evaluation of how this process

7   works in other states.  Most other states do allow

8   people to vote after they've fulfilled their

9   sentences.  And about 20 percent of the people who

10  are eligible do that.

11      So their estimate was it would be -- about

12  270,000 people would be eligible and would probably

13  come in.  So the Financial Estimating Conference

14  suggests there will be a bump in expenses, but it

15  would actually level out over time.

16      JUSTICE POLSTON:  This includes the completion

17  of the terms of probation; right?

18      MR. MILLS:  Yes, sir.  It specifically

19  includes all matters included in the sentence,

20  including probation and parole.  So that means all

21  matters -- anything that a judge puts into a

22  sentence.

23      JUSTICE POLSTON:  So it would also include the

24  full payment of any fines?

25      MR. MILLS:  Yes, sir.  All terms means all

SOS APPX- 000021

 1    terms within the four corners.  So the applicant

 2    would have to indicate that they have indicated

 3    that they have completed all terms, and the

 4    Secretary of State would -- would verify that.

 5        JUSTICE QUINCE:  So the Secretary of State

 6    would verify that.  So once a person pays all their

 7    fines, completes their parole, completes their

 8    probation, that information is sent to the

 9    Secretary of State?

10        MR. MILLS:  The Secretary of State actually

11    gathers it.  The Secretary of State talks to FDLE,

12    Corrections, et cetera.  So they collect the

13    information and then they verify it back to the

14    Supervisor of Elections.  The Supervisor of

15    Elections makes that judgment.

16        Ultimately, if the applicant does not agree

17    with the Supervisor of Elections, they can go to

18    the -- to the circuit court.

19        JUSTICE QUINCE:  So that's -- and that's the

20    process they could do right now?

21        MR. MILLS:  That process exists because right

22    now you will be checking the box to say I am not a

23    felon.  So if it's sent in and the Secretary of

24    State in verification shows that you are, then you

25    are not qualified, and then they would not qualify

SOS APPX- 000022

Florida Supreme Court Oral Argument
March 06, 2017

1  you.

2      JUSTICE QUINCE:  So everyone who registers to

3  vote, the Secretary of State says whether you are

4  or not, I didn't --

5      MR. MILLS:  Yes.  The Secretary of State

6  verifies the voting rules, so that doesn't change

7  and it's -- that's why the voting rules are

8  consistent and they're verified.

9      Currently if you do have a felony conviction,

10  then you enter the process for -- you enter the

11  process to go to the governor and cabinet for

12  clemency and that -- that process would still be

13  required for the exceptions here, which would be

14  murder or sexual felony offense.

15      JUSTICE QUINCE:  Now, the portion that --

16  about people who are convicted of sexual battery

17  and murder, they -- this says that they would not

18  be qualified until the restoration of their rights,

19  so they would still have to go through the process

20  of --

21      MR. MILLS:  That's correct, they still go

22  through the same clemency process.  So they would

23  apply to the clemency board for review and for

24  ultimate -- ultimate approval and review.  So

25  actually both those -- the parallel processes as

Florida Supreme Court  Oral Argument
March 06, 2017

1  they exist would continue, but the significant

2  change is that someone who's fulfilled their

3  sentence --

4      JUSTICE PARIENTE:  Nobody has said -- nobody

5  has said that anything about what's written here is

6  -- on the other side is ambiguous.  And as you

7  said, most states have the restoration of voting

8  rights.  I mean, in fact, some states they never

9  lose it even when they're in jail.  So this is

10  really nothing different than most other states

11  have?

12      MR. MILLS:  That's correct.  Most other --

13  other states do.  Florida is in a small minority

14  where it's -- basically all -- all felons must go

15  through the clemency process.

16      CHIEF JUSTICE LABARGA:  Is there a time limit

17  in which the Secretary of State has to make this

18  investigation to see whether a person's qualified

19  to vote or can they just take as long as they want?

20      MR. MILLS:  I'm not aware of a time limit,

21  so -- I'm also not aware that there's been a

22  particular problem.  There are certainly disputes

23  about who is removed and on what basis, but -- in

24  this case you can see where the Secretary of State

25  will have some important work to do.

