# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KELVIN LEON JONES,

    Plaintiff,

Case No.: 4:19-cv-00300-RH-MJF

v.

RON DESANTIS, in his Official Capacity
as the Governor of Florida, et al.

    Defendants.
_____/

BONNIE RAYSOR, et al.,

    Plaintiffs,

Case No.: 4:19-cv-00301-RH-MJF

v.

LAUREL M. LEE, in her Official Capacity
as Secretary of State of the State of Florida,

    Defendant.
_____/

JEFF GRUVER, et al.,

    Plaintiffs,

Case No.: 4:19-cv-00302-RH-MJF

v.

KIM A. BARTON, in her Official Capacity
as Supervisor of Elections for Alachua County, et al.

Defendants.
_____/

ROSEMARY OSBORNE MCCOY, et al.,

      Plaintiffs,

Case No.:  4:19-cv-00304-RH-CAS

v.

RONALD DION DESANTIS, in his Official Capacity as Governor of Florida, et al.

      Defendants.

_____/

LUIS MENDEZ,

      Plaintiff,

Case No.:  4:19-cv-00272-RH-CAS

v.

RON DESANTIS, in his Official Capacity as the Governor of Florida, et al.

      Defendants.

_____/

## SUPERVISOR OF ELECTIONS FOR BROWARD COUNTY PETER ANTONACCI'S WITNESS AND EXHIBIT LISTS

Defendant, Peter Antonacci, Supervisor of Elections of Broward County, hereby adopts and incorporates the Witness and Exhibit Lists and Rule 26(a)(2) disclosures filed by the Governor and Secretary of State.

Dated: September 16, 2019

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Tara R. Price*
George N. Meros, Jr.
Florida Bar No.:  263321
Tara R. Price
Florida Bar No.:  98073
315 South Calhoun Street, Suite 600
Tallahassee, Florida  32301
Telephone:  (850) 224-7000
Email:  george.meros@hklaw.com
           tara.price@hklaw.com

*Attorneys for Defendant, Peter Antonacci, in his official capacity as Supervisor of Elections for Broward County*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this 16th day of September, 2019.

*s/ Tara R. Price*
Tara R. Price