# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

KELVIN LEON JONES, et al.,

*Plaintiffs,*

v.

RON DESANTIS, in his official capacity as Governor of the State of Florida, et al.,

*Defendants.*

Consolidated Case No. 4:19-cv-300-RH/MJF

## PLAINTIFFS' DECLARATION AND EXHIBIT LIST

All Plaintiffs in this consolidated action hereby provide their list of declarations and each exhibit that it will offer in support of their Motion for Preliminary Injunction, ECF No. 108, and related briefing and hearing.

Plaintiffs reserve the right to supplement or amend this list based on Defendants' witness and exhibit lists for the preliminary injunction hearing or additional evidence revealed in discovery not yet conducted or completed or necessary to respond to witnesses, documents, facts, or opinions not disclosed to Plaintiffs. Plaintiffs have received thousands of pages of documents from Defendants in recent weeks, many of which were untimely produced. As a result,

1

Plaintiffs have not yet had an opportunity to thoroughly review all the discovery produced to them. Thus, Plaintiffs, anticipate at least supplementing this list to include exhibits relating to (1) more than 15,000 thousands of pages discovery documents untimely provided by Defendant Secretary of State's for the first time on Wednesday, September 11, 2019; (2) hundreds of documents timely provided by County Clerks of Court in response to Plaintiffs' subpoenas, which Plaintiffs' began receiving late last week and continuing through this week; and (3) any individual Plaintiffs' underlying criminal records or financial documents, which Defendants' sought through requests for production and Plaintiffs will produce following the entry of a protective order.

Plaintiffs have identified on this exhibit list anticipated declarations from two witnesses that have not yet had an opportunity to complete their declarations. One of these witnesses was traveling abroad until Friday, September 13, 2019. Those declarations are marked with ** to indicate that they are forthcoming. Plaintiffs will submit these anticipated declarations to the Court and to opposing counsel as soon as possible.

## I.   Declarations & Exhibit List

| No. | Description | I.D. | Off. | Adm. |
|-----|------------|------|------|------|
| 1 | Report of Dr. Daniel A. Smith | **ECF No. 98-3** | | |
| 2 | Supplemental Report of Dr. | | | |

| | | | | |
|---|---|---|---|---|
| | Daniel A. Smith with CV, FDOC Report, and Individual County Report attached | | | |
| 3 | Declaration of Jeff Gruver | **ECF. No. 098-4** | | |
| 4 | Declaration of Emory Marquis "Marq" Mitchell | **ECF. No. 098-5** | | |
| 5 | Declaration of Betty Riddle | **ECF. No. 098-6** | | |
| 6 | Declaration of Karen Leicht | **ECF. No. 098-7** | | |
| 7 | Declaration of Keith Ivey | **ECF. No. 098-8** | | |
| 8 | Declaration of Kristopher Wrench | **ECF. No. 098-9** | | |
| 9 | Declaration of Raquel Wright | **ECF. No. 098-10** | | |
| 10 | Declaration of Steven Phalen | **ECF. No. 098-11** | | |
| 11 | Declaration Jermaine Miller | **ECF. No. 098-12** | | |
| 12 | Declaration of Clifford Tyson | **ECF. No. 098-13** | | |
| 13 | Declaration Rosemary McCoy | **ECF. No. 098-14** | | |
| 14 | Declaration of Sheila Singleton | **ECF. No. 098-15** | | |
| 15 | Declaration of Bonnie Raysor | **ECF. No. 098-16** | | |
| 16 | Declaration of Diane Sherrill | **ECF. No. 098-17** | | |
| 17 | Declaration of Lee Hoffman | **ECF. No. 098-18** | | |
| 18 | Declaration of Orange County | **ECF. No. 098-19** | | |

| | | | | |
|---|---|---|---|---|
| | Branch of the NAACP | | | |
| 19 | Declaration of Florida State Conference of the NAACP | **ECF. No. 098-20** | | |
| 20 | Declaration of League of Women Voters of Florida | **ECF. No. 098-21** | | |
| 21 | Declaration of Carey Haughwout | **ECF. No. 098-25** | | |
| 22 | Declaration of Blair Bowie | **ECF. No. 098-26** | | |
| 23 | Declaration of Curtis D. Bryant Jr. | | | |
| 24 | Supplemental Declaration of Jeff Gruver | | | |
| | Declaration of Judge Stanley Blake** | | | |
| | Declaration of Carlos J. Martinez** | | | |
| | Declaration of Anthrone Oats** | | | |
| 25 | Transcript of Deposition of Mary Jane Arrington, Osceola County Supervisors of Elections | | | |
| 26 | Exhibit 1: FDOC Corrections Offender Network, Supervised Population Information Detail | | | |

