# Voter Assistance Hotline

# Manual



**May 1, 2019**

-Supersedes all prior versions-

# Table of Contents

**Introduction** .................................................................................................................................. 8

    Hotline Greeting ............................................................................................................................ 8

    Hotline Etiquette .......................................................................................................................... 8

**Threats** ........................................................................................................................................... 8

    Phone calls/emails/text messages ............................................................................................... 8

    Bomb threats ................................................................................................................................ 9

**Directory** ....................................................................................................................................... 9

    Spanish Assistance ....................................................................................................................... 9

    Transfer ........................................................................................................................................ 9

**Informational Online Resources – Most Frequently Accessed** ................................................... 10

**Election Dates (2020 Election Cycle)– Key Activities** .................................................................. 11

**Ballots** .......................................................................................................................................... 12

    What is on my ballot? ................................................................................................................. 12

    Is my ballot available in Spanish? in Creole? ............................................................................. 12

    Can I write-in whoever I want on my ballot? ............................................................................. 13

    If I write in just in the name of one candidate in a joint ticket office, will it count? .............................. 13

    Can I take a picture of my ballot? Are ballot selfies allowed? Against the law? .................................... 13

    Why are Republican candidates listed first on the (general election) ballot and not in alphabetical order? .......................................................................................................................................... 13

**Book closing (Deadline to Register)** ............................................................................................ 14

    What is the last day to register to vote (book closing date)? ..................................................... 14

    I am currently deployed in the military overseas, when is the deadline for me to register to vote? .... 14

    My spouse is currently deployed, when is my deadline to register? ........................................... 15

    What do I need to show as evidence that I qualify for the late registration? .............................. 15

    Where can I find voter registration statistics or data or book closing data? ............................... 15

**Campaign Finance** ....................................................................................................................... 16

    Where can I find information about contributions and expenses by political parties, committees, and/or candidates? ........................................................................................................................ 16

    I'm having problems obtaining campaign finance information from your website. ....................... 16

**Candidates** .................................................................................................................................. 16

    Where can I find information about candidates? Write-in candidates? ....................................... 16

**City/County Information** ..................................................................................................... 17

How can I find out what county my city/town is in? ............................................................. 17

**Closed Primary** ................................................................................................................... 17

What is a closed primary election? ...................................................................................... 17

I got a nonpartisan ballot in the primary election – why didn't I get to vote for
(Democratic/Republican or other party) candidates? ......................................................... 17

**Complaints** ........................................................................................................................ 18

How do I file a complaint against a candidate or against an SOE? ...................................... 18

**Constitutional Amendments/Initiatives/Referenda** ........................................................... 18

Where can I find information about statewide amendments/initiatives/referenda? ........... 18

What amendments/initiatives/referenda are on the ballot? ............................................... 19

What is Amendment 1, 2, 3 . . .  about? ............................................................................. 19

**Early Voting** ...................................................................................................................... 20

What is early voting? .......................................................................................................... 20

When is early voting? .......................................................................................................... 20

Where are the early voting sites in my county? ................................................................... 21

Is there early voting on university or college campuses? ..................................................... 21

Do I have to show photo ID to early vote ............................................................................ 21

**Election Dates/Hours** ......................................................................................................... 22

What are the dates for the Presidential Preference Primary Election, Primary Election, and/or General
Election? .............................................................................................................................. 22

Are there any special elections in my county? ..................................................................... 22

What are the election dates for counties and municipalities? ............................................. 22

What time do the polls open and close on Election Day? ..................................................... 23

I'm in the middle of a long line and it's almost 7 PM - will I still be able to vote? ............... 23

**Election Fraud** ................................................................................................................... 23

What is the State doing to protect against election fraud? Is there widespread fraud? ....... 23

**Election Results** ................................................................................................................. 24

Where do I find current or past election results? ................................................................. 24

Why are results being released if voting is still going on? .................................................... 24

**Felony Conviction/Clemency** ............................................................................................. 25

I would like to register to vote, but I am a convicted felon–who do I call? ........................... 25

I am a convicted felon but my rights have been restored, can I still vote? ...................................... 25

I have been misidentified as a convicted felon, whom do I contact? ..................................................... 26

Are felons voting in Florida? Why can't felons vote in Florida? ............................................................. 26

**Financial Disclosure** .............................................................................................................................. 27

How do I contact to get a copy of someone's financial disclosure? ..................................................... 27

**Hacking/Cybersecurity** ......................................................................................................................... 28

How secure are voting systems?  Can voting systems be hacked? ....................................................... 28

**Identification** ........................................................................................................................................ 28

If I designate someone to pick up a vote-by-mail ballot for me, does that person need to show ID? ..28

Do I need a photo ID to vote during early voting or Election Day? ....................................................... 29

Do I need my voter information card to vote? ...................................................................................... 30

**Initiative Petition Process** ..................................................................................................................... 30

Where can I find information on the initiative petition process? ......................................................... 30

**Laws and Legal Questions** .................................................................................................................... 30

What does this law mean? How can I get an advisory opinion? ........................................................... 30

Where can I find Florida election laws and rules? ................................................................................. 30

**Legislators and Staff** ............................................................................................................................. 31

Process to handle calls from legislators and staff ................................................................................ 31

**List Maintenance** .................................................................................................................................. 31

**Minority Language/Spanish? Creole?** .................................................................................................. 32

Does my county offer the official ballot in Spanish? Creole? ............................................................... 32

**Oaths and Commissions** ....................................................................................................................... 32

Where do I get a copy of a judge's oath? ............................................................................................. 32

**Party Affiliation** .................................................................................................................................... 32

How do I change my party affiliation - is it too late? ........................................................................... 32

What is my party affiliation? ................................................................................................................. 33

Why did I get the wrong ballot? For example, I got a nonpartisan ballot but I am registered with the
Democratic/Republican party? .............................................................................................................. 33

Can I vote for whomever I want (voter wants to cross party lines)? .................................................... 34

**Political Parties** ..................................................................................................................................... 34

Where can I find information about registered political parties in Florida? ......................................... 34

**Poll workers** .......................................................................................................................................... 35

How do I become a poll worker? .................................................................................... 35

**Polling Place/Precinct Location** ....................................................................................... 35

Where's my precinct or polling location? ....................................................................... 35

**Power of Attorney** .......................................................................................................... 36

Can a power of attorney or guardianship be used to sign a ballot for someone else to vote or register to vote? ................................................................................................. 36

Can a parent sign for a minor to preregister to vote? ..................................................... 36

**Presidential Preference Primary Election** ........................................................................ 36

What is a Presidential Preference Primary? .................................................................... 36

**Press and Media** ............................................................................................................. 36

Process for handling press or media calls ....................................................................... 36

I just saw on the news (subject matter)–is this true? ...................................................... 37

**Publications** ................................................................................................................... 37

Handling requests for publications. ............................................................................... 37

Where can I get a Polling Place Procedures Manual? ...................................................... 37

Where can I get a voter guide? ...................................................................................... 38

**Recounts** ....................................................................................................................... 38

Will Florida have a recount? .......................................................................................... 38

What is a recount? What is a machine recount? What is a manual recount? .................. 39

What triggers a machine recount? What triggers a manual recount? ............................. 39

When are election results reported? .............................................................................. 39

Who certifies the results? .............................................................................................. 40

**Sample ballots** ............................................................................................................... 40

How do I get a sample ballot? ....................................................................................... 40

Can I get a sample ballot emailed to me? ....................................................................... 41

Can I get a sample ballot in Spanish?  In Creole? ........................................................... 41

**Security at the Polls** ....................................................................................................... 42

What are you doing to protect voters if there is violence at the polls? What should I do if I feel threatened at the polls? ......................................................................................... 42

**Spam, Robocalls, Unwanted Calls, Emails, Texts, Mail** .................................................. 42

Why am I getting so many calls, texts, or emails that say I am not registered or haven't voted? What do I do with unwanted calls, texts or emails or spam about my registration status or voting? ........... 42

**Tweets, Blogs, Facebook, Instagram, Internet, Snapchat, Social Media, Television** ............................. 42

    Is it true what I read, see or hear? ........................................................................................................ 42

**Third-party Voter Registration Organizations (3PVRO)** ...................................................................... 43

    Where can I find information about a third-party voter registration organization? ............................. 43

    Who is registered as a third-party voter registration organization (3PVRO)? ..................................... 43

    How do I (self or group) register as a 3PVRO? ..................................................................................... 44

    Who can I contact with questions about 3PVRO? ................................................................................ 44

**Voter Assistance at the County** .............................................................................................................. 44

    I cannot reach or get through to my Supervisor of Elections' office (busy signal, no answer) ............. 44

**Vote-by-Mail Ballot** ............................................................................................................................... 45

    How do I request a vote-by-mail ballot? .............................................................................................. 45

    When is it too late to request that my vote-by-mail ballot be mailed? ................................................ 45

    When can I expect my vote-by-mail ballot? ......................................................................................... 46

    Can I change my vote after I have voted? What if a candidate withdraws/is removed or passes away?
................................................................................................................................................................. 46

    If I miss the deadline to request to have my vote-by-mail ballot mailed, is there any other option? ... 47

    What is the deadline to return a vote-by-mail ballot? ......................................................................... 47

    I requested a vote-by-mail ballot, but didn't send it in, can I still vote at the polls? ............................ 47

    What is postage/cost to mail my ballot back? ...................................................................................... 48

    How can I track my vote-by-mail ballot? .............................................................................................. 48

    I'm in the military, how do I request a vote-by-mail ballot? ................................................................ 49

    Can someone else pick up a vote-by-mail ballot for me? ..................................................................... 49

    I requested a vote-by-mail ballot but have not received it. .................................................................. 50

    How will I know if my vote-by-mail ballot did not count? .................................................................... 51

    Are vote-by-mail ballots only counted when there is a close race? ...................................................... 51

    If I forgot to sign my vote-by-mail ballot certificate, what can I do and will my returned ballot still
count? ...................................................................................................................................................... 52

    Where can I find the form to "correct" or cure a missing or mismatched signature on a returned
ballot? ...................................................................................................................................................... 53

    How long are requests for vote-by-mail ballots good for? ................................................................... 53

    Where can I find statistics or data on early voting and vote-by-mail ballot requests? ......................... 53

**Voter Fraud** ........................................................................................................................................... 54

Who do I call to file a voter fraud/elections fraud complaint? ................................................... 54

What types of voter fraud/elections fraud complaints does the Department/ Division investigate? ... 54

How does Florida prevent fraud or ensure the integrity of the voting process? ................................... 54

**Voter Information Card** ............................................................................................................ 55

I've lost my voter card - where can I get another one? ........................................................................ 55

Can I vote without my information card? ............................................................................................. 55

**Voter List** ................................................................................................................................. 56

How can I get a copy of the voter registration list/roll? ...................................................................... 56

How do I remove my name, address and other voter registration information from the Internet or public websites? ................................................................................................................................... 56

What voter registration information is open to the public? What is exempt? ....................................... 57

How can I get my voter information protected from public disclosure? ................................................ 57

**Voter Registration** ................................................................................................................... 58

What is my registration status? ........................................................................................................... 58

What are the requirements to register to vote? .................................................................................. 59

Where can I register to vote? ............................................................................................................... 60

What are the acceptable voter registration forms? ............................................................................. 61

How do I change my name, address, and/or party affiliation? .............................................................. 61

I recently moved to another county but did not update my address - can I vote in my new county? .. 62

Does the address on my driver license have to match the address on the voter registration record to vote? .................................................................................................................................................... 62

I registered at HSMV (or motor vehicle department) or a tax collector's office, but when I went to vote, I was told I wasn't registered. ..................................................................................................... 63

Why am I getting an application in the mail if I am already registered? What do I do when I get a voter registration application with a deceased person's name or a previous tenant's name? ....................... 63

Can I register to vote if I am a legal permanent resident? ................................................................... 63

If I have citizenship in the U.S. and another country, can I still register to vote? ................................. 64

**Voting** ..................................................................................................................................... 64

How can I be sure my vote was counted when I cast my ballot? ........................................................... 64

Is online voting allowed in Florida? ..................................................................................................... 64

Can a person vote if he or she is homeless? ........................................................................................ 64

Why am I not able to vote? Why are people being turned away from voting? ...................................... 65

**Voting Systems** ....................................................................................................................... 65

What is the voting equipment used in my county?...............................................................65

**Appendix A** – Bomb Threat Procedures ..............................................................................67

**Appendix B** – Issues Report Form Template (Regular and Special Elections) ...........................69

# Introduction

## Hotline Greeting

"Florida Voter Assistance Hotline.  How may I help you?"

## Hotline Etiquette

- Be courteous, polite, patient, and helpful to the extent possible.

- Do not give your opinion or discuss issues, candidates, political entities, internal office processes, voting systems, or internal databases, websites, or programs.

- Answer only the question asked and as answerable by the manual. Otherwise, complete an Issues Report form with the caller's contact information and give to your immediate supervisor.  Issues Report form is found in Appendix B.

- When transferring a call, stay on the line until you can tell the other person who you are and why you are transferring the call and if possible, who is on the call. If you cannot get through to a Supervisor of Elections' office, give the caller the phone number to call and offer to transfer call to voice mail. In case of a DOS employee, get caller's information and email information to appropriate DOS employee.

- If a caller is abusive, tell the person you will be hanging up if he or she does not refrain from being abusive on the call.  If the person left a message, save the message. Be sure to document the call or message and report the incident to your immediate supervisor.

- Callers may ask you about a wide range of topics or what they are reading, seeing or hearing. You are not expected to answer all questions asked. If they ask a question not answered by this manual, take down their question and complete the Issues Report form. Tell the caller we will look into the matter.

- In using the Voter Assistance Hotline Manual, please note that the text in italics is typically instructions or directions or background for you and not for speaking with the caller.

