EXHIBIT 170



**FLORIDA
DEPARTMENT of
CORRECTIONS**

Governor
**RICK SCOTT**

Secretary
**JULIE L. JONES**

501 South Calhoun Street, Tallahassee, FL 32399-2500       http://www.dc.state.fl.us

September 5, 2017

RE:   TERMINATION OF SUPERVISION
DC# J55676
DOCKET/UC NO(S) 2013-CF-5493

Rosemary McCoy

Dear Ms. McCoy,

You are hereby notified that you completed your term(s) of supervision on September 5, 2017, as referenced above, and are no longer under the supervision of the Department of Corrections.

I would like to extend to you best wishes for a very successful future.

If you were adjudicated guilty and on supervision for a felony offense, please see attached information sheet prepared by the Office of Executive Clemency, entitled **RESTORATION OF CIVIL RIGHTS, PARDONS, PARDONS WITHOUT FIREARM AUTHORITY, FIREARM AUTHORITY, REMISSION OF FINES AND FORFEITURES** updated June 30, 2014 for information regarding the restoration of civil rights process. This information sheet and the application can be accessed on the following website for future reference: https://fcor.state.fl.us/restoration.shtml or call (850) 488-2952 or 1-800-435-8286.

Sincerely, 
Harry Strohmetz
Correctional Probation Specialist

☐   If you were on supervision for a sexual offense, attached is a copy of the Notice of Responsibilities, which outlines your continued responsibilities in accordance with Florida Statutes.

☐   If you were sentenced as a career offender, attached is a copy of the Career Offender Notice of Responsibilities, which outlines your continued responsibilities in accordance with Florida Statutes.

★ INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME ★

Original: Offender
Copy:    Offender File
         Clerk of Court (if required)
(Revised 11/15)

Right Side – Offender File