IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| KELVIN LEON JONES, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>RON DESANTIS, in his official capacity as Governor of Florida, et al.,<br><br>*Defendants.* | Consolidated Case<br>No. 4:19-cv-300-RH-MJF |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 11.1, Naila S. Awan, as counsel for proposed *amicus curiae*, Florida Rights Restoration Coalition, in the above-captioned matter, hereby moves this Court for permission to participate in this case *pro hac vice*, and in support thereof states:

1. I am Senior Counsel at Dēmos in New York, NY. I am admitted to practice in Ohio.

2. I am admitted to the State Bar of Ohio and am an active member in good standing. A true and correct copy of a certificate of good standing from the Supreme Court of Ohio is attached to this application.

3. I have completed the required online Local Rules tutorial exam. My confirmation number is FLND15694511672684.

4. I have completed the required online CM/ECF tutorials.

1

5. In connection with this motion, I have made a payment of this Court's $201 *pro hac vice* admission fee.

6. Dante Trevisani is admitted to practice in this district, serves as amicus curiae's local counsel in this case.

Dated: September 27, 2019                    Respectfully submitted,

*/s/ Naila S. Awan*
Naila S. Awan (OH SBN 0088147)
Dēmos
80 Broad Street, Fourth floor
New York, NY 10004
Tel (212) 485-6065
nawan@demos.org

## CERTIFICATE OF SERVICE

The foregoing was filed this 27th day of September, 2019, through the Court's Electronic Filing System. Parties will be served and may obtain copies electronically, through the operation of the Electronic Filing System.

> <u>*/s/ Naila S. Awan*</u>
> Naila S. Awan (OH SBN 0088147)
> Dēmos
> 80 Broad Street, Fourth floor
> New York, NY 10004
> Tel (212) 485-6065
> nawan@demos.org

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Naila Shareen Awan**
Attorney Registration No. **0088147**

was admitted to the practice of law in Ohio on November 7, 2011; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 24th day of September, 2019.

GINA WHITE PALMER
*Director, Attorney Services Division*

Shannon Scheid
Attorney Services Specialist

No. 2019-09-24-1
Verify by email at GoodStandingRequests@sc.ohio.gov