IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

              CONSOLIDATED
              CASE NO.  4:19cv300-RH/MJF

RON DeSANTIS in his official capacity as
Governor et al.,

    Defendants.

_____/

## SCHEDULING ORDER

One or more attorneys have asked the courtroom deputy clerk about the possible conflict between the preliminary-injunction hearing and Yom Kippur. The hearing was set without objection at a scheduling conference in which all parties participated. Nobody mentioned the holiday, probably because it appeared likely the hearing would end soon enough to avoid any conflict.

In planning their presentations, the parties should note that I will have read the briefs, the record, and the important authorities. Time need not be devoted to repeating what has already been said in writing. It still appears unlikely the hearing will run long enough to conflict with the holiday. The likelihood is higher—

though, one hopes, still low—of conflict with the travel that would be required for some of the attorneys to observe the holiday in their cities of residence. This order sets a schedule that will allow observance at least in Tallahassee.

IT IS ORDERED:

The preliminary-injunction hearing remains scheduled for October 7, 2019 at 9:00 a.m. If not completed that day, the hearing will continue on October 8. But court will not be in session after 4:00 p.m. on October 8 or at any time on October 9. If necessary, the hearing will continue on October 10.

SO ORDERED on October 2, 2019.

s/Robert L. Hinkle  
United States District Judge