**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

KELVIN LEON JONES et al.,

      Plaintiffs,

                                  CONSOLIDATED
                                  CASE NO. 4:19cv00300-RH/MJF

v.

RON DESANTIS et al.,

      Defendants.

_____/

**GOVERNOR AND SECRETARY'S**
**MOTION FOR LEAVE TO FILE EXHIBITS**

Governor Ron DeSantis and Secretary of State Laurel M. Lee move to file three out-of-time exhibits (three deposition transcripts) that were identified on the Governor and Secretary's exhibit list for the preliminary-injunction hearing but were not yet complete at the time exhibits were required to be filed.

In preparation for the preliminary-injunction hearing, the Court ordered the parties to file their witness lists, exhibit lists, and exhibits by September 16, 2019. ECF No. 107. The Governor and Secretary did so and filed all exhibits then in their possession. *See* ECF No. 148. The Governor and Secretary listed, but did not yet have, the following three exhibits: the deposition transcript for Plaintiff Rosemary McCoy, the deposition transcript for Plaintiff Sheila Singleton, and the deposition transcript for the plaintiffs' expert Dr. Daniel Smith. ECF No. 148 at 3.

Ms. McCoy's and Ms. Singleton's depositions were held on September 12, 2019, but the court reporter had not yet completed and released the deposition transcripts by the September 16 filing deadline.  Dr. Smith's deposition did not occur until September 19, 2019.  Within the last few business days, the Governor and Secretary finally received the complete deposition transcripts from the court reporter for these three depositions and wish to file the exhibits with the Court.

The plaintiffs consent to the requested relief, and consequently, the Governor and Secretary do not provide a memorandum of law showing good cause.  *See* ECF No. 168 at 2.  Furthermore, although it has been more than two weeks between the deadline for filing exhibits and the Governor and Secretary's proposed filing, the Governor and Secretary are filing the deposition transcripts soon after obtaining them.  *See id.*  The plaintiffs should have received copies of the deposition transcripts at the same time the Governor and Secretary did and are not prejudiced by this filing.

Should the Court grant the Governor and Secretary's requested leave, Hearing Exhibit 23 will be Ms. McCoy's deposition transcript, Hearing Exhibit 24 will be Ms. Singleton's deposition transcript, and Hearing Exhibit 25 will be Dr. Smith's deposition transcript.  The Governor and Secretary are also providing an updated hearing exhibit and rebuttal exhibit list for the Court's and parties' convenience.

2

For these reasons, the Governor and Secretary respectfully request that the

Court grant leave to file these hearing exhibits.

Respectfully submitted this 3rd day of October, 2019.

JOSEPH W. JACQUOT (FBN 189715)
General Counsel
joe.jacquot@eog.myflorida.com
NICHOLAS A. PRIMROSE (FBN 104804)
Deputy General Counsel
nicholas.primrose@eog.myflorida.com
COLLEEN M. ERNST (FBN 112903)
Deputy General Counsel
colleen.ernst@eog.myflorida.com
Executive Office of the Governor
400 S. Monroe St., PL-5
Tallahassee, FL 32399
Telephone: (850) 717-9310
Fax: (850) 488-9810

*Counsel for Governor Ron DeSantis*

BRADLEY R. MCVAY (FBN 79034)
General Counsel
brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
Deputy General Counsel
ashley.davis@dos.myflorida.com
Florida Department Of State
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

MOHAMMAD O. JAZIL (FBN 72556)
mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
gperko@hgslaw.com
Hopping Green & Sams, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
Phone: (850) 222-7500
Fax: (850) 224-8551

*/s/ Tara R. Price*
GEORGE N. MEROS, JR.
(FBN 263321)
george.meros@hklaw.com
TARA R. PRICE (FBN 98073)
tara.price@hklaw.com
Holland & Knight LLP
315 South Calhoun Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 224-7000
Facsimile: (850) 224-8832

3

*Counsel for the Florida Secretary of State, Laurel M. Lee*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES**

In accordance with Local Rule 7.1(B), the undersigned counsel has conferred with counsel for the plaintiffs, and the plaintiffs' counsel does not object to the relief sought herein.  The undersigned also did not receive any objections from co-defendants in the consolidated cases.

The undersigned certifies that the foregoing complies with the size, font, and formatting requirements of Local Rule 5.1(C), and that the foregoing complies with the word limit in Local Rule 7.1(F); this motion contains 380 words, excluding the case style, signature block, and certificates.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to  all counsel of record through the Court's CM/ECF system on this 3rd day of October,  2019.

*s/ Tara R. Price*
Tara R. Price

4