# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO. 4:19cv300-RH/MJF

RON DeSANTIS in his official capacity as Governor et al.,

    Defendants.

_____/

## ORDER ON ATTENDANCE AT HEARING

The motion of some defendants to excuse attendance at the October 7 hearing, ECF No. 187, is granted. No party is required to attend in person, through a representative, or through an attorney. An attorney of record for a party may monitor closing arguments by telephone by making arrangements in advance with the courtroom deputy clerk by 3:00 p.m. on October 4. Only those in personal attendance will be allowed to speak.

SO ORDERED on October 4, 2019.

                              s/Robert L. Hinkle
                              United States District Judge