# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: 4:19cv300-RH/CAS                                    Date: October 7-8, 2019

KELVIN LEON JONES et al. v. RON DESANTIS et al.

DOCKET ENTRY:     Preliminary Injunction Hearing Held

Ruling by Court:  Motion for Leave to File Amicus Brief is granted.  Motion in Limine is denied.  Motion for Preliminary Injunction will be ruled on in a forthcoming order.  No class certification response is due until ruling on preliminary injunction.  Once the ruling on preliminary injunction has been rendered, Plaintiff has one week to adhere to or reform the proposed class.  Defense will then have three weeks to respond.  Leave is granted to amend the complaint.  Plaintiffs have three weeks (until October 29) to file.  Trial will be set for April 6, 2020.  An order will follow.

PRESENT:  **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**

|  Cindy Markley  | Judy Gagnon |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiffs:
Julie Ebenstein
Nancy Abudu
Sean Morales-Doyle
Leah Aden
R. Orion Danjuma
Danielle Lang
Mark Gaber
Jonathan Diaz
Eliza Sweren-Becker
Daniel Tilley
John Cusick
Jennifer Holmes
Jimmy Midyette
Molly Danahy
Jonathan Topaz
Pietro Signoracci
David Giller
Caren Short

Attorneys for Defendants:
Nicholas Primrose
Mohammad Jazil
Gary Perko
Bradley McVay
Oren Rosenthal
Mark Herron
George Meros
Tara Price
Ashley Davis
Robert Swain

PROCEEDINGS:

**Day 1 – October 7, 2019**

| | |
|---|---|
| 9:01 | Court in session |
| | All exhibits tendered and included on the record are admitted |
| | Motion for Leave to File Amicus Brief is GRANTED |
| | Motion in Limine is DENIED |
| 9:03 | Plaintiff opening statement (Ebenstein) |
| 9:09 | Defense opening statement (Primrose) |
| 9:15 | Defense continued opening statement (Jazil) |
| 9:22 | Plaintiff Witness: |
| | Lee Hoffman – sworn, direct (Diaz) |
| 9:33 | Cross examination (Meros) |
| 9:34 | Plaintiff Witness: |
| | Daniel A. Smith – sworn, direct (Ebenstein) |
| 10:24 | Cross examination (Perko) |
| 10:58 | Court in recess |
| 11:15 | Court in session |
| 11:16 | Plaintiff Witness: |
| | Shannon Cash-Russell – sworn, direct (Morales-Doyle) |
| 1:50 | Cross examination (Meros) |
| 12:03 | Re-direct (Morales-Doyle) |
| 12:14 | Court in recess |
| 1:16 | Court in session |
| | Plaintiff Witness: |
| | Rosemary McCoy – sworn, direct (Abudu) |
| 1:26 | Cross examination (Meros) |
| 1:30 | Plaintiff Witness: |
| | Raquel Wright – sworn, direct (Aden) |
| 1:45 | Statement to the Court by Defense (Meros) |
| 1:50 | Statement to the Court by Defense (Jazil) |
| 1:54 | Plaintiff Witness: |
| | Betty Riddle – sworn, direct (Topaz) |
| 2:04 | Plaintiff Witness: |
| | Clifford Tyson – sworn, direct (Sweren-Becker) |
| 2:19 | Plaintiff Witness: |
| | Mark Earley – sworn, direct (Danjuma) |
| 2:37 | Cross examination (Meros) |
| 2:42 | Continued cross examination (Rosenthal) |
| 2:45 | Re-direct (Danjuma) |
| 2:51 | Plaintiff rests |
| 2:53 | Court in recess |
| 3:09 | Court in session |
| 3:10 | Court in recess |

**Day 2 – October 8, 2019**

- 8:07    Court in session
- 8:08    Closing Argument by Plaintiff (Lang)
- 8:29    Continued Closing Argument by Plaintiff (Danjuma)
- 8:42    Continued Closing Argument by Plaintiff (Abudu)
- 8:49    Closing Argument by Defense (Jazil)
- 9:31    Continued Closing Argument by Defense (Rosenthal)
- 9:37    Continued Closing Argument by Defense (Jazil)
- 9:38    Rebuttal by Plaintiff (Danjuma)
- 9:50    Continued Rebuttal by Plaintiff (Lang)
- 9:58    Ruling by Court:  Ruling on preliminary injunction will not be announced today.
- 10:10  Court addresses parties regarding scheduling issues.
- 10:13  Statement by Plaintiff regarding class certification (Gaber)
- 10:14  Statement by Defense regarding discovery (Price)
- 10:18  Ruling by Court:  No class certification response is due until ruling on preliminary injunction.  Once the ruling on preliminary injunction has been rendered, Plaintiff has one week to adhere to or reform the proposed class.  Defense will then have three weeks to respond.  Leave is granted to amend the complaint.  Plaintiffs have three weeks to file.  Trial will be set for April 6, 2020.  An order will follow.
- 10:29  Court adjourned

Initials of Clerk: <u>ckm</u>