IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO. 4:19cv300-RH/MJF

RON DeSANTIS et al.,

    Defendants.

_____/

### ORDER DENYING LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THE MOTION TO EXPAND THE PRELIMINARY INJUNCTION

The plaintiffs' motion, ECF No. 225, for leave to file a reply memorandum in support of its motion to expand the preliminary injunction is denied.

SO ORDERED on November 22, 2019.

                s/Robert L. Hinkle
                United States District Judge