# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

RON DeSANTIS et al.,

    Defendants.

_____/

CONSOLIDATED
CASE NO. 4:19cv300-RH/MJF

## ORDER SETTING A HEARING

By a separate notice, the clerk must set a hearing on December 3, 2019 on all pending motions. The hearing will consist of oral argument; no evidence will be taken. The hearing will be moved to a different day during the weeks of November 25 or December 2 if all parties agree. The hearing will be conducted in person, with speakers participating only in person, but attorneys of record will be allowed to call in to monitor the hearing by telephone. To monitor the hearing by telephone, an attorney must make arrangements with the courtroom deputy clerk at least 24 hours in advance.

In addition to issues raised by pending motions, the parties should be prepared to address alternative class or subclass definitions, whether the preliminary injunction should be extended to others (including class members, if a class is certified), the issues the Governor and Secretary of State intend to raise on appeal, whether they intend to seek a stay of the preliminary injunction pending appeal, and the status of efforts to devise or put in place a process for determining whether a felon is genuinely unable to pay an otherwise-disqualifying financial obligation.

SO ORDERED on November 22, 2019.

s/Robert L. Hinkle<br>
United States District Judge