IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 19-14551-W

KELVIN LEON JONES,
BONNIE RAYSOR, et al.,

Plaintiffs-Appellees,

versus

GOVERNOR OF FLORIDA,
FLORIDA SECRETARY OF STATE,

Defendants-Appellants,

CRAIG LATIMER,
In his official capacity as supervisor of elections
of Hillsborough County Florida, an indispensable
party, et al.,

Defendants.

Appeal from the United States District Court
for the Northern District of Florida

ORDER:

The Court, sua sponte, has noted a possible jurisdictional question. The apparently unresolved October 31, 2019, "Emergency Motion for an Amendment to and Clarification of Order Granting a Preliminary Injunction" is a tolling motion, Fed.R.App.P. 4(a)(4). Therefore, this Court has no jurisdiction of this appeal until that motion is disposed of by the district court. Rule 4(a)(4)(B)(i). In light of this, and in light of the expedited posture of this appeal for which oral argument is scheduled on Tuesday, January 28, 2020, the district court is requested to rule promptly on the October 31, 2019, motion.

If any party wishes to appeal from the order that may be entered by the district court resolving the October 31, 2019, motion, that party shall file a new or amended notice of appeal. Rule 4(a)(4)(B)(ii).

The expedited briefing schedule set in this case remains unaffected and briefing shall proceed in accordance with the court's orders of December 11 and 13, 2019.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 08, 2020

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 19-14551-W
Case Style: Kelvin Jones, et al v. Governor of Florida, et al
District Court Docket No: 4:19-cv-00300-RH-MJF

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Valerie L Geddis
Phone #: (404) 335-6143

MOT-2 Notice of Court Action