IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES,

   Plaintiff,

v.

RON DESANTIS, in his official capacity
as the Governor of Florida, et al.,

   Defendant.

_____ /

CONSOLIDATED
Case No. 4:19-cv-00300-RH-MJF

## NOTICE OF APPEARANCE

Edward M. Wenger provides notice of his appearance on behalf of the Defendant, Laurel E. Lee, in her official capacity as the Florida Secretary of State, and asks that all papers filed in this proceeding be served on him.

                                      Respectfully submitted by:

                                      */s/ Edward M. Wenger*
                                      EDWARD M. WENGER (FBN 85568)
                                      ewenger@hgslaw.com
                                      HOPPING GREEN & SAMS, P.A.
                                      119 South Monroe Street, Suite 300
                                      Tallahassee, Florida 32301
                                      Phone: (850) 222-7500
                                      Fax: (850) 224-8551

Dated:  January 13, 2020        *Counsel for the Secretary of State*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES**

The undersigned certifies that this filing complies with the size, font, and formatting requirements of Local Rule 5.1(C).

*/s/ Edward M. Wenger*
Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record via email on this **13th** day of January, 2020.

*/s/ Edward M. Wenger*
Attorney