UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

                                        CONSOLIDATED
                                        CASE NO. 4:19cv00300-RH/MJF

v.

RON DESANTIS et al.,

    Defendants.
_____/

**DEFENDANT SUPERVISOR OF ELECTIONS
PETER ANTONACCI'S RULE 26(a)(3) DISCLOSURES**

Defendant, Peter Antonacci, Supervisor of Elections for Broward County, provides his pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) and states as follows:

**I.**     **Rule 26(a)(3)(A)(i): Identification of Witnesses**

    **A.**     *Witnesses that Supervisor Antonacci expects to call at trial:*

None.

    **B.**     *Witnesses that Supervisor Antonacci may call if the need arises:*

1.     Peter Antonacci
        Supervisor of Elections, Broward County, Florida
        115 S. Andrews Ave., Room 102
        Fort Lauderdale, FL 33301
        (954) 357-7050

2. All persons identified or called by Plaintiffs.

3. All persons identified or called by other Defendants.

4. Any other witnesses needed for impeachment or rebuttal.

## II. Rule 26(a)(3)(A)(ii): Designation of Witnesses Whose Testimony Supervisor Antonacci Will Present By Deposition

Supervisor Antonacci does not expect to present any witness testimony by deposition.

## III. Rule 26(a)(3)(A)(iii): Identification of Exhibits

**A.** *Exhibits that Supervisor Antonacci expects to offer at trial:*

None.

**B.** *Exhibits that Supervisor Antonacci may offer at trial:*

1. All documents previously produced by Supervisor Antonacci through discovery in this case.

2. All documents Plaintiffs or other Defendants have produced through discovery in this case.

3. All documents Plaintiffs or other Defendants have identified or will identify in their disclosures in this case.

Respectfully submitted this 2nd day of March, 2020

/s/   *Tara R. Price*
GEORGE N. MEROS, JR.
(FBN 263321)
george.meros@hklaw.com
TARA R. PRICE (FBN 98073)
tara.price@hklaw.com
Holland & Knight LLP
315 South Calhoun Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 224-7000
Facsimile: (850) 224-8832


*Counsel for Peter Antonacci, Supervisor of Elections for Broward County*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on March 2, 2020 to all counsel of record in this case.

/s/   *Tara R. Price*
Attorney