# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO. 4:19cv300-RH/MJF

RON DeSANTIS et al.,

    Defendants.

_____/

## ORDER AMENDING THE SCHEDULE

This order confirms and adds to the rulings announced on the record of the hearing on March 17, 2020. The rulings amended the schedule because of the national covid-19 healthcare emergency. The goal is to allow preparation for and trial of the case without undue delay but in accordance with best practices. The attorneys should confer in good faith in an effort to reach agreement on presentation of testimony by live video or audio transmission from a remote location, by depositions for use at trial, or by discovery depositions.

    IT IS ORDERED:

    1. The trial is rescheduled for Monday, April 27, 2020.

2. The deadline for the parties to exchange exhibits with readily identifiable exhibit numbers is extended to March 23, 2020.

3. Exhibit and witness lists may be amended by March 23 to better identify those a party intends to introduce or call and those the party may introduce or call if the need arises.

4. The deadline for expert depositions remains March 23, but a deposition may be taken on or before March 27 if the plaintiffs and the state defendants so agree.

5. The deadline for the attorney conference required by the December 31, 2019 scheduling order (see ECF No. 245 at ¶ 5; *see also* ECF No. 274 at ¶ 14), is extended to April 2, 2020 (except that the deadline to exchange exhibits is March 23 as set out in 2 above).

6. The deadline for the pretrial stipulation and trial briefs is extended to April 9, 2020.

7. The consented motions to exceed word limits, ECF Nos. 285 and 295, are granted.

8. A telephonic pretrial conference remains scheduled for March 26. All

motions that remain pending at that time will be heard. Each side will have 30 minutes.

SO ORDERED on March 18, 2020.

s/Robert L. Hinkle  
United States District Judge