IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

**KEVIN LEON JONES**, *et al.*,

      Petitioners,

vs.                                                    Consolidated Case No.: 4:19-cv-0300

**RON DESANTIS**, in his official capacity
as the Governor of Florida, an Indispensable
Party, et al,

      Respondents.

---

**Defendant Mark S. Earley, Supervisor of Elections for Leon County's
Exhibit List**

---

      Defendant, MARK S. EARLEY, SUPERVISOR OF ELECTIONS FOR LEON COUNTY, hereby files this Exhibit List identifying those exhibits which will be presented and those exhibits which may be presented at the trial in the above captioned matter:

    a. Exhibits Defendant Earley expects to present at trial:

        1. None.

    b. Exhibits Defendant Earley may present at trial if the need arises:

        1. All documents previously produced by Defendant Earley through discovery in this case.

        2. All documents other Defendants or Plaintiffs have produced through discovery in this case.

        3. All documents other Defendants or Plaintiffs have identified or do identify in their disclosures in this case.

RESPECTFULLY SUBMITTED this 23rd day of March, 2020.

           s/ *Mark Herron*
**MESSER CAPARELLO, P.A.**
MARK HERRON
Florida Bar No. 0199737
mherron@lawfla.com
S. DENAY BROWN
Florida Bar No. 88571
dbrown@lawfla.com
P.O. Box 15579
Tallahassee, Florida 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359

*Attorneys for Defendant Mark Earley*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail to counsel of record for all parties in the above-captioned matter this 23rd day of March, 2020.

/s/ *Mark Herron*
MARK HERRON