# Exhibit A

*Jones v. DeSantis*                                                                                   Consolidated Case No. 4:19-cv-300

| Supplemental Exhibit No. | Description of Exhibit | Identification No., Bates No., or Depo. Exhibit No. | Witness | Plaintiffs' Objections/ Stipulated Admissions |
|---|---|---|---|---|
| 142 | Draft MOU between FCOR and Florida DOS | DOSG-0153024-152026 | | |
| 143 | Draft MOU between FCOR and Florida DOS | DOSG-0153029-0153031 | | |
| 144 | Draft additions to felon DOS procedures | DOSG-0153017-0153019 | | |
| 145 | Prof. Mary Adkins rebuttal expert report | Rule 26(a)(2) rebuttal disclosures | | |
| 146 | Prof. Michael Barber rebuttal expert report | Rule 26(a)(2) rebuttal disclosures | | |
| | | | | |
| | | | | |

#73748193_v1