# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

RON DeSANTIS et al.,

    Defendants.

CONSOLIDATED
CASE NO. 4:19cv300-RH/MJF

_____/

## ORDER ON TRIAL PROCEDURES

This order confirms rulings set out on the record of the hearing on April 2, 2020. Ordering paragraph 4 is new.

Both sides agreed to admission of each previously served expert report as trial evidence, thus waiving any objection that the report is inadmissible hearsay. The parties did not waive substantive objections to the content of the reports. The prior ruling remains in place excluding Dr. J. Morgan Kousser's testimony stating a conclusion about intent.

Both sides agreed to admission as trial evidence of each declaration of a plaintiff filed in support of the preliminary-injunction motion. The defendants thus

waived any objection that a declaration is itself inadmissible hearsay. The defendants did not waive objections to second-level hearsay within a declaration.

The parties agreed to prefiling of all exhibits but did not waive properly preserved objections.

IT IS ORDERED:

1. First-level hearsay objections to previously served expert reports and previously filed declarations of the plaintiffs have been waived. These are admitted into evidence subject to other objections.

2. All expert reports not yet in the electronic case file must be filed by April 10, 2020.

3. All exhibits not yet in the electronic case file must be filed by April 17, 2020.

4. By April 20, 2020, the party who intends to call a witness must file a notice listing each exhibit the party intends to use with the witness. By April 22, 2020, each other party must file a notice listing each additional exhibit the other party intends to use with the witness.

5. The defendants' request to require the prefiling of direct testimony in writing is denied.

Case No.   4:19cv300-RH-MJF

6. By a separate notice, the clerk must set a hearing by videoconference on April 8, 2020.

SO ORDERED on April 2, 2020.

s/Robert L. Hinkle  
United States District Judge