UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| KELVIN LEON JONES, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>RON DESANTIS, in his official capacity as Governor of Florida, et al.,<br><br>    *Defendants*. | Consolidated Case No. 4:19-cv-300-MW-MJF |

## *MCCOY* PLAINTIFFS' SUBMISSION OF EXPERT REPORTS

COME NOW, Plaintiffs Rosemary McCoy and Sheila Singleton, by and through counsel and pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's April 2, 2020 Order, and hereby submit the following expert reports:

- Expert report of Dr. Hannah L. Walker, PhD
- Expert report of Dr. Amanda L. Weinstein, PhD

Dated: April 3, 2020          Respectfully submitted,

                              */s/ Caren E. Short*
                              Caren E. Short*
                              Nancy G. Abudu (Fla. Bar No. 111881)

SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, Georgia 30031-1287
Tel: 404-521-6700
Fax: 404-221-5857
*caren.short@splcenter.org*
*nancy.abudu@splcenter.org*

*Counsel for* McCoy *Plaintiffs*

*admitted pro hac vice