SOS APPX- 000024

Florida Supreme Court  Oral Argument
March 06, 2017

```
 1        CHIEF JUSTICE LABARGA:  If there's a dispute
 2   as to whether a person is qualified to regain his
 3   right to vote or not, where would I go?
 4        MR. MILLS:  That person goes to circuit court.
 5   So you -- if you are turned down by the Supervisor
 6   of Elections, you go to circuit court and you
 7   object to that conclusion.  But you ultimately --
 8   as an applicant to vote, you get the -- you are
 9   turned down or accepted by the Supervisor of
10   Elections.
11        CHIEF JUSTICE LABARGA:  I just wonder, what
12   kind of -- what kind of action would the person
13   have to file in circuit court; is that a dec action
14   or --
15        MR. MILLS:  I think it's described as an
16   appeal, you're appealing the decision.  So that
17   probably puts you in a difficult --
18        CHIEF JUSTICE LABARGA:  Yeah.
19        MR. MILLS:  -- position because the Supervisor
20   is simply reflecting what the Secretary of State
21   has told them.  And if it's factually -- if you
22   don't qualify, it would appear you don't qualify --
23        JUSTICE PARIENTE:  I suspect with, depending
24   if it passes or not, that those who are felons who
25   have served their sentence, that there are other
```

SOS APPX- 000025

Florida Supreme Court  Oral Argument
March 06, 2017

 1  documents, you know, certified copy of whatever

 2  occurs at the end of fulfilling your probation, the

 3  Department of Corrections has this information.

 4      So that's what -- I mean, we're talking about

 5  things that really -- the details are not part of

 6  what anyone's saying are -- is confusing or that

 7  this is going to be a financial burden.

 8      So we're asking you, I guess, some questions

 9  that maybe still have to be ironed out, which is

10  not unusual with these ballot initiatives.

11      MR. MILLS:  Right.  The initiatives, as long

12  as they provide a fair question and they notify the

13  voter as to the principal question, they fulfill

14  the mission.

15      And in terms of the financial impact

16  statement, that's further to inform the voter if

17  there is a substantial impact and what the impact

18  is.  It is interesting.  The financial impact

19  statement said, in fact, it may reduce financial

20  obligations of the clemency board ultimately,

21  because there'd be fewer people going through

22  clemency, but obviously --

23      JUSTICE PARIENTE:  Also, I guess, if they have

24  to -- I guess they'll still -- will they still have

25  to check every person registering to see if they

SOS APPX- 000026

Florida Supreme Court  Oral Argument
March 06, 2017

Page 13

1   are a felon or how --

2        MR. MILLS:  Yes.

3        JUSTICE PARIENTE:  That will still happen?

4        MR. MILLS:  I mean, that doesn't change.  So

5   the form -- actually the current form is really

6   quite simple.  It's one page.  And it would be

7   changed by -- the Secretary of State would be

8   uniform and --

9        JUSTICE QUINCE:  The form you're talking about

10  is a form that anyone would fill out --

11       MR. MILLS:  Anyone fills out.

12       JUSTICE QUINCE:  -- in order to register to

13  vote?

14       MR. MILLS:  Correct.  So you would -- you go

15  in and fill out a form to register to vote and it

16  now asks you if you are a felon.  So if you check

17  yes, you will not be qualified to vote.  So now --

18       JUSTICE QUINCE:  But there's no follow-up

19  question that says and -- if you answer yes, have

20  your rights been restored?

21       MR. MILLS:  Well, there isn't that question

22  yet.  So now the question would have to be:  Have

23  you fulfilled all terms of your sentence, including

24  probation, parole, and all terms that are part of

25  your sentence.

SOS APPX- 000027

Florida Supreme Court  Oral Argument
March 06, 2017

 1       And if you check that, you need to be correct,

 2  because -- well, currently if you check -- you

 3  don't check that you are a felon and you are, that

 4  itself is a felony.

 5       CHIEF JUSTICE LABARGA:  I mean, the question

 6  will have to be has the Secretary of State

 7  certified --

 8       MR. MILLS:  Yes.

 9       CHIEF JUSTICE LABARGA:  -- that you have --

10  instead of going have you all those things, because

11  then who's going to make that decision below at the

12  Voters Registration Office, so it would have to be

13  the Secretary of State.  And if you check yes to

14  that, then I guess it's a probationary ballot so

15  they can double check?