| | | | | |
|---|---|---|---|---|
| 27 | Exhibit 2: Florida Rights Restoration Coalition Letter | | | |
| 28 | Exhibit 3: 7/30/19 Restoration of Voting Rights Amendment 4 information "Vote Osceola" Website printout | | | |
| 29 | Exhibit 4: Amendment 4 FAQ | | | |
| 30 | Exhibit 5: 2/11/19 Email from Maria Matthews Division of Elections Director to SOE List; SOEStaffContacts Subject: Time-Sensitive Notice: Pending FDLE Felon Files | | | |
| 31 | Exhibit 6: 6/7/19 Email from Maria Matthews Division of Elections Director to SOEList; SOEStafttContacts Subject: Felon File Process | | | |
| 32 | Exhibit 7: 6/18/19 Email from Maria Matthews Division of Elections Director to SOEStaffContacts | | | |

| | | | | |
|---|---|---|---|---|
| | Subject: FW: Felon File Processing/Documentation | | | |
| 33 | Exhibit 8: 7/2/19 Email from Maria Matthews Division of Elections Director to SOEList; SOEStaffContacts Subject: Florida Voter Registration Application/OVR | | | |
| 34 | Exhibit 9: Enrolled 2019 Legislature / CS for SB 7066, 2nd Engrossed | | | |
| 35 | Exhibit 10: Florida Voting Registration Application (eff. 10/2013) | | | |
| 36 | Exhibit 11: Florida Voter Registration Application (eff. 7/2019) | | | |
| 37 | Exhibit 12: Register to Vote in Your State By Using This Postcard Form and Guide (federal voter registration application) | | | |
| 38 | Exhibit 13: Certification of Eligibility Records Maintenance – 1/1/19-6/30/19 | | | |

| | | | | |
|---|---|---|---|---|
| 39 | Transcript of Deposition of Kim Barton, Alachua County Supervisors of Elections | | | |
| 40 | Exhibit 1: Kim Barton, Supervisor of Elections for Alachua County's Answers to Plaintiffs' Interrogatories | | | |
| 41 | Exhibit 2: Kim Barton, Supervisor of Elections for Alachua County's Response to Plaintiffs' Request for Production | | | |
| 42 | Exhibit 5: 9/27/12 Memorandum from Ron Labasky to Supervisors of Election Re: Recent Potential Felony Communication | **LCSEO00080-LCSEO00082** | | |
| 43 | Exhibit 6: Kim A. Barton: 01/4/2019 Voter Registration Process is Simple for Former Felons – Op ed The Gainesville Sun | | | |
| 44 | Exhibit 7: 12/13/18 Kim A. Barton: Memorandum Re: Restoration of | | | |

| | | | | |
|---|---|---|---|---|
| | Felons Voting Rights | | | |
| 45 | Exhibit 8: 11/02/19 Email Correspondence from Kim A. Barton to Will Boyett and Michael Bruckman Subject: Time-Sensitive Notice: Pending FDLE Felon Files | | | |
| 46 | Exhibit 9: How to Register to Vote? | | | |
| 47 | Exhibit 12: Email Correspondence from Kim A. Barton to Wesley Wilcox – Subject: Forklift | | | |
| 48 | Exhibit 13: 2/18/19 Email Correspondence from Keith Perry to Kim A. Barton – Subject: 2019 Legislative Priorities for Supervisor of Elections | | | |
| 49 | Exhibit 14: 04/26/19 Email Correspondence from Kim A. Barton to Tim Williams, Will Boyett, Michael Bruckman, Aubrey | | | |