# Threats

## Phone calls/emails/text messages

*For staff:  If you receive an unwanted, abusive or threatening call, email or voicemail, document the time, date, and contact information (phone number or email address). Please save voice mail or email. Report the incident immediately to your supervisor so that it can be reported to the police or our workplace security.*

## Bomb threats

Follow Bomb Threat Procedures in Appendix A.

# Directory

## Spanish Assistance

| Name | Phone | Name | Phone |
|------|-------|------|-------|
| Virgie Madrigal | 850-245-6409 | Carlos Soria | 850-245-6170 |
| Maribel Rivera | 850-245-6173 | Maria Matthews (backup) | 850-245-6520 |

## Transfer

| Type of Call | Action | To |
|--------------|--------|-----|
| **Misdirected calls for other Divisions or Agencies** | *Assist the caller to find the contact information online if possible* | *For contact information to other DOS Divisions, refer to Contact Us webpage at:* https://www.dos.myflorida.com/contact-us/ |
| **Calls from Supervisors of Elections' offices (VR, Voter Focus, MIMS, list maintenance)** | *Transfer to BVRS* | A Marconnet; Amber.marconnet@dos.myflorida.com (BVRS) 850.245.6224 (temporarily until AA position filled) |
| **Election Fraud Calls** | *Complete Issues Report Form* | Maria.Matthews@dos.myflorida.com (Director's Office) |
| **Public Records Requests** | *Email* | Provide email DivElections@dos.myflorida.com to submit request |
| **Press/Media Calls** | *Transfer to Director Sarah Revell* | Sarah.Revell@dos.myflorida.com; 850-245-6522 |
| **Legislator (or his or her staff)** | *Transfer to Director Brittany Dover* | Brittany.Dover@dos.myflorida.com; 850-245-6509 |
| **Legal Questions** (General Counsel's Office) | *Complete Issues Report Form* | Margaret.Swain@dos.myflorida.com; 850-245-6507 |
| **Questions not addressed by manual** (Voting and Voter Registration) | *Complete Issues Report Form* | A Marconnet; Amber.marconnet@dos.myflorida.com (BVRS) 850.245.6224 (temporarily until AA position filled) |
| **Questions not addressed by manual** (Candidate Qualifying, Political Party and Campaign Finance) | *Transfer to BER or complete Issues Report Form* | (Bureau of Election Records)(D Brown donna.brown@dos.myflorida.com; 245-6243)(temporarilyy until AA position filled) |

| Questions not addressed by manual (Voting Systems, ADA equipment, Ballot on Demand, Etc.) | *Transfer to Maribel Rivera or complete Issues Report Form* | Maribel.Rivera@dos.myflorida.com; (Bureau of Voting Systems Certification); 850-245-6173 |
|---|---|---|

## Informational Online Resources – Most Frequently Accessed

(Icons below are hyperlinked to webpage)



| | |
|---|---|
| | • Always be aware that someone may not have access to the Internet, so you may have to provide information to the best of your ability over the phone. |
| RegistertoVoteFlorida.gov | • To submit new registration or update existing voter registration (online or paper)<br>• Available 24/7 365 days a year (mobile, computer)<br>• Link www.RegistertoVoteFlorida.gov |
| Voter Information Lookup | • To check voter status (registration, voting, portal access to precinct/polling location) (link: https://registration.elections.myflorida.com/CheckVoterStatus<br>• Available 24/7 365 days a year<br>• Allow one to two days for new information to appear |
| Find your Supervisor of Elections by Map | • To find city and/or county and contact information for Supervisors of Elections' office (phone, email, fax, web address)<br>• Always be sensitive to the fact that someone may not have access to the website |
| GET READY. GET SET. VOTE! FLORIDA ELECTIONS | • Updated Information will be available in 2020<br>• Department of State's voter education promotional campaign<br>• Provides voting and voter registration information and election dates for upcoming elections<br>• Available online only during Presidential Preference Primary and Primary and General Elections |
| Florida ELECTION WATCH | • Provides online publication of election results on election night through certification of elections results<br>• Available online only during Presidential Preference Primary, Special Elections (federal, state, multi-county races), Primary Elections and General Elections |

## Election Dates (2020 Election Cycle)– Key Activities

| Candidate Qualifying Period | |
|---|---|
| U.S. Representative, Judicial, State Attorney (Circuits 1-19 only) and Public Defenders (Circuits 1-19 only) | Noon, April 27 – Noon, May 1 |
| State Senator, State Representative, County Office and Special Districts | Noon, June 15 – Noon, June 19 |
| Write-in candidates for President and Vice President | 8:00 am, June 30 - Noon, July 7 |
| **Deadline to Register to Vote ("Book Closing")** *Deadline to submit an online application (https://www.RegistertoVoteFlorida.gov) is 11:59 PM.   Deadline to submit paper applications is close of business day (local time) or postmark by the 29-day deadline.* | |
| Presidential Preference Primary Election | February 18 |
| Primary Election | July 27 |
| General Election | October 5 |
| **Deadline to Send Vote-by-Mail Ballot** *To absent stateside and overseas uniformed and civilian voters (UOCAVA voters) is 45 days before election for requests already on record)* | |
| Presidential Preference Primary Election | February 1 |
| Primary Election | July 11 |
| General Election | September 19 |
| *To domestic voters is a 7-day mailing window for requests already on record* | |
| Presidential Preference Primary Election | February 11 - February 18 |
| Primary Election | July 21 - July 28 |
| General Election | September 29 - October 6 |
| *Last day to request that a ballot be mailed to a voter is 6 days before Election Day.* | |

| Early Voting Period *(8 mandatory days, starting on the 10th day and ending on the 3rd day before Election Day)* | |
| --- | --- |
| Presidential Preference Primary Election | March 7 - March 14 |
| Primary Election | August 15 - August 22 |
| General Election | October 24 - October 31 |
| *Supervisor of Elections may offer more days of early voting on any or all of the following days:* | |
| Presidential Preference Primary Election | March 2, 3, 4, 5, 6, and 15 |
| Primary Election | August 10, 11, 12, 13, 14, and 23 |
| General Election | October 19, 20, 21, 22, 23, and November 1 |
| Election Day | |
| Presidential Preference Primary Election | March 17 |
| Primary Election | August 25 |
| General Election | November 3 |
| *For information about county or municipal election dates, contact the county Supervisor of Elections office or the city clerk's office, respectively.* | |

## Ballots

### What is on my ballot?

Please visit your supervisor of elections' website or contact your supervisor of elections' office to find out when sample ballots will be available.

*To guide the caller to the Supervisor of Elections' website or for county contact information:*

- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS.*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map.*

See also question "**How can I get a sample ballot**?"

### Is my ballot available in Spanish? in Creole?

You will need to contact your Supervisor of Elections' Office to determine if your ballot is available in a language other than English.

*Provide only if caller is from one of the counties below and asks:*

- *If caller is from one of the following 14 counties -- Broward, Desoto, Hardee, Hendry, Hillsborough, Lee, Miami-Dade, Orange, Osceola, Palm Beach, Pinellas, Polk, Seminole, and Volusia -- tell the caller that the county is required by federal law (Voting Rights Act) to provide bilingual assistance and bilingual ballots (English and Spanish).*

- *If the caller is from one of the following 32 counties --Alachua, Bay, Brevard, Charlotte, Citrus, Clay, Columbia, Duval, Escambia, Flagler, Hernando, Highlands, Indian River, Jackson, Lake, Leon, Levy, Manatee, Marion, Martin, Monroe, Okaloosa, Okeechobee, Pasco, Putnam, St. Johns, St. Lucie, Santa Rosa, Sarasota, Sumter, Taylor, and Wakulla – tell the caller that for the 2018 General Election that the county was required by federal court order to provide sample ballots and sample ballot signage at the polls in Spanish and to provide voter assistance in Spanish in the same manner as in English. (If asked about underlying law, cite Section (4)(e), Voting Rights Act and SOS Directive 18-02 (Sep. 2018).*

## Can I write-in whoever I want on my ballot?

In order to count, the write-in name must be of a candidate who qualified as a candidate.   See also question **"How can I find out who has qualified as a write-in candidate?"**

## If I write in just in the name of one candidate in a joint ticket office, will it count?

Yes.  The offices of President and Vice-President, and Governor and Lt. Governor are joint ticket offices.  So for example, if for the President/Vice-President race, you just wrote in the name of the candidate for President but did not write in the name for the Vice-President, it would count for the respective joint ticket. A vote cast for both or either name of the party candidates for that office is a vote cast for the joint candidacy.

## Can I take a picture of my ballot? Are ballot selfies allowed? Against the law?

Nothing in law specifically talks about taking a photo with or of your ballot. However, by law, you cannot take photos/videos at all in the polling room or early voting site. Also it is against the law to allow someone to see your voted ballot or to mark it in any way that identifies the ballot as his or hers.

## Why are Republican candidates listed first on the (general election) ballot and not in alphabetical order?

Ballot order is set out in law. Specifically, "the names of the candidates of the party that received the highest number of votes for Governor in the last election in which a Governor was elected shall be placed first for each office on the general election ballot, together with an appropriate abbreviation of the party name; the names of the candidates of the party that received the second highest vote for

Governor shall be placed second for each office, together with an appropriate abbreviation of the party name."


# Book closing (Deadline to Register)

## What is the last day to register to vote (book closing date)?

The last day to register for an upcoming election is 29 days before the election. However, you can apply to register to vote at any time.   *[Note to Staff: Please refer to the table on pages 11-12 for registration deadlines.]*

You will need to contact your Supervisor of Elections to find out the deadline for any upcoming local elections.

*To guide the caller to the Supervisor of Elections' website or for county contact information:*

- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS.*
- *Click County Supervisor of Election Contact Information Lookup.*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map.*


## I am currently deployed in the military overseas, when is the deadline for me to register to vote?

The regular deadline to register for an upcoming election is 29 days before the election. There is a late registration date under special circumstances. If you are:

- Returning from military deployment or activation
- Discharged or separated from the uniformed services or the U.S. Merchant Marine, or
- Separated from employment outside the territorial limits of the U.S.

This also applies to any accompanying family. You must show evidence sufficient to your supervisor of elections that you qualify for the late registration.

The late registration deadline is 5 PM (local time) on the Friday before the election to register:

- **2020 Presidential Preference Primary Election:** March 13, 2020 (Friday)
- **2020 Primary Election:** August 21, 2020 (Friday)
- **2020 General Election:** October 30, 2020 (Friday)

## My spouse is currently deployed, when is my deadline to register?

The deadline is the same as the deployed spouse. Otherwise, the deadline is as follows:

*(Notice to staff: Please refer to registration deadlines in Table on pages 11-12.  Deadline to register for online application is 11:59 PM (local time) and for paper applications is close of business day (local time) or be postmarked by the deadline).*

## What do I need to show as evidence that I qualify for the late registration?

You will need to contact your local Supervisor of Elections office as to what document is sufficient.

*To guide the caller to the Supervisor of Elections' website:*

- *Main website* http ://dos.myflorida.com/elections/
- *Click Contact your Supervisors of Elections under CONTACTS.*
- *Click County Supervisor of Election Contact Information Lookup.*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map.*

## Where can I find voter registration statistics or data or book closing data?

Voter registration statistics or data on the number of registered voters can be found on the Division of Elections' website. The Division of Elections generates book closing reports on the number of active registered voters by the deadline for a federal, state, multicounty and district election. The reports are by county, by party, by race, by precinct, by congressional district, by senate district, by house district and by judicial circuit.

*To guide the caller to the Division of Election's website on voter registration statistics:*
- *Main website* https://dos.myflorida.com/elections/
- *Click DATA & STATISTICS on menu bar*
- *Click Voter Registration Statistics*
- *Click Voter Registration Reports*

*To guide the caller to the Division of Election's website on book closing reports:*
- *Main website* https://dos.myflorida.com/elections/
- *Click DATA & STATISTICS on menu bar*
- *Click Voter Registration Statistics*
- *Click Voter Registration Reports*
- *Click Book closing Reports*

## Campaign Finance

### Where can I find information about contributions and expenses by political parties, committees, and/or candidates?

Contribution and expenditure reports are posted on the Division of Elections' website.

*If the caller has no Internet access or has additional questions, transfer call to [Sheena Baker](#) in Election Records at 850-245-6240 or take down contact information.*

*To guide the caller to the Campaign Finance Database website:*
- *Main website [http://dos.myflorida.com/elections/](http://dos.myflorida.com/elections/)*
- *Click Candidates & Committees.*
- *Click [Campaign Finance](#).*

### I'm having problems obtaining campaign finance information from your website.

Let me transfer you to the Bureau of Election Records.

*Transfer call to [Sheena Baker](#) in Election Records at 850-245-6240 or take down contact information.*

## Candidates

### Where can I find information about candidates? Write-in candidates?

You can track who is running or has qualified as a candidate for federal, state, multi-county or district office by searching the Division of Elections' online [Candidates and Races Database](#).  To track a candidate for county, city, or special district office, refer to your Supervisor of Elections' website.

*If the caller has no Internet access or has additional questions, transfer call to [Sheena Baker](#) in Election Records at 850-245-6240 or take down contact information.*

*To guide the caller to the Candidates and Races Database webpage:*

- *Main website [https://dos.myflorida.com/elections/](https://dos.myflorida.com/elections/)*
- *Click CANDIDATES AND CAMPAIGNS on the menu bar*
- *Click [Information about Candidates and Committees](#)*
- *Click [Search Candidates and Races Database](#)*
- *Select applicable election and click View List*
- *On [webpage](#) for Candidate Listing for YYYY [applicable election], search by applicable fields (group, office, last name for the office of interest and status). A party candidate is denoted with the 3 letter party code. A nonpartisan (non-affiliated candidate) is denoted by the letters NPA. A write-in candidate is denoted with the letters WRI.*

*To guide the caller to the Supervisor of Elections' website or for county contact information:*

- *Main website* *https://dos.myflorida.com/elections/*
- *Click* *Contact your Supervisors of Elections* *under CONTACTS.*
- *Click* *County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*

## City/County Information

### How can I find out what county my city/town is in?

You can look that up on our website or I can look that up for you.