16       MR. MILLS:  Well, you don't -- you're not yet

17  registered until you're certified.

18       CHIEF JUSTICE LABARGA:  I see, this is a

19  register to vote.  Okay.

20       JUSTICE LAWSON:  I have a question.  You said

21  that terms of sentence includes fines and costs and

22  it's -- that's the way it's generally pronounced in

23  criminal court.

24       Would it also include restitution when it was

25  ordered to the victim --

SOS APPX- 000028

Florida Supreme Court  Oral Argument
March 06, 2017

```
 1        MR. MILLS:  Yes.

 2        JUSTICE LAWSON:  -- as part of the sentence?

 3        In preparing the financial impact statement,

 4   did anyone -- I assume that the Secretary of State

 5   can contact the Department of Corrections to

 6   determine whether someone -- or do a criminal

 7   history to see if someone's a felon.  But with

 8   respect to cost, that information might need to

 9   come from 67 different local clerks --

10        MR. MILLS:  Clerks of Court.

11        JUSTICE LAWSON:  Was that considered in

12   determining the financial impact?

13        MR. MILLS:  They did and they -- they actually

14   assess cost that was X number of dollars that it

15   takes them to -- to check.  So they did assess that

16   and they did expect that this would be -- there

17   would be a bump in cost.

18        JUSTICE LAWSON:  Then do we know whether all

19   the clerks keep track of restitution in criminal

20   cases when there's not probation imposed?

21        MR. MILLS:  Well, if it is within the four

22   corners of the sentence, it should be in the

23   record.  That's my understanding.

24        JUSTICE LAWSON:  The fact that it's imposed

25   would be in the record.  I'm wondering whether the
```

SOS APPX- 000029

Florida Supreme Court  Oral Argument
March 06, 2017

```
 1   clerk would even know whether it had been paid in
 2   all cases.
 3        MR. MILLS:  Well, that's --
 4        JUSTICE LAWSON:  Did they check that?
 5        MR. MILLS:  That's a reasonable question.
 6        JUSTICE PARIENTE:  That brings up, just since
 7   we're asking these questions, that you're hoping
 8   will be details if this passes, but it would seem
 9   that could the Department of State or the Secretary
10   of State require more of the registrant who has
11   been convicted of a felony to actually themselves
12   certify I've done this, I've done this, and -- with
13   certified copies, number one.
14        And number two, I'm thinking maybe this would
15   actually help the State because if fines, costs,
16   and restitution are a requirement, there's -- for
17   those that want to vote, there's a big motivation
18   to pay unpaid costs, fines, and restitution.
19        So two things:  One, could -- without
20   burdening the voter, if there's an answer have you
21   ever been convicted of a felony, yes, and then -- I
22   think Justice Quince was saying, well, have your
23   voting rights been restored, which civil rights
24   under the current statute, but if the next question
25   is and have you completed all requirements, give us
```

SOS APPX- 000030

1    the date and whatever, so that there's some

2    obligation on the voter, are --

3        MR. MILLS:  I --

4        JUSTICE PARIENTE:  -- or the potential voter.

5        MR. MILLS:  There's no reason that the

6    Secretary of State couldn't do that --

7        JUSTICE PARIENTE:  So that's in the details.

8        MR. MILLS:  -- because the scope of this

9    clearly says that that's what's required.  So if

10   they think that process would be the best way to

11   determine that result, then they could.

12       JUSTICE QUINCE:  Who actually promulgates that

13   form, who makes up that form, is that the Secretary

14   of State's form or the Supervisor?

15       MR. MILLS:  It is the Secretary of State's

16   form.  So, yes, every Supervisor of Elections has

17   that form for -- for them to fill out.

18       CHIEF JUSTICE LABARGA:  It would seem like the

19   Secretary of State once he or she conducts the

20   background investigation and confirms that the

21   person has done everything he was supposed to do,

22   would issue some type of certificate, official

23   certificate, that the voter -- potential voter

24   could take to the registration office and show them

25   the certificates and that would take care of it

SOS APPX- 000031

Florida Supreme Court  Oral Argument
March 06, 2017

Page 18

 1   instead of just having the registration person go

 2   back and check with the Secretary of State and

 3   that's just more delay, more bureaucracy.