| | | | | |
|---|---|---|---|---|
| | Brown, TJ Pyche – Subject: Legislative Update Revision | | | |
| 50 | Exhibit 15: Groups Quickly Challenge State Over Felons Rights' Law – CBS Miami News Story | | | |
| 51 | Exhibit 16: 4/9/19 Email Correspondence from TJ Pyche to Pettiford – Attached Amendment 4 Frequently Asked Questions Flyer | | | |
| 52 | Exhibit 19: Kim A. Barton: 7/29/19 Prepare yourself for election changes – Op-Ed The Gainesville Sun | | | |
| 53 | Exhibit 20: 7/10/19 Fla. Election Supervisors Find Themselves in Gray Zone as Voting Rights Return to Felons – WPTV West Palm Beach News Story | | | |
| 54 | Exhibit 21: 07/2/19 Email Correspondence from Kim A. Barton to Alachua County Elections - Florida Voter | | | |

| | | | | |
|---|---|---|---|---|
| | Registration Application-Part 1 - Instructions | | | |
| 55 | Transcript of Deposition of Mark Earley, Leon County Supervisors of Elections | | | |
| 56 | Exhibit 1: Plaintiffs' First Amended Notice of Deposition of Defendant Supervisor of Elections Mark Earley | | | |
| 57 | Exhibit 2: Defendant Mark Earley's Responses to the Gruver Plaintiffs' First Set of Interrogatories | | | |
| 58 | Exhibit 5: 8/23/18 Email Correspondence from Amber Marconnet to Karen Williams – Subject: Eligibility Maintenance Request | **LCSEO01378-LCSEO01383** | | |
| 59 | Exhibit 7: 11/1/18 Email Correspondence from Karen Williams to Stephen Usztok – Subject: Felon Info Case No. | **LCSEO00403-LCSEO00408** | | |

| | | | | |
|---|---|---|---|---|
| 60 | Exhibit 8: Felon Documentation Received from Another SOE | **LCSEO00274** | | |
| 61 | Exhibit 9: 2/12/19 Email Correspondence from Stephen Usztok to Mark Earley and Christopher Moore- Subject: Time-sensitive Notice: Pending FDLE Felon Files | **LCSEO00075-LCSEO00078** | | |
| 62 | Exhibit 10: 11/29/18 Email Correspondence from Mark Earley to Stephen Usztok – Subject: Amendment 4 and current felon's facing removal from voter rolls | **LCSEO01399-LCSEO01401** | | |
| 63 | Exhibit 11: 11/7/18 Email Correspondence from Karen Williams to Mark Earley and Christopher Moore – Subject: Constitutional Amendment – Voter Restoration | **LCSEO01386-LCSEO01388** | | |
| 64 | Exhibit 12: 1/17/19 Email Correspondence | **LCSEO01578-LCSEO01580** | | |

| | | | | |
|---|---|---|---|---|
| | from Mark Earley to Moore, Thomas James and Usztok - Subject: Amber w/ the Division is visiting the front office tomorrow | | | |
| 65 | Exhibit 13: 2/14/19 Email Correspondence to Rachel Matz – Subject: Question/follow-up about poster | **LCSEO00684** | | |
| 66 | Exhibit 14: 1/24/19 Email Correspondence from Mark Earley to Jeffrey Schweers – Subject: Email from SOS Ertel | **LCSEO00422-LCSEO00423** | | |
| 67 | Exhibit 15: Legislative Changes Rulemaking Election Administration – PowerPoint Presentation | | | |
| 68 | Exhibit 16: Amendment 4 and HB 7066 | **LCSEO00299-LCSEO00301** | | |
| 69 | Exhibit 18: 5/10/19 Email Correspondence from Shurina to Usztok, Cory Logan and Laurina Osborne Subject: | **LCSEO00067-LCSEO00072** | | |

| | | | | |
|---|---|---|---|---|
| | SB 7066 – VBM/Provisional Changes | | | |
| **70** | Exhibit 19: 6/18/19 Email Correspondence from Shurina to Usztok Subject: Felon File Processing/Documentation | **LCSEO00032-LCSEO00034** | | |
| **71** | Exhibit 20: 6/7/19 Email Correspondence from Shurina to Usztok Subject: Felon File Processing | **LCSEO00040-LCSEO00045** | | |
| **72** | Exhibit 21: Thursday 6.13.2019 Meeting Agenda | **LCSEO00079** | | |
| **73** | Exhibit 22: 6/22/19 Email Correspondence from Shurina to Earley Subject: Felon Updates | **LCSEO00058-LCSEO0059** | | |
| **74** | Exhibit 23: 6/27/19 Email Correspondence from Shurina to Marconnet Subject: Leon County Felony Inquiry | **LCSEO00017-LCSEO00019** | | |
| **75** | Exhibit 24: 6/27/19 Email Correspondence from Shurina to Christopher Moore | **LCSEO00046-LCSEO00049** | | |