*To guide the caller to the Supervisor of Elections' website or for county contact information:*
- *Main website* *https://dos.myflorida.com/elections/*
- *Click* *Contact your Supervisors of Elections* *under CONTACTS*
- *Click* *County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map.*

## Closed Primary

### What is a closed primary election?

Florida is a closed primary state.  To vote in a partisan primary races, you must be a registered voter in the party for which the primary is being held.  However, if all candidates for an office have the same party affiliation and the winner will not have opposition in the general election, then all voters may vote in the primary election for that office.  In addition, all voters, regardless of political party affiliation, can vote on issues and nonpartisan candidates that appear on the ballot in a primary election.

### I  received a nonpartisan ballot in the primary election – why didn't I get to vote for (Democratic/Republican or other party) candidates?

If you believe you got the wrong ballot at the polls, speak to the clerk at your polling location immediately before casting your ballot. If you believe you got the wrong ballot in the mail, contact your Supervisor of Elections.  Would you like me to transfer your call?  *(Look up the Supervisor of Elections phone number and transfer the call.)*

*To guide the caller to the Supervisor of Elections' website or for county contact information:*
- *Main website* *https://dos.myflorida.com/elections/*
- *Click* *Contact your Supervisors of Elections* *under CONTACTS.*
- *Click* *County Supervisor of Election Contact Information Lookup.*

- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map.*

# Complaints

## How do I file a complaint against a candidate or against an SOE?

Depending on the nature of your complaint, you may file a complaint with the Florida Department of State or the Florida Elections Commission.

For any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities, you will need to complete an elections fraud complaint. The complaint form is available on the Division of Elections' webpage at: https://www.dos.myflorida.com/elections/contacts/elections-fraud-complaint/

If any violation of either the National Voter Registration Act or a voter registration or removal procedure under the Florida Election Code, you will need to complete an NVRA complaint with the Department of State. The complaint form is available on the NVRA webpage: https://www.dos.myflorida.com/elections/for-voters/voter-registration/national-voter-registration-act/

For any alleged violations of chapter 104 or chapter 106 (campaign finance laws), you will need to complete a complaint available at the Florida Elections Commissions' website: http://www.fec.state.fl.us/FECWebFi.nsf/pages/Complaints

# Constitutional Amendments/Initiatives/Referenda

## Where can I find information about statewide amendments/initiatives/referenda?

The Division of Elections' website has a searchable online database containing initiatives, amendments, and revisions. We do not explain nor interpret or take a position on initiatives/amendments/revisions. Information about what an initiative/amendment/revision is about may be found through the sponsor of the initiative/amendment/revision. Also third-party proponents and opponents may have information available online on their respective websites.

*To guide the caller to online Initiatives, Amendments, and Revision Database:*
- *Main Division of Elections' website  https://dos.myflorida.com/elections/*
- *Click Laws & Rules on the menu bar*
- *Click Constitutional Amendments*
- *Scroll down to link for Initiatives, Amendments and Revisions Database*

## What amendments/initiatives/referenda are on the ballot?

Currently, no Constitutional Amendments/Initiatives/Revisions have made ballot for the 2020 General Election.

If a Constitutional Amendment/Initiative/Revision makes ballot position for the 2020 General Election, booklets in English and Spanish will be made available online on the Division of Elections' website in Fall 2020. A copy will also be available at every polling location during early voting and on Election Day.

*To guide the caller to the online booklet on constitutional amendments/initiatives/revisions, if available:*

- *Main Division of Elections' website* *https://dos.myflorida.com/elections/*
- *Click Laws & Rules on the menu bar*
- *Click Constitutional Amendments*
- *Scroll down to Constitutional Amendment Resources*
- *Click on Booklet  in numbered* *English - PDF* *Español – PDF*

*To guide the caller to online Initiatives, Amendments, and Revision Database:*
- *Main Division of Elections' website* *https://dos.myflorida.com/elections/*
- *Click Laws & Rules on the menu bar*
- *Click Constitutional Amendments*
- *Scroll down to link for Initiatives, Amendments and Revisions Database*
- *Click "Made Ballot"*
- *Click on amendment for more information*

## What is Amendment 1, 2, 3 . . .  about?

Currently, no Constitutional Amendments/Initiatives/Revisions have made ballot for the 2020 General Election. *[Note to staff: If a constitutional amendment makes ballot position, the following information will be added to the Voter Assistance Hotline.]*

---

For legislative proposed joint resolutions

The title of this amendment is _____**.** It is proposed by the Florida Legislature/ House of Representatives.
Ballot Summary:

*To guide the caller to more information on this amendment:*

**Senate Legislative Sponsor contact information**:     **House Legislative Sponsor contact information**:

---

For initiative petitions
The title of this amendment is _____. It is proposed by initiative petition
method.
Ballot Summary:

*To guide the caller to more information on this amendment:*
**Sponsor contact information:**
**Political Committee - _____**
*Address*
*Phone Number*

## Early Voting

### What is early voting?

Voters may vote in person by casting a ballot during a period prior to Election Day at a site designated by
the county Supervisor of Elections.  The voter uses the same type of voting equipment that is used at the
polls on Election Day.

*To guide the caller to the Early Voting website for information:*

- *Main website* *https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on the menu bar*
- *Click Voting*
- *Click Early Voting.*

### When is early voting?

By law, early voting must be held for at least 8 days. *[Note to Staff: Please refer to the Table on pages
11-12 for the mandatory early voting dates.]*

You will need to check with your county Supervisor of Elections for optional extended days of early in
your county.

*To guide the caller to the Early Voting website for dates, times, and locations:*

- *Main website* *https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on the menu bar*
- *Click Voting*
- *Click Early Voting*
- *Click on the Early Voting Locations file*

## Where are the early voting sites in my county?

The list of early voting sites is posted on your Supervisor of Elections' website and also on the Division of Elections' website. The information will be available within 30 days of the presidential preference primary, special elections, special election primary, primary or general elections, as applicable.

Early voting sites must be at the main or branch office of the Supervisor of Elections.  A county may also designate additional sites as follows:  any city hall, permanent public library facility, fairground, civic center, courthouse, county commission building, stadium, convention center, government-owned senior center, or government-owned community center.

In addition, the supervisor may designate one "wild card" early voting site per election in an area of the county that does not have any of the eligible early voting sites.

*For all other callers, guide them to the Early Voting website for dates, times, and locations:*

- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on the menu bar*
- *Click Voting*
- *Click Early Voting*
- *Click on the Early Voting Locations file*

## Is there early voting on university or college campuses?

You may contact your Supervisor of Elections' office or check the Supervisor of Elections' website or the Division of Elections' website for a list of early voting sites in your county for an upcoming election.

*Guide callers to the Early Voting website for dates, times, and locations:*

- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on the menu bar*
- *Click Voting*
- *Click Early Voting*
- *Click on the Early Voting Locations file*

## Do I have to show photo ID to early vote?

Yes, you must provide a valid photo ID with signature before voting, just as you would on Election Day. See the list of acceptable photo IDs under the question **"What photo ID must I show to vote at the polls?"**

# Election Dates/Hours

## What are the dates for the Presidential Preference Primary Election, Primary Election, and/or General Election?

*[Note to staff: Please refer to the Table on pages 11-12 of this manual to inform the caller about the dates.]*

*To guide the caller to the Division of Elections' Election Dates 2020 webpage:*

- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on the menu bar*
- *Click Election Dates*

## Are there any special elections in my county?

Special elections may be called at any time during the year. To find out if there is an upcoming Special Election for a federal, state, or multicounty office in your county, refer to our webpage on Special Elections:

*To guide the caller to the Special Elections' webpage:*

- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on the menu bar*
- *Click on Special Elections*

     (https://dos.myflorida.com/elections/for-voters/special-elections/

## What are the election dates for counties and municipalities?

Most county offices will be elected at the primary and general elections.

Other local elections may also be held throughout the year. Check the Division of Elections' Local Elections Database which contain dates as reported by the county for elections (county-specific, municipal, special district, or other local election) scheduled within one county. Contact your county Supervisor of Elections for the most up-to-date information on county and municipal elections.

*To guide the caller to the Local Elections Database (not exclusive so it is best to refer the caller to the Supervisor of Elections):*

- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on the menu bar*
- *Click Election Dates*
- *Click on "Local Elections Database"*

In which county are your registered to vote? in?  *Offer to transfer the call or to guide the caller to the Supervisor of Elections' website or for county contact information:*

- *Main website* [https://dos.myflorida.com/elections/](https://dos.myflorida.com/elections/)
- *Click [Contact your Supervisors of Elections](#) under CONTACTS.*
- *Click [County Supervisor of Election Contact Information Lookup](#).*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map.*

## What time do the polls open and close on Election Day?

On Election Day, the polls are open from 7 AM until 7 PM, local time, and are normally less busy during the mid-morning and mid-afternoon.

*To guide the caller to the webpage for information on Election Day Voting:*
- *Main website* [https://dos.myflorida.com/elections/](https://dos.myflorida.com/elections/)
- *Click FOR VOTERS on menu bar*
- *Scroll down to Voting and click*
- *Click [Election Day Voting](#)*

## I'm in the middle of a long line and it's almost 7 PM - will I still be able to vote?

Yes, as long as you are in line <u>before</u> 7 PM local time and stay in line. This applies in every election.

# Election Fraud

## What is the State doing to protect against election fraud? Is there widespread fraud?

Our goal is to have 100% voter participation and zero percent fraud.  We have no indication of a Florida-specific issue.

If you have knowledge of specific fraud, you may complete an elections fraud complaint.  *Note to staff: Refer to response to question **"Who do I call to file a voter fraud/elections fraud complaint**?" If caller has concerns about security, refer to the response to question **"How secure are voting systems?  Can voting systems be hacked?"***

s

# Election Results

## Where do I find current or past election results?

Elections results for federal and statewide elections, and special elections are available on Florida Election Watch. Live results are posted starting at 8 PM Eastern Time on election night. Election results are also available on your county's website.

*To guide the caller to the Florida Election Watch:*
- *Main website* *https://dos.myflorida.com/elections/*
- *Click on Florida Election Watch button* *https://floridaelectionwatch.gov*

*To guide the caller to the Supervisor of Elections' website or for county contact information:*
- *Main website* *https://dos.myflorida.com/elections/*
- *Click* *Contact your Supervisors of Elections* *under CONTACTS.*
- *Click* *County Supervisor of Election Contact Information Lookup.*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map.*

*To guide the caller to election results for past elections:*
- *Main website* *https://dos.myflorida.com/elections/*
- *Click on Elections Data under DATA and STATISTICS*
- *Click* *Elections Results Archive*
- *Click* *Elections Results Archive Access*

## Why are results being released if voting is still going on?

If you are seeing "results" in the news or social media, it is likely this is something called exit polling. The polling information may be based on how voters said they voted but not necessarily how they actually voted. Official results are pulled from how voters marked their cast ballots. The State of Florida does not release state results reported from counties until 8 PM Eastern Time on Election Night to accommodate central time-zone counties.

The Florida Election Watch website has more information regarding when results are due for federal, state, multi-county and district elections, and live election night results. (*Florida Election Watch is only available during Presidential Primary, Primary, General, Special Primary and Special Elections.*)

*To guide the caller to the Florida Election Watch (available only during the Primary and Election Cycle:*
- *Main website* *https://dos.myflorida.com/elections/*
- *Click on Florida Election Watch button* *https://floridaelectionwatch.gov*

# Felony Conviction/Clemency

## I would like to register to vote, but I am a convicted felon–who do I call?

You cannot register to vote until your right to vote is restored. Once your rights are restored, you are eligible to register to vote and to vote.  We are not able to tell you whether your rights have been restored or not. However, we provide the following information:

1. If you were convicted of a felony offense for murder or felony sexual offense, by law you need to obtain clemency first.

2. For information about the clemency process or if you have already received clemency, you will need to contact the Florida Commission on Offender Review at **1-800-435-8286**, or **850-488-2952**, or its website at: https://www.fcor.state.fl.us/   You can also search the online Clemency Database to find out if you have had clemency restored in Florida. https://fpcweb.fcor.state.fl.us/

3. If you were convicted of a felony other than murder or felony sexual offense, your right to vote is restored upon completing all the terms of your sentence, unless you have already obtained clemency. Contact the Clerk of Court in the county where you were convicted to find the documents that contain the terms of your sentence and/or contact the Florida Department of Corrections or the local probation or parole office for additional information about the terms of your sentence.

4. If you were convicted of a felony in another state, contact the clerk of court in the state where you were convicted and get a copy of your judgment to confirm whether your right to vote was removed and/or contact the clemency office in the state to find out if your right to vote was restored.  For example, it is possible that clemency was automatically restored by operation of law or once you completed all or part of your sentence, or by grant of clemency after you applied for it.

5. Once your rights have been restored, contact your county Supervisor of Elections on how to register to vote.

*To guide the caller to the Supervisor of Elections' website or for county contact information:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup.*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map.*

## I am a convicted felon but my rights have been restored, can I still vote?

Yes, provided you are eligible and satisfy all other requirements to be a registered voter and to vote. You should contact your Supervisor of Elections. It is also a good idea to cross-check to find out if your rights

have been restored or to have your documentation supporting your restored right to vote.  Refer also to information for "**I would like to register to vote, but I am a convicted felon- who do I call?**"

## I have been misidentified as a convicted felon, whom do I contact?

If you need to have a criminal record corrected, you will need to contact the Florida Department of Law Enforcement.  Direct caller to link online: http://www.fdle.state.fl.us/Criminal-History-Records/Personal-Review.aspx  Once your record is corrected, you will need to contact your Supervisor of Elections on how to proceed to either register or be reinstated if you have been removed.