 4        MR. MILLS:  So that if you're saying the

 5   individual would have a path to themselves to

 6   demonstrate that they have completed all terms?

 7        CHIEF JUSTICE LABARGA:  Right.  An official

 8   certificate from the Secretary of State showing

 9   that -- the clerk when you go to register, here it

10   is, everybody recognizes it, and it's done instead

11   of, again, having to call back or check back with

12   the Secretary of State, and that would --

13        MR. MILLS:  To establish a policy proactively.

14        CHIEF JUSTICE LABARGA:  Right.

15        MR. MILLS:  Yeah, which makes complete sense.

16   So overall, Your Honor, this -- the purpose is

17   clearly articulated.  It is a restoration of voting

18   rights under these specific conditions.  It's clear

19   to the voter both in terms of meeting the single

20   subject test and the ballot title and summary are

21   clear.

22        Thank you, Your Honor.

23        CHIEF JUSTICE LABARGA:  Thank you for your

24   argument.

25        Solicitor General.

SOS APPX- 000032

Florida Supreme Court  Oral Argument
March 06, 2017

 1          MR. AGARWAL:  Yes, Your Honor.

 2          CHIEF JUSTICE LABARGA:  Would you like to

 3     introduce yourself to the Court?

 4          MR. AGARWAL:  Your Honor, thank you so much.

 5     It's such a great honor to be appearing in front of

 6     this Court for my first time.  I was appointed

 7     Solicitor General last year and --

 8          CHIEF JUSTICE LABARGA:  We're looking forward

 9     to hearing you.

10          MR. AGARWAL:  Thank you so much.  Pleasure to

11     meet all of you.

12          CHIEF JUSTICE LABARGA:  Thank you.

13          (The hearing concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

SOS APPX- 000033

Florida Supreme Court  Oral Argument
March 06, 2017

Page 20

```
 1                   STENOGRAPHER CERTIFICATE

 2      STATE OF FLORIDA

 3      COUNTY OF LEON

 4

 5              I, JUDY LYNN MARTIN, certify that I was

 6          authorized to and did stenographically transcribe

 7          the foregoing audio-taped proceedings, and that the

 8          transcript is a true and complete record of my

 9          stenographic notes.

10

11              Dated this 2nd day of August, 2019.

12

13

14      JUDY LYNN MARTIN

15

16

17

18

19

20

21

22

23

24

25
```

SOS APPX- 000034

**2**

**20**
  7:9

**270,000**
  7:12

**4**

**40**
  5:8

**6**

**67**
  15:9

**7**

**700,000**
  7:5

**A**

**accepted**
  11:9
**action**
  11:12,13
**advisory**
  3:12,20
**affirmatively**
  6:23
**Agarwal**
  3:15,17 4:5
**agree**
  8:16
**allocation**
  5:8

**ambiguous**
  10:6
**Amendment**
  3:22
**Amit**
  3:17
**Andrew**
  4:9
**anyone's**
  12:6
**appeal**
  11:16
**appealing**
  11:16
**appearing**
  3:17
**applicant**
  8:1,16 11:8
**apply**
  7:4,5 9:23
**approval**
  9:24
**argue**
  3:24
**argument**
  3:23
**asks**
  13:16
**assess**
  15:14,15
**assume**
  15:4
**attention**
  3:5
**Attorney**
  3:13,18,19
  4:3

**automatic**
  5:20 7:1
**aware**
  10:20,21

**B**

**back**
  8:13
**ballot**
  3:21,25 12:10
  14:14
**basically**
  10:14
**basis**
  10:23
**battery**
  9:16
**behalf**
  3:17,25
**big**
  16:17
**board**
  9:23 12:20
**box**
  8:22
**brings**
  16:6
**bump**
  7:14 15:17
**burden**
  12:7
**burdening**
  16:20