| | | | | |
|---|---|---|---|---|
| | Subject: Felon Packet Updates | | | |
| **76** | Exhibit 25: 7/9/19 Email Correspondence from Shurina to Moore Subject: Felon Packet Updates | **LCSEO00051-LCSEO00057** | | |
| **77** | Exhibit 26: 7/15/19 Email Correspondence from Shurina to Moore and Earley Subject: Leon County Felon File Inquiry | **LCSEO00037-LCSEO00039** | | |
| **78** | Exhibit 27: 6/24/19 Email Correspondence from Shurina to Logan, Osborne, Usztok and Ingrid Martinez-Rivera Subject: Writeup – DOC Documentation for Felon Removal | **LCSEO01156-LCSEO01157** | | |
| **79** | Exhibit 28: 7/2/19 Email Correspondence from Early to Moore, Holly Thompson, and Thomas James Subject: Florida Voter Registration Application/OVR | **LCSEO00010** | | |

| | | | | |
|---|---|---|---|---|
| 80 | Exhibit 29: Amendment 4 FAQ | | | |
| 81 | Exhibit 30: 7/10/19 Fla. Election Supervisors Find Themselves in Gray Zone as Voting Rights Return to Felons – WPTV West Palm Beach News Story | | | |
| 82 | June 24, 2013 Ltr. from Ken Detzner, SoS, to Ion V. Sancho, Supervisor of Elections, Leon County | **LCSEO00083-LCSEO00086** | | |
| 83 | Transcript of Deposition of Craig Latimer, Hillsborough County Supervisor of Elections | | | |
| 84 | Exhibit 5: Defendant Hillsborough County Supervisor of Elections' Notice of Serving Answers to Interrogatories & Interrogatories | **HCSE000073- HCSE000088** | | |
| 85 | Exhibit 7: Supplemental Response of Craig Latimer Supervisor of Elections for Hillsborough County to | **HCSE000102- HCSE000104** | | |

| | | | | |
|---|---|---|---|---|
| | Plaintiffs' First Request for Production | | | |
| 86 | Exhibit 9: Amendment 4 could boost African American Voting Bloc | **HCSE000107- HCSE000109** | | |
| 87 | Exhibit 15: Former Felons Freed to Vote in March Mayoral Races – Politico Florida Article | **HCSE000115- HCSE000118** | | |
| 88 | Transcript of Deposition of Toshia Brown, Chief of the Bureau of Voter Registration Services | | | |
| 89 | Exhibit 10: Sentencing Documents | | | |
| 90 | Exhibit 11: Answers to Interrogatories | | | |
| 91 | Transcript of Deposition of Mike Hogan, Duval County Supervisors of Elections | | | |
| 92 | Exhibit 1: Florida State Constitution, Article VI, Suffrage and Elections | | | |
| 93 | Exhibit 3: 5/6/2019 Email Correspondence | | | |

| | | | |
|---|---|---|---|
| | from D. Alan Hays to All Supervisor of Elections Subject: FW: Elections Update | | | |
| 94 | Defendant Mike Hogan, in His Official Capacity as Duval County Supervisor of Elections, Answers and Objections to McCoy Plaintiffs' First Set of Interrogatories | | | |
| 95 | Defendant Mike Hogan, in His Official Capacity as Duval County Supervisor of Elections, Answers and Objections to Gruver Plaintiffs' First Set of Interrogatories | | | |
| 96 | Transcript of Deposition Maria Matthews, Director of Elections | | | |
| 97 | Doc. 132-1, Document 11, Declaration of Maria Matthews | **SOS APPX-000122-SOS APPX-000133** | | |
| 98 | Exhibit 1: Records Maintenance, Bureau of Voter Registration Services Division of Elections, | **DOSG00000463-DOSG0000510** | | |