If you believe that your identity has been comprised, you will need to contact the Compromised Identity Services hotline at (850) 410-8880  or the Florida Department of Law Enforcement's **Compromised Identity Services** website at:    http://www.fdle.state.fl.us/Compromised-Identity-Services/CIS

If you believe you have been erroneously removed or identified as a convicted felon, please contact your Supervisor of Elections immediately (*offer to transfer the call*).

*To guide the caller to the Supervisor of Elections' website or contact information:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup.*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map.*

## Are felons voting in Florida? Why can't felons vote in Florida?

One of the requirements to be eligible to register and vote in Florida is that if a person has been convicted of a felony, he or she must first have his or her rights restored.

As of January 8, 2019, the Florida Constitution states the following with respect to convicted felons and voting:

Article VI, Section 4. Disqualifications.—

(a) No person convicted of a felony, or adjudicated in this or any other state to be mentally incompetent, shall be qualified to vote or hold office until restoration of civil rights or removal of disability. Except as provided in subsection (b) of this section, any disqualification from voting arising from a felony conviction shall terminate and voting rights shall be restored upon completion of all terms of sentence including parole or probation.

(b) No person convicted of murder or a felony sexual offense shall be qualified to vote until restoration of civil rights.

If a person registers to vote who is not eligible, the Division of Elections and the Supervisor of Elections conduct list maintenance of voter rolls as required by Florida and federal law to identify ineligible registered voters and work towards removing them from the rolls. (*If asked, cite to Sections 98.075(1)(5), 98.045(1), and 97.053(6), Florida Statutes,* National Voter Registration Act (NVRA) *52 U.S.C. § 20501 - 52 U.S.C. § 20511)*

*Staff: If the caller wishes to report a convicted felon without rights restored who is registered and/or voting, refer to information to question* **"Who do I call to file a voter fraud/elections fraud complaint?"**

## Financial Disclosure

### How do I contact to get a copy of someone's financial disclosure?

**Candidates:**   Campaign documents, including financial disclosure statements, are posted on the Division of Elections' website for candidates who qualify with the Division of Elections.

*If the person does not have access to Internet, offer to transfer the call to Bureau of Election Records at 850-245-6240 Sheena Baker.*

*To guide the caller to the Campaign Documents Search:*
- *Main website at https://dos.myflorida.com/elections/*
- *Click CANDIDATES & COMMITTEES on menu bar*
- *Click on INFORMATION ABOUT CANDIDATES, CAMPAIGN DOCUMENTS, AND COMMITTEES*
- *Click on Search Campaign Documents Database*
- *Enter account name*

**Elected State Officials and Other Public State Employees:**  You will need to contact the Florida Commission on Ethics at 850-448-7864 *(offer to transfer the call)*. The website is: http://www.ethics.state.fl.us/

**Elected Local Officials** *(These include councils, commissions, and authorities of any county, municipality, school board, etc.*):  You will need to contact the Supervisor of Elections or the local qualifying officer (e.g., city clerk).

*If not transferring the caller, guide the caller to the Supervisor of Elections' website or contact information:*

- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*

# Hacking/Cybersecurity

## How secure are voting systems?  Can voting systems be hacked?

Security during elections is one of Florida's Secretary of State's top priorities. We have multiple safeguards in place to secure elections.

- All voting in Florida is done on paper ballots.
  One exception:   Voters with disabilities have the option to vote on accessible equipment (like touchscreens) that meets voting system accessibility requirements and complies with the Americans with Disabilities Act.
- In Florida, voting systems are certified by the state before they can be purchased by counties.
- Voting machines are not connected to the internet or to each other. Voting systems in use by county is available on the Division of Elections website:
  http://dos.myflorida.com/elections/voting-systems/about-voting-systems/
- Supervisors of Elections follow strict procedures for ensuring the security of their voting systems.

*If not transferring the caller, guide the caller to the Supervisor of Elections' website or contact information:*

- *Main website* *https://dos.myflorida.com/elections/*
- *Click* *Contact your Supervisors of Elections* *under CONTACTS*
- *Click* *County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*

## Is the Department working with the FBI or Department of Homeland Security?

Security during elections is one of Florida's Secretary of State's top priorities. Throughout the year and in preparation for elections, the Secretary of State and the Department of State maintain regular contact and engage with all of our state and federal partners on an ongoing basis to help ensure the security and integrity of Florida elections.

# Identification

## If I designate someone to pick up a vote-by-mail ballot for me, does that person need to show ID?

Yes.  To pick up a ballot for you, your designee must provide a photo ID, a signed affidavit and a written authorization from you. The designee must also bring your request to vote by mail if a request is not already on file.

You may use the online combination form that has the written authorization and pickup request including affidavit.  A designee can only pick up 2 vote-by-mail ballots for up to two people other than for themselves and their immediate family members.

*To guide the caller to the form on the Division of Elections' website:*

- *Main website https://dos.myflorida.com/elections/*
- *Click FORMS AND PUBLICATIONS on the menu bar*
- *Click on Forms*
- *Search for Form DS-DE 37 Affidavit to Pick-up Vote-by-Mail Ballot for a Voter -(available in English PDF  and Español PDF*

*\*Election Day Delivery:* Special procedures apply before a vote-by-mail ballot can be picked up on Election Day by the voter or his or her designee. An additional affidavit has to be executed stating that the voter is unable to go to his or her assigned polling place/precinct on Election Day because of an emergency.

## Do I need a photo ID to vote during early voting or Election Day?

Yes. In Florida you must provide a valid photo ID with signature before you can vote during early voting or on Election Day.  The only 12 acceptable forms of photo IDs are:

1. Florida driver license
2. Florida identification card issued by the Department of Highway Safety and Motor Vehicles
3. United States passport
4. Debit or credit card
5. Military identification
6. Student identification
7. Retirement center identification
8. Neighborhood association identification
9. Public assistance identification.
10. Veteran Health Identification card issued by the United States Department of Veterans Affairs.
11. A license to carry a concealed weapon or firearm issued pursuant to section 790.06.
12. Employee identification card issued by any branch, department, agency, or entity of the Federal Government, the state, a county, or a municipality.

If your photo ID does not contain your signature, you will be asked to provide an additional ID that includes a signature.  If you do not bring a photo ID with you to the polls, you can still vote a provisional ballot.  This means that your signature will be compared later to the signature on record.  If they match, your ballot will count if you are otherwise eligible.

## Do I need my voter information card to vote?

No. While your voter information card has a lot of useful information, it is not an accepted form of photo ID for voting. *Staff: see response to "**Do I need a photo ID to vote during early voting or Election Day**?" for a list of acceptable forms of photo identification.*

# Initiative Petition Process

## Where can I find information on the initiative petition process?

Petition process information is posted on the Division of Elections' website.

https://dos.myflorida.com/elections/laws-rules/constitutional-amendments/

*To guide the caller to the Initiative Petition Handbook*
- *Main website http://dos.myflorida.com/elections/*
- *Click Laws & Rules.*
- *Click Constitutional Amendments and scroll down to Initiative Petition Handbook(available in English and in Spanish)*

*If the caller has no Internet access or has additional questions, provide contact information  to Program Administrator's Office - DivElections@dos.myflorida.com or Offer to transfer the call to 850.245-6247 (Lenard) or 850.245.6292 (Alex).*

# Laws and Legal Questions

## What does this law mean? How can I get an advisory opinion?

We do not give out legal advice or interpretation. [*Staff: Do not read laws to the caller. Do not give out legal advice or interpretation. Do not guess if you have any doubt about the answer. If the caller wants to know what Constitutional Amendment 4 means beyond the plain reading, we do not give out legal advice or interpret what words like murder or felony sexual offense mean.*]

The Division of Elections may issue advisory opinions to specified persons who the law says can ask for advisory opinions.  I can take your contact information and question down and provide to our Legal Office and someone will contact you.

*If the caller wants further assistance, complete an Issues Report Form and email it to Margaret.Swain@dos.myflorida.com in the Legal Office.*

## Where can I find Florida election laws and rules?

That information is available through the Division of Elections' website.

*To guide the caller to laws:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Laws & Rules on menu bar*
- *Click Law and Resources for laws*

*To guide the caller to Rules relating to Elections:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Laws & Rules on menu bar*
- *Click Rules*

*To guide the caller to Division of Elections' advisory opinions:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Laws & Rules on menu bar*
- *Click Advisory Opinions. Scroll down for searchable Opinions Database (by year or topic)*

# Legislators and Staff
## Process to handle calls from legislators and staff
*If at any time during the call, the caller identifies as a legislator (U.S. or state) or as a member of his or her staff, you will then need to transfer the call to the Legislative Affairs Director.* **DO NOT TALK TO LEGISLATIVE STAFF.**

Sir or Ms., you will need to speak with our Legislative Affairs Director, Brittany Dover in the Secretary of State's Office, 850-245-6509 (offer to transfer the call).

# List Maintenance
The Department of State and the Supervisors of Elections work in partnership to ensure the voter rolls are current and accurate by using available credible and reliable resources.

If you have information that someone is not eligible to be registered, you will need to complete an elections fraud complaint.

*To guide the caller to the Elections fraud complaint on the website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click CONTACTS on menu bar*
- *Click Elections fraud complaint*
- *Scroll to Form (available in English and Spanish)*

If you want to know about list maintenance activities in your county, you will need to talk to your county supervisor of elections office. If the caller is making a request for list maintenance documents,

then that is a public records request and should be handled as such. Please refer to the transfer directory on page 9.

## Minority Language/Spanish? Creole?

### Does my county offer the official ballot in Spanish? Creole?

Fourteen counties in Florida are required to provide a bilingual English and Spanish official ballot. (*If asked which counties, they are: Broward, Desoto, Hardee, Hendry, Hillsborough, Lee, Miami-Dade, Orange, Osceola, Palm Beach, Pinellas, Polk, Seminole, and Volusia.*)

Official ballots in Creole are not required. You will need to contact your county Supervisor of Elections to determine if official ballots are available in Creole in your county.

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

Refer also to "**Can I get a sample ballot in Spanish? Creole?**"

## Oaths and Commissions

### Where do I get a copy of a judge's oath?

You will need to contact Inez Williams in Election Records (850-245-6252; Inez.Williams@dos.myflorida.com; (*offer to transfer the call*).

## Party Affiliation

### How do I change my party affiliation - is it too late?

The deadline to submit a party affiliation before any primary election (regular primary, special primary or Presidential Preference Primary) is 29 days before that election.  *Staff:  For 2020, please refer to the key election dates in the table on pages 11-12 of this manual.*

You can use the RegistertoVoteFlorida.gov (online voter registration system) to submit a party change electronically or to print out an application to deliver in person or by mail. You can also submit a written notice and include your date of birth or voter registration number.

**You can make a party change any time before voting in a General Election.**  You can use the RegistertoVoteFlorida.gov (online voter registration system) to submit a party change electronically or to print out an application to deliver in person or by mail. You can also submit a paper application or written notice and include your date of birth or voter registration number, or make that change at the polls before voting.

*To guide the caller to the online Voter Registration Application website:*
- *Main website* *http://dos.myflorida.com/elections/*
- *Click Register to Vote banner.*
- *Click Register or Update.*

## What is my party affiliation?

Your party affiliation will be listed on your current voter information card. If you do not have that card with you, you can look that your registration information on the Division of Elections' website.

*To guide the caller to the Voter Information Lookup:*
- *Main website* *https://dos.myflorida.com/elections/*
- *Scroll to Voter Information Lookup button under Highlights*
- *Click on* *Voter Information Lookup*

 *If the caller is unable to look the information up themselves. - I'll be glad to look that up for you?  What is your first and last name?  What is your birth date?* *If you are unable to find the information, direct the caller to contact his or her Supervisor of Elections' office.*

*If you have access to Voter Focus, conduct search as follows: Click the* **Voter Focus** *icon on your desktop.*

- *Click* **Voters***.*
- *Type in the voter's name and birth date.*
- *Click* **FVRS Search***.*
- *Click on the record you want to view.*
- *To leave the record, click the red X.*

## Why did I get the wrong ballot? For example, I got a nonpartisan ballot but I am registered with the Democratic/Republican party?

For a Primary election or Presidential Preference Primary Election, you must be registered with a political party to vote for partisan races on the ballot.  If you believe that you got the wrong ballot, please contact your county supervisor of elections immediately.

Ask the voter if he or she knows who the county supervisor of elections is and provide contact information.

*If not transferring call, guide a caller to or find a caller's county Supervisor of Elections' contact information or website for other information:*

- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

## Can I vote for whomever I want (voter wants to cross party lines)?

**For Primary Elections** (Presidential Preference Primary (PPP), Primary Election or Special Primary Election), you have to be registered in the political party to vote for partisan races on a primary election ballot. The reason is because Florida is a closed primary state.  Therefore, you cannot vote for Republican candidates if you are a registered Democrat or not registered with a party.  However, if all candidates for an office have the same party affiliation and the winner will not have opposition in the general election, then all voters may vote in the primary election for that office.  In addition, all voters can vote on issues and nonpartisan candidates in a primary election, regardless of party affiliation or no affiliation.

**General Election:**  Voters can vote across party lines in the general election.

# Political Parties

## Where can I find information about registered political parties in Florida?

The list is available on the Division of Elections' website.

https://dos.myflorida.com/elections/candidates-committees/political-parties/

There are 2 major political parties and 7 minor political parties registered in Florida.