**C**

**cabinet**
  9:11

**case**
  3:11 10:24
**cases**
  15:20 16:2
**certified**
  12:1 14:7,17
  16:13
**certify**
  16:12
**cetera**
  8:12
**change**
  6:15,17 9:6
  10:2 13:4
**changed**
  13:7
**check**
  12:25 13:16
  14:1,2,3,13,
  15 15:15 16:4
**checking**
  8:22
**Chief**
  3:10,15 4:3,6
  10:16 11:1,
  11,18 14:5,9,
  18
**circuit**
  8:18 11:4,6,
  13
**civil**
  16:23
**clear**
  4:17
**clemency**
  9:12,22,23
  10:15 12:20,
  22

Florida Supreme Court   Oral Argument
March 06, 2017

2

clerk
  3:2 16:1

clerks
  15:9,10,19

collect
  8:12

comparison
  6:5

completed
  8:3 16:25

completes
  8:7

completion
  5:15 7:16

component
  5:3

conclusion
  11:7

Conference
  6:4,17 7:3,13

confusing
  12:6

consequence
  5:9

considered
  15:11

consistent
  9:8

constitute
  4:15,21

contact
  15:5

continue
  10:1

convicted
  5:18 9:16
  16:11,21

conviction
  6:9,10 9:9

convictions
  5:14

copies
  16:13

copy
  12:1

corners
  8:1 15:22

correct
  9:21 10:12
  13:14 14:1

Corrections
  8:12 12:3
  15:5

cost
  15:8,14,17

costs
  14:21 16:15,
  18

counsel
  4:8,9

court
  3:3,7,8,11,16
  4:7,10,14
  8:18 11:4,6,
  13 14:23
  15:10

create
  5:6

criminal
  5:16 14:23
  15:6,19

current
  13:5 16:24

D

dealers
  4:25

dec
  11:13

decision
  11:16 14:11

Democracy
  4:2

Department
  12:3 15:5
  16:9

depending
  11:23

DEPUTY
  3:2

details
  12:5 16:8

determine
  15:6

determining
  15:12

difficult
  11:17

directed
  4:14

disparate
  4:22 5:1

dispute
  11:1

disputes
  10:22

divided
  4:19

docket
  3:12

documents
  12:1

dollars
  15:14

double
  14:15

draw
  3:4

drug
  4:24

E

education
  5:9

effort
  6:21

Election
  6:12

Elections
  6:7 8:14,15,
  17 11:6,10

eligible
  7:10,12

encourage
  4:22

end
  12:2

enter
  9:10

entitled
  3:21

estimate
  7:11

Estimating
  6:3 7:3,13

evaluation
  7:6

SOS APPX- 000036

Florida Supreme Court  Oral Argument
March 06, 2017

**exceptions**
  9:13

**excluding**
  5:14

**exist**
  10:1

**exists**
  8:21

**expect**
  15:16

**expenses**
  7:14

**explanation**
  4:17 6:2

---

**F**

**fact**
  10:8 12:19
  15:24

**factually**
  11:21

**fair**
  4:1,12 12:12

**FDLE**
  8:11

**felon**
  8:23 13:1,16
  14:3 15:7

**felons**
  6:22 10:14
  11:24