| | | | | |
|---|---|---|---|---|
| | Orange County (7/17) | | | |
| **99** | Exhibit 2: Constitutional Amendment Petition Form | | | |
| **100** | Exhibit 3: 12/4/18 Toshia Brown Email to Amber Marconnet – Subject: Amendment 4 and current felon's facing removal from voter rolls | **DOSG-0013257- DOSG-0013258** | | |
| **101** | Exhibit 4: 11/7/18 Email from Toshia Brown to Maria Matthews | **DOSG-0027126** | | |
| **102** | Exhibit 5: 11/27/18 Email from Mike Bennet to Maria Matthews – Subject: Processing potential ineligibility – Felon | **Produced in hard copy at 9/13/19 deposition** | | |
| **103** | Exhibit 9: 4/4/19 Email from Toshia Brown to Maria Matthews & Amber Marconnet | **DOSG-0000349— DOSG-0000357** | | |
| **104** | Exhibit 10: Committee on Criminal Justice Draft SB 7086 | | | |
| **105** | Exhibit 11: Draft of SB7086 | | | |
| **106** | Exhibit 12: 8/29/19 Email | **Produced in hard copy at 9/13/19 deposition** | | |

| | | | | |
|---|---|---|---|---|
| | Correspondence from Maria Matthews to Richards and Others – Subject: Re: Voter registration and the Clerks of Court | | | |
| 107 | Exhibit 13: Bureau of Voter Registration Services – Processing Felon Match Files Pursuant to 2018 Constitutional Amendment 4 (effective 6/1/19) | **DOSG-0000244-DOSG-0000248** | | |
| 108 | Exhibit 17: Bureau of Voter Registration Services – Processing Felon Match Files Pursuant to 2018 Constitutional Amendment 4 (effective 8/9/19) | **DOSG-0000291-DOSG-0000296** | | |
| 109 | Exhibit 18: Voter Assistance Hotline Manual | | | |
| 110 | Exhibit 19: 8/8/2019 Email Correspondence from Maria Matthews to Christie Fitz-Patrick Subject: Felon Match | **DOSG00000055-DOSG00000056** | | |

| | | | | |
|---|---|---|---|---|
| | Records/Registration 2019 – Component of SB7066 | | | |
| 111 | Exhibit 20: 8/7/2019 Email Correspondence from Maria Matthews to Janet Modrow and Amber Marconnet Subject: FW: Assignment: Legislative Request for Stats on Felon Component of SB 7066 | **DOSG00004953-DOSG00004958** | | |
| 112 | Exhibit 21: Florida Voter Registration Application – Part 1 | | | |
| 113 | Defendant Secretary of State Laurel M. Lee's Responses and Objections to Gruver Plaintiffs' First Set of Interrogatories | | | |
| 114 | Election Administration 2018 General Election Recap and Future (12/18) | | | |
| 115 | Memorandum | **DOSG-0000315-DOSG0000316** | | |
| 116 | 4/9/19 Email from Maria Matthews to Toshia Brown | **DOSG-0000297** | | |

| 117 | 8/9/19 Email from Maria Matthews to Janet Modrow, Toshia Brown, Amber Marconnet, Lavanya Acharya | **DOSG-0007581-DOSG-0007586** | | |
|---|---|---|---|---|
| 118 | 2019 Agency Legislative Bill Analysis | **DOSMcC-0001026-DOSMcC0001031** | | |
| 119 | 3/22/19 Email from Maria Matthews to Toshia Brown & Amber Marconnet | **DOSMcC-0000822** | | |
| 120 | 8/7/2019 Email Correspondence from Maria Matthews to Amber Marconnet, Toshia Brown, and Lavanya Acharya Subject: Assignment: Legislative Request for Stats on Felon Component of SB 7066 | **DOSG00007602-DOSG00007606** | | |
| 121 | 8/6/2019 Email Correspondence from Maria Matthews to Janet Modrow Subject: Re: Legislative Request for Stats on Felon Component of SB 7066 | **DOSG00007609-DOSG00007612** | | |

| | | | | |
|---|---|---|---|---|
| 122 | 6/24/19 Email chain from Tammy Jones to Maria Matthews | **DOSG-0004939-DOSG0004942** | | |
| 123 | Maria Matthews, Presentation Before Restoration of Voting Rights Work Group- "Process for Identifying Potentially Ineligible Registered Voters for Reasons of a Felony Conviction," including "8-19-19 Binder Materials | **Presentation Materials** | | |
| 124 | Defendant Peter Antonacci, in His Official Capacity as Broward County Supervisor of Elections, Answers and Objections to Plaintiffs' First Set of Interrogatories | | | |
| 125 | Michael Bennett, Manatee County Supervisor of Election Notice of Filing Interrogatory Answers and Interrogatories | | | |
| 126 | Defendant Miami-Dade Supervisor of Elections Christina White's Answers to | | | |