*To guide a caller to the list of registered political parties in Florida:*
- *Main website https://dos.myflorida.com/elections/*
- *Click CANDIDATES & COMMITTEES and select Political Party Information*
- *Search for list of Major and Minor Political Parties*

## Poll workers

### How do I become a poll worker?

Your Supervisor of Elections can assist you.  What county do you live in?  *(Look up the Supervisor of Elections phone number and offer to transfer the call.)*

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website for other information:*

- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

## Polling Place/Precinct Location

### Where's my precinct or polling location?

Your precinct and polling place information can be found on:

- Your voter information card
- Your county's website or
- Through the portal available on the Division of Elections' Voter Information Lookup

*For all other voters, to guide the caller to the Voter Information Lookup to access the portal to find his or her precinct or polling place:*

- *Main website https://dos.myflorida.com/elections/*
- *Scroll to Voter Information Lookup button under Highlights*
- *Click on  Voter Information Lookup*

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website for Precinct Finder:*

- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Ask caller what his or her county is.  Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*

- *Click on County web address to access the election official's website*
- *Search for precinct finder*

*If the caller does not have Internet access or insists on you providing the information, reply with "I can look that information up for you.*

## Power of Attorney

### Can a power of attorney or guardianship be used to sign a ballot for someone else to vote or register to vote?

No. The right to register and vote cannot be delegated to someone else.

### Can a parent sign for a minor to preregister to vote?

No.

## Presidential Preference Primary Election

### What is a Presidential Preference Primary?

The Presidential Preference Primary (PPP) is part of the nominating process in Florida for the United States presidential elections. In the PPP, voters registered with one of Florida's Political Parties express their preference for the presidential candidate nominee they would like to see representing their party on the General Election ballot in November.

After the PPP, designated political party delegates from Florida formally nominate the preferred presidential candidate at the respective party's national convention. These national conventions are typically held no later than August or September. Based on the party rules governing delegate voting procedures, the party decides at the convention which presidential candidates' names will appear for the party on the General Election ballot.

*To guide the caller to the information on Presidential Preference Primary:*
- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on the menu bar*
- *Click Quick Facts – Presidential Preference Primary Election*

## Press and Media

### Process for handling press or media calls

*If the person identifies himself or herself as press or media at any time during the call, you will then need to transfer the call to the Communications' Office (DO NOT TALK TO PRESS - offer to transfer the call).  If*

*you suspect the person may be media or an advocacy group, use the Issues Report form to take down caller's contact information and provide form to immediate supervisor.)*

Sir or Ms., I will have to transfer you to our communications director, <u>Sarah Revell</u> in the Secretary of State's Press Office at 850-245-6522.

## I just saw on the news (subject matter)–is this true?

We do not comment on news or social media. This phone line is to assist with registering, voting or reporting specific election fraud.  However, we will be happy to take your information down and look into the matter. *(Use the Issues Report form to take down caller's contact information and provide form to immediate supervisor.)*

# Publications

## Handling requests for publications.

Election-related publications are posted on the Division of Elections' website and can be downloaded.

*To guide the caller to the Publications website:*

- *Main website <u>https://dos.myflorida.com/elections/</u>*
- *Click FORMS & PUBLICATIONS on menu bar*
- *Click <u>Publications</u> and search for publication*

*If the caller has no Internet access or requires additional information, send an email with caller's contact information to Program Administrator, <u>Alexander Mosca</u> in the Director's Office. Let the caller know that someone will contact him or her.*

## Where can I get a Polling Place Procedures Manual?

The manual is posted on the Division of Elections' website and can be downloaded. The manual serves as a guide for poll workers and other election officials. (If the caller has no Internet access or requires additional information, complete an Issues Report form and provide the form to your immediate supervisor.)

*To guide the caller to the Forms website:*

- *Main website <u>https://dos.myflorida.com/elections/</u>*
- *Click FORMS & PUBLICATIONS on menu bar*
- *Click <u>Forms</u> and search for the Polling Place Procedure Manual (DS-DE 11)*

## Where can I get a voter guide?

Your Supervisor of Elections' posts online a voter guide specific to your county.

A statewide voter guide in English and Spanish is available on the Division of Elections website.

*To guide the caller to the county's Voter Guide on the Supervisor of Elections' website or contact information:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup.*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *Click on the web address for the county and search for the county's Voter Guide*

*To guide the caller to the Florida Voter Guide Publications website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Forms & Publications on menu bar*
- *Click Publications and search for Florida Voter Guide (available in English and Spanish) on the webpage.*

*If the caller has no Internet access or requires additional information, send an email with caller's contact information to Program Administrator, Alexander Mosca in the Director's Office. Let the caller know that someone will contact him or her.*

# Recounts

## Will Florida have a recount?

Recounts are triggered by specific statutory thresholds in Florida law. For federal, state, multi-county and district races, the Secretary of State orders the recount if the threshold has been met. For single county and other local races, the local canvassing boards orders the recount if the threshold has been met.  A determination as to whether a recount order will be issued for a particular contest is based on the results reported from 1st unofficial returns from the counties within the jurisdiction of the race.  For example, if the race is for an office that covers two counties (Bay and Gulf), then the determination would be based on the results from those two counties.

- To find out if there is a recount for a county or other local office or issue, please refer to your Supervisor of Elections' website. https://dos.elections.myflorida.com/supervisors/

- To find out if there is a recount for a federal, state, multi-county race and district office or statewide issue, please refer to the Florida Election Watch website.  (Florida Election Watch is available only during Primary and General Elections, Presidential Preference Primary Election, and Special Elections)   https://floridaelectionwatch.gov/

*If asked, cite to relevant provisions governing recounts: Sections* **102.141***(7) and* **102.166***, Florida Statutes, and* **Rule 1S-2.027** *(standards for determining voter's choice on a ballot for purposes of a manual recount),* **Rule 1S-2.031** *(recount procedures), and* **Rule 1S-2.051** *(standards for determining voter's choice on a federal write-in absentee ballot), Florida Administrative Code.*

## What is a recount? What is a machine recount? What is a manual recount?

A recount may consist of only a machine recount or a machine recount followed by a manual recount.

A **machine recount** means all ballots are "re-fed" (re-tabulated) into the machine. Ballots that have overvotes (where the voter chose more than allowed in the race) and ballots that have undervotes (where the voter made no choice or less than the number of allowable choices) in the race being recounted are set aside. Those ballots with overvotes and undervotes will be reviewed in a manual recount if subsequently ordered.

A **manual recount** consists solely of a hand recount of overvotes and undervotes in the affected race. You cannot have a manual recount without the machine recount first.

See response to question **"What triggers a machine recount? What triggers a manual recount?"**

## What triggers a machine recount? What triggers a manual recount?

A **Machine Recount** is triggered when a candidate is defeated or eliminated by ½ of 1% or less (.5% or less of 1%) of the total votes cast in the affected contest.  The same threshold applies for a judicial candidate for retention who was retained or not retained, or a public measure (e.g., constitutional amendment) that was approved or rejected.   If the candidate or judicial candidate asks that a recount not be conducted, a machine recount is not required.

A **Manual Recount** is triggered when the results of the machine recount show that the candidate was actually defeated or eliminated by ¼ of 1% or less (.25% or less of 1%)) of the total votes cast for the affected contest. The same threshold applies for a judicial candidate for retention who was retained or not retained, or a public measure (e.g., constitutional amendment) that was approved or rejected.  If the candidate or judicial candidate asks that a recount not be conducted, a manual recount is not required.  If the number of overvotes and undervotes is less than the number of votes needed to change the elections' outcome, a manual recount is also not required.

Recounts may only be ordered by the Secretary of State (for federal, state, multi-county races and district) and by county canvassing boards (for county and local races).

## When are election results reported?

Election results are reported in several stages.  Please refer to the Florida Election Watch website for details about the time and dates for these election results. Live results are available on election night

after 8 PM Eastern Time.   (Florida Election Watch is available only during Primary and General Elections, Presidential Preference Primary Election, and Special Elections)

*Relay the following only If asked:*

- Preliminary election returns are due on Election night and periodically through the night.
- First unofficial returns are due by noon on the 3rd day after Primary Election Day and by noon on the 4th day after General Election Day.
- Second unofficial returns (results from manual recounts if any) are due by 3 PM on the 5th day after Primary Election Day, and by 3 PM on the 9th day after General Election Day.
- Official returns are due from the counties by 5 PM on the 7th day after Primary Election Day and by noon on the 12th day after General Election Day.
- Official returns are certified by 9 AM on the 9th day after Primary Election Day and 9 AM on the 14th day after General Election Day.

Reporting timelines for General Elections apply to Presidential Preference Primary Elections.

## Who certifies the results?

The Elections Canvassing Commission (ECC) certifies the Official Returns for federal, state, multi-county and district contests. The ECC consists of the Governor and two members of the Florida Cabinet selected by the Governor (*If asked, cite to [Section 102.111, Florida Statutes](#)*).

# Sample ballots

## How do I get a sample ballot?

You can find sample ballots on your county Supervisor of Elections' website or your county's local newspaper before an election. Supervisors may also mail sample ballots and/or email sample ballots to those voters who have provided an email address. Sample ballots are also posted at the polling place.

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*

- *Main website [https://dos.myflorida.com/elections/](https://dos.myflorida.com/elections/)*
- *Click [Contact your Supervisors of Elections](#) under CONTACTS*
- *Click [County Supervisor of Election Contact Information Lookup](#)*
- *Ask caller what his or her county is.  Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

## Can I get a sample ballot emailed to me?

Counties are not required to email sample ballots. If your county chooses to email sample ballots, you will need to provide your email address to your Supervisor of Elections. You will have to contact your Supervisor of Elections to find out if sample ballots are emailed and if so, how to receive one.

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*


## Can I get a sample ballot in Spanish?  In Creole?

Fourteen counties in Florida are required to provide English and Spanish to provide English and Spanish sample ballots under the federal Voting Rights Act based on population thresholds. (*If asked which counties, they are: Broward, Desoto, Hardee, Hendry, Hillsborough, Lee, Miami-Dade, Orange, Osceola, Palm Beach, Pinellas, Polk, Seminole, and Volusia*)

Another 32 counties are required to provide English/Spanish sample ballots, signage and assistance in English and Spanish at the polls for the 2018 General Elections based on the federal Voting Rights Act through a federal court order. The court case is still pending.  *If asked which counties, they are: Alachua, Bay, Brevard, Broward, Charlotte, Citrus, Clay, Columbia, Desoto, Duval, Escambia, Flagler, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Lake, Lee, Leon, Levy, Manatee, Marion, Martin, Miami-Dade, Monroe, Okaloosa, Okeechobee, Orange, Palm Beach, Pasco, Pinellas, Polk, Putnam, Seminole, St. Johns, St. Lucie, Santa Rosa, Sarasota, Sumter, Taylor, and Wakulla).* You will need to contact your county to find out if it is still offering English/Spanish sample ballots, signage and assistance.

Sample ballots in Creole are not required. You will need to contact your county Supervisor of Elections to find out sample ballots are available in Creole.

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

## Security at the Polls

### What are you doing to protect voters if there is violence at the polls? What should I do if I feel threatened at the polls?

Security during elections is one of Florida's Secretary of State's top priorities. The Secretary is in constant contact with all 67 county Supervisors of Elections as it relates to elections security and has been providing guidance to counties to ensure they are prepared for the elections.

In addition to guidance provided at the state level, counties maintain security procedures relating to their own separate voting systems, the voting process and the administration of elections.

If you feel you are in immediate danger, the best thing to do is call 911 or your local law enforcement.

## Spam, Robocalls, Unwanted Calls, Emails, Texts, Mail

### Why am I getting so many calls, texts, or emails that say I am not registered or haven't voted? What do I do with unwanted calls, texts or emails or spam about my registration status or voting?

*Staff:  Callers indicate that they are getting calls, texts, and emails saying that they are not registered, haven't voted or have to turn in their ballot which they have already.* Tell the voter that if they do not recognize the name, number or email address, it is probably from a campaign or third-party interest group who is communicating to further whatever the group's cause, interest or purpose, some of which are legitimate and others not. If the caller is concerned, it is best that he or she contact the Supervisor of Elections to confirm voter registration status and/or voting status.

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

## Tweets, Blogs, Facebook, Instagram, Internet, Snapchat, Social Media, Television

### Is it true what I read, see or hear?

*Staff:  Callers may call with a wide range of issues or concerns about what they are reading, seeing or hearing that are beyond the scope of this manual. If a question they ask is not answerable by this*

*manual, offer to take their information and complete the Issues Report form. Tell the caller we will look into the matter.*

# Third-party Voter Registration Organizations (3PVRO)

## Where can I find information about a third-party voter registration organization?

Third-Party Voter Registration Organization information is posted on the Division of Elections' website. https://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/

*To guide the caller to the Third-Party Voter Registration Organization website:*
- *Main Division of Elections' website  https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on menu bar*
- *Select Voter Registration*
- *Click Third-Party Voter Registration Organizations for general information*
- *Click on 3PVRO Database for searchable*

*If the caller wants to email their question, provide the following email address: 3PVRO@dos.myflorida.com.   If the caller has no Internet access or requires additional information, transfer the call to the Program Administrator's Office for 3PVRO coordinator, Katrina Ferguson; 850-245-6237.*

## Who is registered as a third-party voter registration organization (3PVRO)?

The Division of Elections maintains a searchable database of entities and persons who are registered as third-party voter registration organizations.

*To guide the caller to the Third-Party Voter Registration Organization website:*
- *Main Division of Elections' website  https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on menu bar*
- *Select Voter Registration*
- *Click Third-Party Voter Registration Organizations for general information*
- *Click on searchable 3PVRO Database*

*If the caller wants to email their question, provide the following email address: 3PVRO@dos.myflorida.com.   If the caller has no Internet access or requires additional information, transfer the call to the Program Administrator's Office for 3PVRO coordinator, Katrina Ferguson; 850-245-6237.*

## How do I (self or group) register as a 3PVRO?

To become a third-party voter registration organization, you must complete the required forms.  Those forms are available online on the Division of Elections' website and can be downloaded.