**felony**
  5:13,15 6:9,
  10 9:9,14
  14:4 16:11,21

**fewer**
  12:21

**file**
  11:13

**fill**
  6:7 13:10,15

**fills**
  13:11

**financial**
  6:3,17,20
  7:2,13 12:7,
  15,18,19
  15:3,12

**fines**
  7:24 8:7
  14:21 16:15,
  18

**fiscal**
  6:3,16

**Florida**
  3:3,6,9,11
  4:13 10:13

**Floridians**
  4:1

**follow-up**
  13:18

**form**
  6:7,8 13:5,9,
  10,15

**forms**
  6:13

**fulfill**
  12:13

**fulfilled**
  6:11 7:8 10:2
  13:23

**fulfilling**
  12:2

**full**
  7:24

**functions**
  5:5,10

---

**G**

**gathers**
  8:11

**general**
  3:13,18 4:4
  5:8

**General's**
  3:20

**generally**
  14:22

**gentlemen**
  3:8

**give**
  3:5 16:25

**God**
  3:5

**good**
  3:10,15 6:2

**government**
  5:5,10

**governor**
  9:11

**great**
  3:6

**guess**
  12:8,23,24
  14:14

**gun**
  6:1

---

**H**

**happen**
  13:3

**hear**
  3:2,3

**heard**
  3:5

**history**
  15:7

**hold**
  5:24

**Honor**
  4:5

**Honorable**
  3:7

**hoping**
  16:7

---

**I**

**identical**
  6:16

**impact**
  5:4,10 6:16,
  17 12:15,17,
  18 15:3,12

**important**
  10:25

**imposed**
  15:20,24

**include**
  7:23 14:24

**included**
  4:24 7:19

**includes**
  7:16,19 14:21

**including**
  7:20 13:23

**increasing**
  4:24,25

**individuals**

SOS APPX- 000037

5:13 7:4

**inform**
12:16

**information**
8:8,13 12:3
15:8

**initiative**
3:21 4:15,18,
20 5:11

**initiative's**
4:1

**initiatives**
4:11 12:10,11

**interesting**
12:18

**investigation**
10:18

**ironed**
12:9

**issue**
4:11

**issues**
4:22 6:8

**J**

**jail**
10:9

**Joining**
4:8

**Jon**
3:24 4:8

**judge**
7:21

**judgment**
8:15

**jury**
5:25

**Justice**
3:10,15 4:3,6
5:17 6:19
7:16,23 8:5,
19 9:2,15
10:4,16 11:1,
11,18,23
12:23 13:3,9,
12,18 14:5,9,
18,20 15:2,
11,18,24
16:4,6,22

**K**

**kind**
11:12

**L**

**LABARGA**
3:10 4:3,6
10:16 11:1,
11,18 14:5,9,
18

**Ladies**
3:8

**LAWSON**
14:20 15:2,
11,18,24 16:4

**level**
7:15

**limit**
10:16,20

**local**
15:9

**log**
4:21

**long**
10:19 12:11

**lose**
10:9

**M**

**make**
6:21 10:17
14:11

**makes**
8:15

**matters**
7:19,21

**means**
5:18 7:20,25

**Mills**
3:24 4:7,8
5:23 6:25
7:18,25 8:10,
21 9:5,21
10:12,20
11:4,15,19
12:11 13:2,4,
11,14,21
14:8,16 15:1,
10,13,21
16:3,5