| | | | | |
|---|---|---|---|---|
| | Plaintiff's First Set of Interrogatories | | | |
| 127 | Miami-Dade County Procedures For Incomplete or Denied Voter Registrations | Exhibit A, Miami-Dade County Interrogatory Responses | | |
| 128 | Defendant, Bill Cowles, Orange County Supervisor of Elections' Response to Gruver Plaintiff's First Set of Interrogatories | | | |
| 129 | Ron Turner, Sarasota County Supervisor of Elections Verified Interrogatory Answers | | | |
| 130 | Defendant, Leslie Rossway Swan, Supervisor of Elections for Indian River County's Response to First Request for Production and Attachments A-F | **Attachments A-F** | | |
| 131 | Defendant, Leslie Rossway Swan, Supervisor of Elections for Indian River County's Answers to Plaintiff's First Set of Interrogatories | | | |
| 132 | Response to Subpoena to | | | |

| | | | | |
|---|---|---|---|---|
| | Produce Documents of Ronnie Russel, Duval County Clerk of Courts | | | |
| 133 | Jeffrey R. Smith, Clerk of Court, Indian River County's Response to Subpoena to Produce Documents, Information or Objects and attachments | **Attachments** | | |
| 134 | Response to Subpoena by the Honorable Gwen Marshall, Clerk of the Circuit Court and Comptroller for Leon County and attachments | **Attachments, specifically (1) Satisfaction of Judgment Document, (2) Conversion to Community Service Document, (3) FCC Advisory 19-052, with one document attached (4) FCCC Advisory 19-057 with two documents attached, (5) Amendment 4 Court Case Information with one document attached, (6) FW: Restoration of Voting Rights July 2, 2019 Email with two attached documents, (7) Restoration of Voting Rights January 3, 2019 Email Document, (8) 30 day-Failure to Contact notice, (9) Final – Motion for Community Service _2, (10) Proposed Order and Motion – Broward, (11) Re: A4 QRT Negotiation of** | | |

| | | Fines, (12) 19bull070_Attach_1_FACC opinion on Amendment 4 issues, (13) Re: Draft Motion/Order – Amendment 4, (13) Collections Procedures | | |
|---|---|---|---|---|
| 135 | Elizabeth Koh, "Here are the 12 constitutional amendments on Florida's 2018 ballot and what they do," The Miami Herald (Jun. 14, 2018) | https://www.miamiherald.com/news/politics-government/state-politics/article213043344.html | | |
| 136 | Samantha J. Gross & Elizabeth Koh, "What is Amendment 4 on Florida ballot? It affects restoration of felons' voting rights," The Miami Herald (Oct. 5, 2018) | https://www.miamiherald.com/news/politics-government/election/article219547680.html | | |
| 137 | Fla. Dept. of Corrections, 2017-2018 Annual Report | http://www.dc.state.fl.us/pub/annual/1718/FDC_AR2017-18.pdf | | |
| 138 | Kevin Morris, *Thwarting Amendment 4*, Brennan Center for Justice, May 9. 2019 | https://bit.ly/2lYCZSA | | |
| 139 | Tyler Kendall, "Felons in Florida won back their | https://www.cbsnews.com/news/florida-felons-won-back-right-to-vote-new-bill-might- | | |

| | | | | |
|---|---|---|---|---|
| | right to vote. Now a new bill might limit who can cast a ballot," CBS News (May 23, 2019) | limit-who-can-cast-ballot-2019-05-23/ | | |
| 140 | Signing Statement of Governor Ron DeSantis for SB 7066, Jun. 28, 2019 | https://www.flgov.com/wp-content/uploads/2019/06/6.28 2.pdf | | |
| 141 | Notice of Removal Letter from 2019 | BC SOE000070-73 | | |
| 142 | Notice of Potential Ineligibility | BC SOE000080 | | |
| 143 | Memorandum from Fla. State Ass'n of SOEs | BC SOE000083 | | |
| 144 | 3/22/19 Email from Roberto Rodriguez to Liliya Anismova Re: Amendment 4 – Miami-Dade County | Produced by Miami-Dade SOE White in response to Gruver Plfs. RFP. | | |
| 145 | 12/4/18 Email from Christina White to Michelle McClain, Vanessa Ramirez, and Angela Rivero, Re: Amendment 4. | Produced by Miami-Dade SOE White in response to Gruver Plfs. RFP. | | |
| 146 | 7/3/19 Email from Elizabeth Prieto to Municipal Clerks Re: New Senate Bill 7066 | Produced by Miami-Dade SOE White in response to Gruver Plfs. RFP. | | |
| 147 | Leon County SOE Earley Notes from FSASE Conference | Produced by Leon SOE Earley in response to Gruver Plfs. RFP | | |
| 148 | 6/21/19 Email from SOE Earley to Amber Marconnet | Produced by Leon SOE Earley in response to Gruver | | |