*To guide the caller to the Third-Party Voter Registration Organization website:*
- *Main Division of Elections' website  https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on menu bar*
- *Select Voter Registration*
- *Click on Third Party Voter Registration Organizations*
- *Scroll down to 3PVRO Resources to find guidelines and forms.*

*(If the caller wants to email their question, provide the following email address: 3PVRO@dos.myflorida.com.   If the caller has no Internet access or requires additional information, transfer the call to the Program Administrator's Office for 3PVRO coordinator, Katrina Ferguson; 850-245-6237).*

## Who can I contact with questions about 3PVRO?

*(If the caller wants to email their question, provide the following email address: 3PVRO@dos.myflorida.com.   If the caller has no Internet access or requires additional information, transfer the call to the Program Administrator's Office for 3PVRO coordinator, Katrina Ferguson; 850-245-6237).*

# Voter Assistance

## I cannot reach or get through to my Supervisor of Elections' office (busy signal, no answer)

I'm sorry sir or ma'am for the inconvenience.  Let me get your name and phone number, and I will have the Supervisor of Elections' office call you.  In which county are you registered to vote?

*Look up the Supervisor of Elections phone number and contact someone who can assist the caller.  Call the person back and let them know the name of the person you reached at the Supervisor of Elections office and their phone number for future reference. If you receive a number of calls indicating there is a problem with a Supervisor of Elections' office line, please report this to your immediate supervisor.*

*To guide the caller to the Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS.*
- *Click County Supervisor of Election Contact Information Lookup*

- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *Click on the website address*

# Vote-by-Mail Ballot

## How do I request a vote-by-mail ballot?

To request a vote-by-mail ballot, you may:

- Call your Supervisor of Elections' office
- Fill out an online request form on your Supervisor of Elections' website,
- Mail, fax or email your request to the Supervisor's office, or
- Submit a request in person to the Supervisor's office.

You must give your name, address, date of birth, and if you request a ballot in writing, your signature.

Would you like me to transfer you to your Supervisor of Elections?  In which county are you registered to vote? *(Look up the Supervisor of Elections phone number and offer to transfer the call.)*

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

## When is it too late to request that my vote-by-mail ballot be mailed?

The last day to request that a vote-by-mail ballot be mailed to any person is 5 PM (local time) on the 6th day before the election.

- For the 2020 Presidential Preference Primary Election, the deadline is March 11.
- For the 2020 Primary Election, the deadline is August 19.
- For the 2020 General Election, the deadline is October 28.

## When can I expect my vote-by-mail ballot?

You can track online the status of your request and vote-by-mail ballot directly through your Supervisor of Elections' website or by going through a portal within the Department's Voter Information Lookup (https://registration.elections.myflorida.com/CheckVoterStatus)

*To guide the caller to the Voter Information Lookup:*
- *Main website https://dos.myflorida.com/elections/*
- *Click the Voter Information Lookup button under Highlights*

*If the person's name does not appear on the Voter Information Lookup provide the caller with the contact information to the Supervisor of Elections' office or offer to transfer the caller.*

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

*See pages 11-12 for Election Dates Table including when UOCAVA and domestic vote-by-mail ballots are sent.*

## Can I change my vote after I have voted? What if a candidate withdraws/is removed or passes away?

Once a vote-by-mail ballot is received by the supervisor, the ballot is deemed to have been cast. You cannot change anything on your ballot. The one exception is if your ballot was returned without a signature or the signature did not match. You will have an opportunity to correct or cure that.

If you have already voted at the polls, you cannot vote again. If you have not already voted, you may receive a notice and instructions with your vote-by-mail ballot or the polling booth during early voting and on Election Day that a candidate has withdrawn, is removed or has passed away and how your vote for that candidate's replacement will count. You will need to contact your Supervisor of Elections for further information.

*To guide the caller to the Supervisor of Elections' website or for county contact information:*

- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS.*
- *Click County Supervisor of Election Contact Information Lookup.*

*Click on county name in map, or select city name in Find Your County list, and then click on county name in map.*


## If I miss the deadline to request to have my vote-by-mail ballot mailed, is there any other option?

You may pick up the vote-by-mail ballot at any time after the ballots are printed and up through Election Day and including on Election Day. However, special procedures apply before a vote-by-mail ballot can be delivered or picked up on Election Day to the voter or his or her designee. An additional affidavit has to be executed in which the voter affirms (or swears) that he or she is unable to go to his or her assigned polling place/precinct on Election Day because of an emergency.

*For all other callers, if asked where to find the affidavit, guide them to the Election Day Vote-by-Mail Ballot Delivery Affidavit:*

- *Main website https://dos.myflorida.com/elections/*
- *Click FORMS/PUBLICATIONS on the menu bar*
- *Click Forms*
- *Scroll down and search for Form DS-DE 136 (available in English and Spanish)*


## What is the deadline to return a vote-by-mail ballot?

The ballot must be **received** by the Supervisor of Elections' office no later than 7 p.m. on Election Day. If it is received timely, it will not be counted even if it is postmarked by Election Day.

There is one exception -  A 10-day extension exists solely for overseas military and overseas civilian voters during the Special Elections, Special Primary, Presidential Preference Primary Election, and General Election only. The ballot certificate still has to be dated or the envelope has to be postmarked by Election Day.

*To guide the caller to more information on How to Vote a Vote-by-Mail ballot:*
- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on menu bar*
- *Click Voting*
- *Click on Vote-by-Mail (formerly Absentee Voting)*


## I requested a vote-by-mail ballot, but didn't send it in, can I still vote at the polls?

Yes; take the vote-by-mail ballot with you to the polls (whether it has been marked or not).  If you are not able to return the vote-by-mail ballot, and they cannot determine otherwise if the ballot was returned, you will still be allowed to vote a provisional ballot.

*To guide the caller to more information on How to Vote a Vote-by-Mail ballot:*

- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on menu bar*
- *Click Voting*
- *Click on Vote-by-Mail (formerly Absentee Voting)*


## What is postage/cost to mail my ballot back?

We do not have information on the cost of mailing a ballot in your respective county as it may depend on the size of the ballot. Many counties do provide pre-paid postage envelopes with the ballot. If you do not have one, you will need to contact your County Supervisor of Elections' to determine whether the cost of return postage is covered.

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*


## How can I track my vote-by-mail ballot?

You can track the status of your request and vote-by-mail ballot online directly through your Supervisor of Elections' website or by going through a portal within the Department's Voter Information Lookup (https://registration.elections.myflorida.com/CheckVoterStatus)

*To guide the caller to the Voter Information Lookup:*
- *Main website https://dos.myflorida.com/elections/*
- *Click the Voter Information Lookup button under Highlights*

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

## I'm in the military, how do I request a vote-by-mail ballot?

You may contact your Supervisor of Elections directly or fill out an online request form on your Supervisor of Elections' website. Alternatively, you can mail, email or fax in your request. You can also use the federal postcard application as a ballot request form.  Let your Supervisor know whether you are absent stateside or overseas because the ballot instructions will be different than all other domestic vote-by mail voters.  You will be asked know how you want your blank ballot sent to you (mailed, faxed or emailed).

In which county are you registered to vote? *(Look up the Supervisor of Elections phone number and offer to transfer the call.)*

*To guide the caller to online information for Military and Overseas Citizens Registering and Voting Absentee -* *https://dos.myflorida.com/elections/for-voters/voting/military-and-overseas-citizens-voting/*
- *Main website* *https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on menu bar*
- *Click on* *Voting*
- *Click on* *Military and Overseas Citizens Voting*

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website* *https://dos.myflorida.com/elections/*
- *Click* *Contact your Supervisors of Elections* *under CONTACTS*
- *Click* *County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*


## Can someone else pick up a vote-by-mail ballot for me?

Yes.  You can designate in writing that someone pick up a vote-by-mail ballot for you on Election Day or up to 5 days before an election.  The designee can only pick up 2 vote-by-mail ballots per election (other than his or her own ballot and ballots for his or her immediate family).  The designee must provide a written authorization from you, a photo ID, and a signed affidavit.  If there is no vote-by-mail ballot request on record, a written request from you must accompany the written authorization and affidavit. You may use the online written authorization pickup combination form at http://dos.myflorida.com/media/693274/dsde37.pdf for English or http://dos.myflorida.com/media/693272/dsde37_spa.pdf for Spanish.

*\*Election Day Delivery:* Special procedures apply before a vote-by-mail ballot can be delivered on Election Day to the voter or his or her designee. An additional affidavit has to be executed in which the voter affirms (or swears) that he or she is unable to go to his or her assigned polling place/precinct on Election Day because of an emergency.

*To guide the caller through a portal within the Division's Voter Information Lookup to make an online request:*

- *Main website https://dos.myflorida.com/elections/*
- *Click For Voters*
- *Click Voting*
- *Click on Vote-by-Mail (formerly Absentee Voting)*

*To guide the caller to the online Affidavit to Pick-up Vote-by-mail ballot for a Voter:*
- *Main website https://dos.myflorida.com/elections/.*
- *Click Forms & Publications*
- *Click Forms*
- *Under Forms sublinks, click Supervisor of Elections Forms.*
- *Click DS-DE 37 English  and Spanish*

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

## I requested a vote-by-mail ballot but have not received it.

Your Supervisor of Elections can assist you.  In which county are you registered to vote?  *(Look up the Supervisor of Elections phone number and offer to transfer the call.)*

You can also track the status of your vote-by-mail ballot online by going through the Department's Voter Information Lookup or directly to your Supervisor of Elections' website.

*To guide the caller through a portal within the Division's Voter Information Lookup to track their vote-by-mail status:*
- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on menu bar*
- *Click Voting*
- *Click on Vote-by-Mail (formerly Absentee Voting)*

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*

- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

If you are an absent stateside military or overseas military or overseas civilian, you have the option of using a back-up ballot called the Federal Write-in Absentee Ballot (FWAB).

*To guide the caller to more information on Military and Overseas Voting and the link to the FWAB:*
- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS on menu bar*
- *Click Voting*
- *Click Military and Overseas Citizens Voting*


## How will I know if my vote-by-mail ballot did not count?

If your ballot is rejected and not counted for any reason, you will receive a mailed notice after the election from your Supervisor of Elections. The notice will include the reason why your ballot was not counted.


## Are vote-by-mail ballots only counted when there is a close race?

All vote-by-mail ballots are counted as part of the official results provided the voter is eligible and registered to vote, the signature on the certificate matches the signature on record, and the ballot is timely received by the Supervisor of Elections.

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

## If I forgot to sign my vote-by-mail ballot certificate, what can I do and will my returned ballot still count?

A vote-by-mail ballot certificate cannot be counted without a signature. If you did not receive a notice from your Supervisor of Elections about your missing or mismatched signature, contact your Supervisor of Elections immediately.

To correct or cure a missing or mismatched signature on a vote-by-mail ballot no later than 5 PM (local time) before Election Day, you must fill out a *Vote-by-Mail Ballot Cure Affidavit*, and include a copy of an identification (listed on the affidavit). The form and instructions on your county Supervisor of Elections' website and on the Division of Elections' website. Follow the instructions carefully in the notice with the affidavit. The affidavit has to be received by the Supervisor of Elections no later than 5 PM before Election Day.

NOTE:  *If it is after 5 PM on the day before Election Day, direct the caller to contact his or her Supervisor of Elections' immediately to find out what his or her remedy may be. Let the caller know that if his or her ballot is not counted, he or she will receive a notice in the mail after the election and the notice will include the reason why the ballot was not counted.*

*To guide the caller to the Form and Instructions for Vote-by-Mail Ballot Cure Affidavit (DS-DE 139):*
- *Main website http://dos.myflorida.com/elections/*
- *Click FORMS AND PUBLICATIONS on menu bar*
- *Click on Forms*
- *Scroll down to Form DS-DE 139, Instructions and Form for Vote-by-Mail Ballot Cure Affidavit -available in English and Spanish*

*Provide the list of acceptable forms of identification for the affidavit only if the caller asks:*

- Identification that includes your name and photograph: United States passport; debit or credit card; military identification; student identification; retirement center identification; neighborhood association identification; or public assistance identification; or
- Identification that shows your name and current residence address: current utility bill, bank statement, government check, paycheck, or government document (excluding voter identification card).  You ballot will count if the signature on the affidavit matches with the one on your voter record, and your ballot is otherwise proper.

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*

- *Click on County web address to access the election official's website*

## Where can I find the form to "correct" or cure a missing or mismatched signature on a returned ballot?

See response to "**If I forgot to sign my vote-by-mail ballot certificate, what can I do and will my returned ballot still count?**"

## How long are requests for vote-by-mail ballots good for?

Requests are good for all elections through the end of the calendar year of the second ensuing regularly scheduled general election. For example, if you requested a vote-by-mail ballot for the Primary Election 2020, your request will be good through the end of the calendar year in which the 2022 General Election was held.

If you requested a vote-by-mail ballot, a ballot will be made available to you for all elections during that time period for which you are determined to be eligible to vote. If you moved out of county since you first made your request, the standing request is cancelled.  You will have to make a new request with your new county.

## Where can I find statistics or data on early voting and vote-by-mail ballot requests?

Early voting files consist of information about who voted where during the early voting period. This information is publicly available.  You may contact your county about county-specific files.  Files are also available on the Division of Elections website.

To guide the caller to the Early Voting Files on the Division of Elections' website:
- *Main website https://dos.myflorida.com/elections/*
- *Click DATA & STATISTICS on the menu bar*
- *Click Elections Data on the pull-down menu*
- *Click Early Voting and Vote-by-Mail Ballot Request Reports*

Vote-by-ballot request files consist of information gathered by Supervisors of Elections about voters requesting vote-by-mail ballots during a particular election cycle.  Access to these files is limited by law to certain people and entities -  a canvassing board member, political party or official, election official, registered political committee, registered committee of continuous existence, candidate who has qualified and faces opposition in upcoming election. Such persons or entities must first fill out an online application in order to get online access.