**minority**
10:13

**mission**
4:10 12:14

**morning**
3:10,12,15,
19,24

**motivation**
16:17

**multiple**
5:5,10

**murder**
5:14 9:14,17

**N**

**narrow**
5:11

**notify**
12:12

**number**
7:3 15:14
16:13,14

**O**

**object**
11:7

**obligations**
12:20

**occurs**
12:2

**offense**
5:16 9:14

**offenses**
5:15

**office**
5:24 14:12

**opinion**
3:13,20

**order**
4:22 13:12

**ordered**
14:25

**overarching**
4:11

**P**

**paid**
16:1

**parallel**
9:25

**PARIENTE**
6:19 10:4
11:23 12:23
13:3 16:6

**parole**
7:20 8:7
13:24

**part**
6:20 12:5
13:24 15:2

**parts**
4:15,19

**party**
3:23

**passes**
6:9 11:24
16:8

**past**
5:7

**pay**
16:18

**payment**
7:24

**pays**
8:6

**people**
7:8,9,12 9:16
12:21

**percent**
5:8 7:9

**person**
5:18 8:6
11:2,4,12
12:25

**person's**
10:18

**petition**
3:20

**placement**
3:25

**plea**
3:4

**point**
6:12

**POLSTON**
7:16,23

**portion**
9:15

**position**
4:4 11:19

**preparing**
15:3

**presenting**
3:23 4:12

**principal**
12:13

**probation**
7:17,20 8:8
12:2 13:24
15:20

**probationary**
14:14

**problem**
10:22

**process**
6:2,14,15,18
7:6 8:20,21
9:10,11,12,
19,22 10:15

**processes**
9:25

**pronounced**
14:22

**proponent**
4:8

**proposal**
5:4

**proposition**
4:23,24

**provide**
12:12

**provision**
5:20

**purpose**
4:17

**put**
5:1

**puts**
7:21 11:17

**putting**
4:21

———————————

**Q**
———————————

**qualified**
8:25 9:18
10:18 11:2
13:17

**qualify**
8:25 11:22

**question**
4:12,14 5:6
12:12,13
13:19,21,22
14:5,20 16:5,
24

**questions**
12:8 16:7

**Quince**
5:17 8:5,19
9:2,15 13:9,
12,18 16:22

———————————

**R**
———————————

**reapply**
6:24

**reasonable**
16:5

**record**
15:23,25

**reduce**
12:19

**reflecting**
11:20

**regain**
11:2

**register**
7:2 13:12,15
14:19

**registered**
14:17

**registering**
6:6 12:25

**registers**
9:2

**registrant**
16:10

**Registration**
14:12

**relates**
5:23

**removed**
6:22 10:23

**require**
16:10

**required**
9:13

**requirement**
16:16

requirements
  16:25

respect
  15:8

restitution
  14:24 15:19
  16:16,18

restoration
  3:22 9:18
  10:7

restore
  5:24,25

restored
  5:22 13:20
  16:23

restores
  5:12

restoring
  5:19

revenue
  5:8

review
  9:23,24

reviewed
  7:3

reviewing
  4:10

rights
  5:19,21 9:18
  10:8 13:20
  16:23

rise
  3:2

role
  6:22

rolling
  4:21

rule
  5:4

rules
  9:6,7

_____

**S**
_____

salaries
  4:25

save
  3:5

seated
  3:9

Secretary
  6:13 8:4,5,9,
  10,11,23 9:3,
  5 10:17,24
  11:20 13:7
  14:6,13 15:4
  16:9

send
  6:13

sentence
  6:11 7:19,22
  10:3 11:25
  13:23,25
  14:21 15:2,22

sentences
  4:24 7:9

served
  11:25

session
  3:4

sexual
  5:15 9:14,16

shows
  8:24

side
  10:6

significant
  10:1

simple
  13:6

simply
  5:12 6:1
  11:20

single
  4:16,19

single-subject
  5:3

sir
  3:14 7:18,25

small
  10:13

someone's
  15:7

specifically
  6:4 7:18

sponsor
  4:1

Starling
  4:9

state
  3:6 6:13 8:4,
  5,9,10,11,24
  9:3,5 10:17,
  24 11:20 13:7
  14:6,13 15:4
  16:9,10,15

statement
  12:16,19 15:3

states
  3:6 7:7 10:7,
  8,10,13

statewide
  6:15

statute

16:24

statutory
  6:18

subject
  4:16,19

subjects
  5:1

substantial
  5:4 12:17

suggests
  7:14

summary
  4:17

Supervisor
  6:7 8:14,17
  11:5,9,19

Supervisors
  6:12

support
  3:25

Supreme
  3:3,8,11

suspect
  11:23

_____

**T**
_____

table
  4:9

takes
  15:15

talking
  12:4 13:9

talks
  8:11

teachers
  4:25

SOS APPX- 000040

**terms**
   5:16 6:11
   7:17,25 8:1,3
   12:15 13:23,
   24 14:21
**there'd**
   12:21
**things**
   12:5 14:10
   16:19
**thinking**
   16:14
**time**
   7:15 10:16,20
**title**
   4:16
**told**
   11:21
**track**
   15:19
**turned**
   11:5,9

_____

**U**

**ultimate**
   9:24
**ultimately**
   8:16 11:7
   12:20
**understanding**
   15:23
**unfair**
   5:6
**unfairly**
   4:23
**uniform**
   13:8

**United**
   3:6
**unpaid**
   16:18
**unusual**
   12:10

_____

**V**

_____

**verification**
   8:24
**verified**
   9:8
**verifies**
   6:14 9:6
**verify**
   8:4,6,13
**victim**
   14:25
**vote**
   4:23 5:13
   6:6,23 7:1,2,
   8 9:3 10:19
   11:3,8 13:13,
   15,17 14:19
   16:17
**voter**
   12:13,16
   16:20
**voters**
   4:12,23 14:12
**voting**
   3:21 5:23 6:1
   9:6,7 10:7
   16:23

_____

**W**

_____

**wanting**

   6:23
**wondering**
   15:25
**work**
   6:5 10:25
**works**
   6:5 7:7
**written**
   10:5

_____

**Y**

_____

**ye**
   3:2,3
**years**
   6:21

SOS APPX- 000041