| | | | | |
|---|---|---|---|---|
| | | Plfs. RFP (DivisionEmail_0624) | | |
| **149** | 4/19/19 Email Thread among Leon SOE staff | Produced by Leon SOE Earley in response to Gruver Plfs RFP (FeesandFinesCommunication) | | |
| **150** | Brief of the Sentencing Project, *Hand v. Scott*, No. 18-11388, 2018 WL 332853 (11th Cir. Jun. 28, 2018) | | | |
| **151** | Erika L. Wood, *Florida: An Outlier in Denying Voting Rights*, Brennan Center for Justice (2016) | http://bit.ly/2kQ1Rfl. | | |
| **152** | Fla. Div. of Elections Description and Summary of Amendment 4 | https://bit.ly/2kAuOff | | |
| **153** | Steven Lemongello, "Floridians will vote this fall on restoring voting rights to 1.5 million felons," Florida Sun-Sentinel, Jan. 23, 2018. | https://www.sun-sentinel.com/news/politics/os-florida-felon-voting-rights-on-ballot-20180123-story.html | | |
| **154** | May 3, 2019 Florida House of Representatives Session Part 2 | https://thefloridachannel.org/videos/5-3-19-house-session-part-2/ | | |
| **155** | Rebekah Diller, *The Hidden Costs* | https://bit.ly/2kMA1Az | | |

| | | | | |
|---|---|---|---|---|
| | *of Florida's Criminal Justice Fees*, Brennan Center for Justice (2010) | | | |
| 156 | Fla. Clerks & Comptrollers, 2018 Annual Assessments and Collections Report | https://bit.ly/2lYqg2h | | |
| 157 | Alicia Bannon, Mitali Nagrecha, & Rebekah Diller, *Criminal Justice Debt: A Barrier to Reentry*, Brennan Center for Justice (2010) | https://bit.ly/1PIAsD6 | | |
| 158 | Florida House of Representatives Hearing, April 23, 2019 | https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=2443575804_ 2019041264 | | |
| 159 | FIEC Workshop Video, October 17, 2019 | https://thefloridachannel.org/videos/101716-financial-impact-estimating-conference-principals-workshop-voter-restoration-amendment/ | | |
| 160 | FDLE Information on Obtaining Criminal History | http://www.fdle.state.fl.us/Criminal-History-Records/Obtaining-Criminal-History-Information.aspx | | |
| 161 | Joint House Meeting of the Criminal Justice Subcommittee, Feb. 14, 2019 | https://thefloridachannel.org/videos/2-14-19-joint-house-meeting-of-the-criminal-justice-subcommittee-and-the-judiciary-committee/ | | |

| | | | | |
|---|---|---|---|---|
| **162** | Christopher Uggen, Ryan Larson, & Sarah Shannon, *6 Million Lost Voters: State-Level Estimates of Felony Disenfranchisement, 2016*, The Sentencing Project (Oct. 6, 2016) | https://www.sentencingproject.org/publications/6-million-lost-voters-state-level-estimates-felony-disenfranchisement-2016/ | | |
| **163** | Florida Senate Hearing, May 2, 2019 | http://www.flsenate.gov/media/VideoPlayer?EventID=2443575804_2019051020& | | |
| **164** | *Collateral Consequences: The Crossroads of Punishment, Redemption, and the Effects on Communities*, United States Commission on Civil Rights (June 2019) | https://www.usccr.gov/pubs/2019/06-13-Collateral-Consequences.pdf | | |
| **165** | Benjamin Wallace-Wells, *Midterms 2018: Restoring Voting Rights to Ex-Felons Is a Rare Bipartisan Issue*, The New Yorker (Nov. 5, 2018) | https://www.newyorker.com/news/current/midterms-2018-restoring-voting-rights-to-ex-felons-is-a-rare-bipartisan-issue | | |
| **166** | Samantha J. Gross, *Amendment 4: Voters approve measure to restore felons' voting* | https://www.tampabay.com/florida-politics/buzz/2018/11/06/amendment-4-header/ | | |