*To guide the caller to the Application to Obtain Vote-by-mail ballot Request Information website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click DATA & STATISTICS on the menu bar*

- *Click Elections Data on the pull-down menu*
- *Click Early Voting and Vote-by-Mail Ballot Request Reports*
- *Scroll to the bottom of the page and click application*

*If caller asks to speak to someone about access through an assigned account, refer the caller to the Bureau of Voter Registration Services - Jason.merrick@dos.myflorida.com; 850-245-6178 (offer to transfer the call).*

# Voter Fraud

## Who do I call to file a voter fraud/elections fraud complaint?

If you have observed or witnessed voter or election fraud, you can submit a written complaint.

*To guide the caller to the Elections Fraud Complaint on the website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click CONTACTS on menu bar*
- *Click Elections fraud complaint*
- *Scroll to Form (available in English and Spanish)*

*Alternatively, if the caller insists on verbal complaint only, complete an Issues Report form with the caller's information and submit to your immediate supervisor.*

## What types of voter fraud/elections fraud complaints does the Department/ Division investigate?

The Department of State may conduct preliminary investigations only as to irregularities or fraud in 4 main areas: voter registration, voting, candidate petition activities, and issue petition activities.  If you have seen or know firsthand about voter or elections fraud, you can submit a written fraud complaint. Refer to response to "**Who do I call to file a voter fraud or elections fraud complaint?**"

## How does Florida prevent fraud or ensure the integrity of the voting process?

Florida takes fraud very seriously. If you have observed or witnessed fraud, you can submit a written fraud complaint.  Refer to response to "**Who do I call to file a voter fraud or elections fraud complaint?**"

There are many steps in place to ensure the integrity of the voting process including but not limited to:

- All registered voters swear or affirm under penalty of law that they are eligible to register and vote. It is a 3rd degree felony to misrepresent one's eligibility.

- Both the county Supervisors of Elections and the State work in conjunction to conduct list maintenance to ensure that only eligible voters are registered to vote.
- All voters must provide a photo ID and signature before they can vote.
- All voting is by paper ballot in Florida except that persons with disabilities have the option to vote on a touchscreen (or direct recording device in Florida.
- All voting systems used in Florida are tested and certified before any county can buy or use them in an election.
- All of the voting equipment that will be used in an election is tested, sealed, stored, and secured before use in each election.
- Voting systems in Florida are not connected to the Internet or to each other.
- After an election, every county must conduct an audit of the voting system to ensure the accuracy of the votes cast.

## Voter Information Card

### I've lost my voter card - where can I get another one?

Your Supervisor of Elections can assist you.  In which county are your registered to vote? in?  *(Look up the Supervisor of Elections phone number and offer to transfer the call.)*

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

### Can I vote without my information card?

You do not need your voter information card to vote because it is not a voter ID card.  You will need a valid photo ID with signature to vote.  Refer to response to "**Do I need a photo ID to vote during early voting or Election Day**?"

### Where can I get a copy of my voter information card or voter record for in-state tuition or homestead exemption?

Your Supervisor of Elections can assist you.  In which county are your registered to vote? in?  *(Look up the Supervisor of Elections phone number and offer to transfer the call.)*

*To guide a caller to or find a caller's county Supervisor of Elections' contact information or website:*

- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS*
- *Click County Supervisor of Election Contact Information Lookup*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map*
- *The county will display under Your County*
- *Contact information is available.*
- *Click on County web address to access the election official's website*

## Voter List

### How can I get a copy of the voter registration list/roll?

To obtain a voter extract file, you will need to email he Program Administration Office – DivElections@dos.myflorida.com or call 850-245-6247.  *(Transfer call if caller requests).*

*To guide the caller to information about the Voter Extract files -*
*https://dos.myflorida.com/elections/data-statistics/voter-registration-statistics/voter-extract-disk-request/*

- *Main website https://dos.myflorida.com/elections/*
- *Click DATA AND STATISTICS on menu bar*
- *Click on Voter Registration Statistics*
- *Click on Voter Extract Disk Request*

### How I get a copy of a voter's information record?

Please submit your request to DivElections@dos.myflorida.com  or call 850-245-6247.  *(Transfer call if caller requests).*

### How do I remove my name, address and other voter registration information from the Internet or public websites?

With few exceptions, voter registration information is public record in Florida. Public record information can find its way onto the Internet or websites by individuals or entities that obtain public records from the State. Once information is in the public domain, it cannot be pulled back or removed once it has been disclosed. You could try contacting the owner or administrator of third-party sites to get the information removed. A website may offer you the option to remove your information for a fee. Please be advised that each of these sites may offer to remove the information for a fee or by asking for even more personal information.

## What voter registration information is open to the public? What is exempt?

Voter registration information such as the following is open to the public:

- Name
- Date of birth
- Address
- Party Affiliation
- Phone Number
- Email Address

However, the following information is confidential and exempt from public disclosure and **cannot** be released to the public: social security number, driver license number, Florida state identification number, location/method of new registration or update. Your signature can be viewed, but not copied. *If asked, cite to* *Section 97.0585, Fla. Stat*.

## How can I get my voter information protected from public disclosure?

If voter registration information is already in the public domain including the Internet, we cannot undo what is out there. However, under certain circumstances, you may be eligible to request that your information be exempt from future public release as follows:

- If your profession is considered a high-risk under the law, you can request that your information such as your address, date of birth, photo, phone number) be exempt from future public records requests. In some cases, the address, telephone number of the person, and sometimes the name, address, and telephone number of your spouse or child may also be exempted from public disclosure).  You will need to submit a written request to each governmental agency that may have your information. The Public Records Exemption Request form for the Department of State is available online. *(If asked, the form contains the list of professionals entitled to request the exemption.)*

- If you are a stalking victim, you can get your name, address, and telephone number exempt  from future public records requests if you file a sworn statement with the Office of the Attorney General and complete the Public Records Exemption Request form.

- If you are a participant in the Attorney General's Address Confidentiality Program for victims of domestic violence and stalking, you can get your name, address and telephone number exempt from future public records requests. You will need to contact the Attorney General's Office's Bureau of Advocacy and Grants Management at 850.414.3300 for instructions on how to become a participant. See sections 97.0585(3) and 741.401-741.465, Florida Statutes.

*To guide the caller to the Attorney General's Address Confidentiality Program for victims of violence:*
- *Main Webpage: http://www.myfloridalegal.com/*

- *Click on Programs*
- *Click Crime Victim's Services*
- *Click Bureau of Advocacy and Grants Management*


*To guide the caller to the Public Records Exemption Request form (only applies to the last bullet point):*
- *Department of State main website http://dos.state.fl.us.*
- *Click Publications.*
- *Under Forms click Public Records Exemption: Address/Identification Confidentiality Request Form.*


## Voter Registration

### What is my registration status?

You can check your registration status at the Division of Elections' online Voter Information Lookup.

https://registration.elections.myflorida.com/CheckVoterStatus

| Table:  *Registration Status* | |
|---|---|
| *Never disclose confidential and exemption information even to the voter.* | |
| *To guide the caller to the Voter Information Lookup:*<br>- *Main website*<br>  *https://dos.myflorida.com/elections/*<br>- *Scroll down and click on Voter Information Lookup under the header 'Highlights'* | *NOTE*:  The Voter Information Look up should only be used by the voter to look up his or her own voter registration status or voting status. Whether a caller is asking about their own registration or someone else's and voter in question is pre-registered or under 18, please refer the caller to the Supervisor of Elections' office. Do not provide information about a person who is less than 18 years old.<br><br>If the voter is unable to find his or her record on the Voter Information Lookup, it may be that the person is registered with a slightly different name or date of birth, that the record is confidential and exempt from public disclosure, that the person is not registered, or that new voter registration information has not yet been uploaded into the system. The caller will have to contact his or her Supervisor of Elections' Office. (Offer to look up the Supervisor of Elections  phone number and/or offer to transfer the call to the Supervisor of Elections' office. In which county are your registered to vote? |
| *For Division of Elections' employee, follow the procedures below to check the caller's current voter status:* | ▪ **If Voter's Status is Pre-registrant or under 18 years of age**:  If a caller is asking about a pre-registrant or a voter who is less than 18 years old, refer the caller to the Supervisor of Elections' office. Do not provide information about a person who is less than 18 years old. |

| | |
|---|---|
| • *Click the* **Voter Focus** *icon on your desktop. (available only to those who have Voter Focus)* <br> • *Click* **Voters**. <br> • *Type in the voter's name.* <br> • *Click* **FVRS Search**. <br> • *Click on the record you want to view.* <br> • *To leave the record, click the red X.* <br><br> *If Voter Focus is not available, you may use the Voter Information Lookup.* | ▪ **If Voter's Status is active:** You are registered to vote. Would you like me to look up your precinct location or what other information do you need? <br><br> ▪ **If Voter's Status is Inactive:**   You can vote in your new county but you have to update your address.  You can contact the Supervisor of Elections' office directly to make the change.  If you wait until you go to vote you may have to vote provisionally depending on how the law applies to your situation.  You should contact your Supervisor of Elections to find out.  *(Look up the Supervisor of Elections' phone number for the new county of residence and offer to transfer the call.)* Would you like me to look up your new precinct location? <br><br> ▪ **If Voter's Status is Pending or Removed:**   Your county Supervisor of Elections will need to help you further to explain your status.  What county did you move to?  *(Look up the* Supervisor of Elections *phone number and offer to transfer the call.)* <br><br> ▪ **If Voter is Not in the Database:**  I was unable to find you in our database.  Your Supervisor of Elections will need to assist you further. In which county are your registered to vote? in?  *(Look up the* Supervisor of Elections *phone number and offer to transfer the call.)* |

## What are the requirements to register to vote?

You must:

- Be a U.S. citizen (a legal permanent resident is not a U.S. citizen);
- Be a Florida resident;
- Be a resident of the county in which you wish to register;
- Be 18 years old (you may pre-register to vote if you are 16 years old);
- Not now (currently) be adjudicated mentally incapacitated with respect to voting in Florida or any other state;
- Not have been convicted of a felony without your voting rights having been restored; and
- Provide your current and valid Florida driver license number or Florida identification card number.  If you do not have a Florida driver license number or a Florida identification card number, you must provide the last four digits of your social security number. If you do not have any of these items, you must mark the box or otherwise indicate that you do not have never been issued a Florida DL or social security number with the word "None."  Otherwise, your application will be considered incomplete.

*To guide the caller to the RegistertoVoteFlorida.gov website -*
*https://registertovoteflorida.gov/en/Registration/Index*

- *Main website https://dos.myflorida.com/elections/*
- *Click RegistertoVoteFlorida.gov banner*
- *Click the button Register or Update.*

## Where should I register to vote if I am attending school in a different county or state from my parents' home address?

Please contact your supervisor of elections to assist you. Legal residency is not defined in law but is where you intend to make your permanent residence for purposes of voter registration, no matter how long or short you end staying in that county.

*To guide the caller to the Supervisors of Elections website for contact information or offer to transfer the call:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS.*
- *Click County Supervisor of Election Contact Information Lookup.*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map. The county will display under Your County*
- *Click on County web address to access the election official's website*

## How can I register to vote?

You can use the state's online voter registration system anytime and from anywhere to submit an electronic voter registration application or to prefill an application to print, sign and deliver in person or by mail. The system is available 24 hours/7 days, 365 days a year.

*To guide the caller to the RegistertoVoteFlorida.gov website -*
*https://registertovoteflorida.gov/en/Registration/Index*
- *Main website https://dos.myflorida.com/elections/*
- *Click RegistertoVoteFlorida.gov banner*
- *Click the button Register or Update.*

*To guide the caller to voter registration information for other ways to register:*
- *Main website https://dos.myflorida.com/elections/*
- *Click FOR VOTERS under menu bar*
- *Click Voter Registration*
- *Click Register to Vote or Update your Information*
- *Scroll down to How Can I Register to Vote*

## What are the acceptable voter registration forms?

Only three voter registration forms are acceptable to register in Florida:

- The statewide voter registration application available by using the online voter registration system – https://www.registertovoteflorida.gov - or by using a downloadable fillable form (DS-DE 39 English PDF/ Español PDF)
- The national mail-in application available from the U.S. Elections Assistance Commission's website, https://www.eac.gov/voters/national-mail-voter-registration-form/
- If you are a military or overseas U.S. citizen, you may register to vote and request a vote-by-mail ballot at the same time by using the Federal Post Card Application (FPCA). More information is available from the Federal Voting Assistance Program's website at: https://www.fvap.gov/.

## How do I change my name, address, and/or party affiliation?

**Name Change:** You can submit a name change using the state's online voter registration system to submit electronically or to prefill an application to print, sign and deliver in person or by mail. The system is available 24 /7 days, 365 days a year.   You can also send in a signed written notice that contains your date of birth or voter registration number to the Supervisor of Elections.  If you wait until you go to the polls, you will have to complete a change of name form before you can vote.

**Address Change:** You can make an address change by using the state's online voter registration system to submit electronically or to prefill an application to print, sign and deliver in person or by mail. The system is available 24 /7, 365 days a year. You can also contact your Supervisor of Elections' office directly in your county where you now reside to make the change.  If you wait until you go to the polls, you will have to complete a change of address before you can vote and if you are not in the right precinct associated with your new address, you may have to vote a provisional ballot.

**Party Affiliation Change:** You can submit a party change using the state's online voter registration system to submit electronically or to prefill an application to print, sign and deliver in person or by mail. The system is available 24 /7, 365 days a year. You can also send in a signed written notice that contains your date of birth or voter registration number to the Supervisor of Elections.