29

| | | | | |
|---|---|---|---|---|
| | *rights*, The Tampa Bay Times (Nov. 7, 2018) | | | |
| **167** | Steve Bousquet, Connie Humburg, & McKenna Oxenden, *What's riding on Amendment 4 and voting rights for convicted felons*, The Tampa Bay Times (Nov. 2, 2018) | https://www.tampabay.com/florida-politics/buzz/2018/11/02/amendment-4-democrats-and-blacks-more-likely-to-have-lost-voting-rights-than-republicans-and-whites/ | | |
| **168** | Dr. Robert Watson, *Your guide to Florida's constitutional amendments in plain English*, Fox 4 (Oct. 5, 2018) | https://www.fox4now.com/news/political/your-guide-to-florida-s-constitutional-amendments-in-plain-english | | |
| **169** | Excel Sheet Showing Total Numbers of Voters Removed from Rolls for reason of felony conviction without restoration from July 1-August 7, 2019 by County | Produced by SOS as Ex. 3 to Interrogatory Responses | | |

**Date: September 16, 2019**

Respectfully submitted,

/s/ *Leah C. Aden*
Leah C. Aden*
John S. Cusick*
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
jcusick@naacpldf.org

Wendy Weiser
Myrna Pérez
Sean Morales-Doyle*
Eliza Sweren-Becker*
Brennan Center for Justice at NYU
School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu

Jimmy Midyette
Fla. Bar No. 0495859
American Civil Liberties Union
Foundation of Florida
118 W. Adams Street, Suite 510
Jacksonville, FL 32202
Tel: 904-353-8097
jmidyette@aclufl.org

Julie A. Ebenstein
Fla. Bar No. 91033
R. Orion Danjuma*
Jonathan S. Topaz*
Dale E. Ho**
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 284-7332
Fax: (212) 549-2654
jebenstein@aclu.org
odanjuma@aclu.org
jtopaz@aclu.org
dho@aclu.org

Daniel Tilley
Fla. Bar No. 102882
Anton Marino**
American Civil Liberties Union of
Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
amarino@aclufl.org

*Counsel for Gruver Plaintiffs*

/s/ Nancy G. Abudu
Nancy G. Abudu (Fla. Bar No. 111881)
Caren E. Short*
Southern Poverty Law Center
P.O. Box 1287
Decatur, Ga 30031-1287
Tel: 404-521-6700
Fax: 404-221-5857
nancy.abudu@Splcenter.org
caren.short@Splcenter.org

*Counsel for Plaintiffs Rosemary Osborne McCoy & Sheila Singleton*

/s/ Michael A. Steinberg
Michael A. Steinberg
Fla. Bar No. 340065
4925 Independence Pkwy, Suite 195
Tampa, Fl 33634
Tel: (813) 221-1300
frosty28@aol.com

*Counsel for Plaintiffs Kelvin Leon Jones & Luis A. Mendez*

/s/ Danielle M. Lang
Daniel M. Lang*
Mark P. Gaber*
Molly E. Danahy*
Jonathan M. Diaz*
Blair Bowie*
Campaign Legal Center
1101 14th Street, Ste. 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegal.org
mgaber@campaignlegal.org
mdanahy@campaignlegal.org
jdiaz@campaignlegal.org
bbowie@campaignlegal.org

Chad W. Dunn (Fla. Bar No. 119137)
Brazil & Dunn 1200 Brickell Ave, Ste. 1950
Miami, FL 33131
(305) 783-2190
chad@brazilanddunn.com

*Counsel for Raysor Plaintiffs*

* Admitted *Pro Hac Vice*
** *Pro Hac Vice* applications forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, I served a true and correct copy of the foregoing document via electronic notice by the CM/ECF system on all counsel or parties of record.

/s/ *Leah C. Aden*
Leah C. Aden

*Counsel for Gruver Plaintiffs*