*To guide the caller to the RegistertoVoteFlorida.gov website -*
*https://registertovoteflorida.gov/en/Registration/Index*
- *Main website https://dos.myflorida.com/elections/*
- *Click RegistertoVoteFlorida.gov banner*
- *Click the button Register or Update.*

*To guide the caller to the Supervisor of Elections' website or contact information:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS.*

- *Click* *County Supervisor of Election Contact Information Lookup.*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map. The county will display under Your County*
- *Click on County web address to access the election official's website*

## I recently moved to another county but did not update my address - can I vote in my new county?

Yes, once you are already registered in Florida, any time you move within the state, all you have to do is submit an address update to your new county.

Refer to "**Where can I register to vote?**" or "**How do I change my name, address, and/or party affiliation?**" or "**What is my registration status**?"

## Does the address on my driver license have to match the address on the voter registration record to vote?

No.  If you moved and have not changed your driver license to reflect your new address, that's okay for voter registration purposes. What is important is that you can only vote in the precinct assigned to you based on where you live.  So you should be sure that the address on your voter record is updated. You can check through the online Voter Information Lookup or you can contact your Supervisor of Elections' office and update your address as soon as possible.  If you wait until you go to vote, you may have to vote provisionally depending on how the law applies to your situation.

*To guide the caller to the Voter Information Lookup:*
- *Main website* *https://dos.myflorida.com/elections/*
- *Scroll down and click on*  *Voter Information Lookup* *under Highlights*

*To guide the caller to the* *Supervisors of Elections* *website or contact information or offer to transfer the call:*
- *Main website* https://dos.myflorida.com/elections/
- *Click* Contact your Supervisors of Elections *under CONTACTS.*
- *Click* County Supervisor of Election Contact Information Lookup.
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map. The county will display under Your County*
- *Click on County web address to access the election official's website*

*Refer to "**What is my registration status?**"*

## I registered at HSMV (or motor vehicle department) or a tax collector's office, but when I went to vote, I was told I wasn't registered.

Let me get your contact information. We will have someone call you back.

*Complete the Issues Report form and immediately provide the form to your immediate supervisor.*

## Why am I getting an application in the mail if I am already registered? What do I do when I get a voter registration application with a deceased person's name or a previous tenant's name?

We understand your concern or frustration.  Third-party interest groups frequently conduct voter registration mail drives to promote voter registration. There is no law against this.  These mailings do not come from the Supervisors of Elections nor the Department of State.  Well-intentioned as these entities may be, these groups rely on mailing lists sold and bought from a variety of sources. Unfortunately, these mailing lists sometimes contain outdated information or the voter application forms are sent to residences without regard to the reason why someone may not be registered (e.g., moved out of state, deceased, convicted felon, etc.)

We hope that you will use this opportunity to check your voter registration status online or by contacting your Supervisor of Elections' office and ensure that your registration information is current regardless of what the mailing states. It is then your decision what to do with the voter registration application form mailed to your residence.

If you are eligible to be registered but are not, we hope that you will visit https://www.RegistertoVoteFlorida.gov  (Florida's official online voter registration system) and submit an application electronically or use the system to complete an application to print, sign and deliver in person or by mail to your county supervisor of elections' office.

However, if you firmly believe this mailing is not legitimate or there is potential fraud, please contact your Supervisor of Elections' or we can take your contact information and send you an elections fraud complaint to complete. *(If the latter, complete Issues Report form and send to your immediate supervisor.)*

## Can I register to vote if I am a legal permanent resident?

No, a lawful permanent resident (commonly referred to as a "green card holder") is not the same as being a U.S. citizen. Only U.S. citizens can register or vote in Florida.  To be a U.S. citizen, you must be born in the United States or certain U.S. territories, be born to a U.S. citizen parent, or become naturalized.  A person may also be a U.S. citizen through a court order or other formal proceeding or specific law.

For more information about whether you are a U.S. citizen, you will need to contact the United States Citizenship and Immigration Services at Department of Homeland Security:

**USCIS Contact Center**

Call toll-free 800-375-5283. For people who are deaf, hard of hearing or have a speech disability: TTY 800-767-1833.

## If I have citizenship in the U.S. and another country, can I still register to vote?

Yes, as long as you are a U.S. citizen and satisfy the other requirements for registration in Florida.

# Voting

## How can I be sure my vote was counted when I cast my ballot?

All voting systems are rigorously tested to ensure that ballots cast are accurately counted:

- Any voting equipment/system bought and used in any election must first be approved and certified by the state.
- Within 10 days before any election, the county conducts testing (Logic & Accuracy). The testing is publicly noticed in advance and open to the public.
- Within 7 days after an election, the county canvassing board conducts a post-election audit to determine that the system accurately counted the ballots.

## Is online voting allowed in Florida?

Online voting is not allowed in Florida.   All voting must be done by a printed ballot. One exception exists that gives persons with disabilities the option to vote on a touchscreen (or voter interface device). The touchscreen or device must meet accessibility requirements to comply with the Americans with Disabilities Act. Voting machines used in Florida are not connected to each other or to the Internet.

## Can a person vote if he or she is homeless?

Yes.  State registration laws may not discriminate against a homeless person.

If a person is homeless within his or her county, and he or she intends to remain a resident of that county, he or she is entitled to vote and would simply have to have a place where he or she can receive messages (e.g., rescue mission, shelter) or an effective mailing address if the person intends to vote by mail.

*If the person states he or she is homeless (or displaced due to natural disaster) from his or her home into another county indefinitely but intends or wants to remain a registered voter/resident of the county from*

*which he or she had to leave:*  you should contact your Supervisor of Elections for further information about having a ballot mailed to you in the county where you are now.

*If person states he or she is homeless (or displaced due to natural disaster) from his or her home into another county and will be residing indefinitely and are uncertain of when he or she will return,* please contact your Supervisor of Elections for further information about changing your legal residence to vote in the new county.

*To guide the caller to the Supervisor of Elections' website or contact information:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS.*
- *Click County Supervisor of Election Contact Information Lookup.*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map. The county will display under Your County*
- *Click on County web address to access the election official's website*

## Why am I not able to vote? Why are people being turned away from voting?

By law, if a voter's eligibility is challenged or cannot be determined, such person must be offered and allowed to vote a provisional ballot. Please contact your supervisor of elections immediately if you were not offered that option.

*To guide the caller to the Supervisor of Elections' website or contact information:*
- *Main website https://dos.myflorida.com/elections/*
- *Click Contact your Supervisors of Elections under CONTACTS.*
- *Click County Supervisor of Election Contact Information Lookup.*
- *Click on county name in map, or select city name in Find Your County list, and then click on county name in map. The county will display under Your County*
- *Click on County web address to access the election official's website*

# Voting Systems

## What is the voting equipment used in my county?

A list of certified voting equipment used by county can be found on the Division of Elections website - https://dos.myflorida.com/elections/voting-systems/certified-voting-systems-and-vendors/

*To guide the caller to the list of certified voting equipment on the Division of Elections' website:*
- *Main Division of Elections' website https://dos.myflorida.com/elections/*
- *Click Voting Systems on the menu bar and select Certified Voting Systems and Vendors*

- *Search under Voting System Resources to find Voting Systems in Use by County (pdf and Excel available)*

# Appendix A – Bomb Threat Procedures

## BOMB THREAT PROCEDURES

Most bomb threats are by phone. Bomb threats are serious until proven otherwise.
Act quickly, but remain calm and record information on the "Bomb Threat Checklist."

### Threat is by PHONE

1. Remain calm. Keep the caller on the line for as long as possible. DO NOT HANG UP, even if the caller does. If the caller hangs up, do not hang up your phone - lay it on the desk.
2. Immediately ask "Where is the bomb?" and "When will it explode?"
3. Listen carefully, be polite and show interest.
4. If possible, write a note to a colleague to call 911.
5. If no one is available, as soon as the caller hangs up, use another phone and call 911 – again, do not hang up your phone – lay it on the desk.
6. Try to keep the caller talking to learn more information.
7. If your phone has a display, copy the number and/or letters on the window display.
8. Complete the Bomb Threat Checklist immediately. Write down as much detail as you can remember. Try to use the exact words spoken by the caller.
9. Call, or have someone call, the Florida Department of Law Enforcement at (850) 488-1790.

### Threat is by NOTE

1. Immediately call 911.
2. Next, call the Florida Department of Law Enforcement at (850) 488-1790.
3. Place note on table, desk or clean surface and handle as little as possible.
4. Keep envelope or container (if note was delivered in envelope or container).
5. Immediately write down individuals seen in the area note was found. Ask colleagues if they saw anyone in the area where the note was found – again, do not handle the note.

### Threat is by E-MAIL or FAX

1. Immediately call 911 from a land line phone (not a cell phone).
2. Next, call the Florida Department of Law Enforcement at (850) 488-1790.
3. If by e-mail, do not delete the e-mail and do not forward the e-mail unless asked to do so by authorities.
4. If by fax, place fax copy on table, desk or clean surface. Do not use fax/printer until authorities have completed the investigation.

### SIGNS of a SUSPICIOUS PACKAGE

| | | |
|---|---|---|
| • Excessive postage | • No return address | • Strange odor |
| • Incorrect titles | • Notes marked "Confidential" | • Strange sounds |
| • Foreign postage | • Poor hand writing | • Unexpected delivery |
| • Misspelled words | • Stains | |

### What you SHOULD and SHOULD NOT do

• Stay as calm as possible and call 911 from a land line phone (not a cell) and provide information.
• Do not touch or move a suspicious package.
• Do not use two-way radios or cellular phones; radio signals may detonate a bomb.
• Immediately evacuate the building until police arrive and advise it is okay to return.
• Know where the fire alarm is and activate it on the way out of the building.

Rev. 4/23/2010

Page 1 of 2

# BOMB THREAT CHECKLIST

| Date | | Time of Call | | | Time Caller Hung Up | |
|---|---|---|---|---|---|---|
| Phone number where call was received | | | Caller's phone number | | | |

| Exact words of the threat | |
|---|---|

**Ask the caller these questions:**

| Where is the bomb located? (building, room, floor) | |
|---|---|
| When will it explode? | |
| What does it look like? | |
| What kind of bomb is it? | |
| What will make it explode? | |
| Did you place the bomb? | |
| If not, who did? | |
| Are you mad at someone? If yes, why? | |
| Why did you place the bomb? | |
| When did you place the bomb? | |
| What is your name? | |
| Where do you live? | |

**Description of caller:**

| ☐ Male | ☐ Female | | ☐ Young | ☐ Middle Age | ☐ Elderly | | Approx. Age: |
|---|---|---|---|---|---|---|---|
| Familiar Voice? | | If yes, describe | | | | | |

| Caller's voice | | (check all that apply) | | Caller's Mood | |
|---|---|---|---|---|---|
| ☐ Accent | ☐ Irrational | ☐ Read Message | | ☐ Angry | ☐ Mad |
| ☐ Clearing Throat | ☐ Laughter | ☐ Taped Message | | ☐ Calm | ☐ Nervous |
| ☐ Coughing | ☐ Lisp | ☐ Scruffy | | ☐ Crying | ☐ Normal |
| ☐ Cracking Voice | ☐ Loud | ☐ Slow | | ☐ Excited | ☐ Profanity Used |
| ☐ Deep Tone | ☐ Nasal | ☐ Slurred | | ☐ Incoherent | ☐ Sad |
| ☐ Deep Breathing | ☐ Ragged | ☐ Soft | | | |
| ☐ Disguised | ☐ Rapid | ☐ Stutter | | | |
| ☐ Distinct | ☐ Raspy | ☐ Well Spoken | | | |

| Background noise (check all that apply) | | | | |
|---|---|---|---|---|
| ☐ Animals | ☐ Conversation | ☐ Local | ☐ Long Distance | ☐ PA System |
| ☐ Booth | ☐ House Noises | ☐ Music | ☐ Loud Machinery | ☐ Static |
| ☐ Clear | ☐ Kitchen Noises | ☐ TV | ☐ Office Machinery | ☐ Traffic Noises |

**Other notes - use additional pages, if needed**

| Your Name & Phone Number | | Your Work Location Address | |
|---|---|---|---|

Rev. 4/23/2010

# Appendix B – Issues Report Form Template

## ISSUES REPORT
(REV. 4-2019)

(SOURCE: VOTER ASSISTANCE HOTLINE, VOTER FRAUD HOTLINE, EMAIL, DIVISION OF ELECTIONS' MAIN LINE)

ATTENTION - Please **only** use this form when a caller:

- Asks a question not addressed by the Voter Assistance Hotline Manual,
- Alleging or reporting elections or voter fraud,
- Is reporting a shooting, bomb scare, violence, etc.
- Is making threats against you or the Department,
- Is reporting an urgent security issue (the caller is the Supervisor of Elections' office), or
- Calling on Election day to report an issue at a polling location.

Check one:

_____ **Special Primary Election**      _____ **Special Election**

_____ **Presidential Preference Primary Election**

_____ **Primary Election**      _____ **General Election**

**Date and Time of Call:** _____      **Person Who Took the Call:** _____

_____

**County (3-letter code):** _____

**Caller's Name:** _____
**Caller's Email Address:** _____
**Caller's Phone No.:** _____

**If the issue involves a polling location during early voting or on Election Day, ask for Voting Location:** _____ **or Precinct No.:** _____ *(if applicable, look this up in Voter Focus if caller cannot provide the number or location)*

**Explain Caller's Issue(s) in Detail:** _____

Submit immediately to your immediate supervisor.  On Election Day, please submit immediately to the executive assistant for the Director's Office.



Florida Department of State

Division of Elections

Room 316, R. A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250
850.245.6200
dos.myflorida.com/elections