**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

KELVIN LEON JONES et al.,

       Plaintiffs,

                             CONSOLIDATED

v.                            CASE NO.  4:19cv300-RH/MJF

RON DeSANTIS et al.,

       Defendants.

_____/

**ORDER ON VIDEO AND AUDIO
<u>ACCESS TO TODAY'S HEARING</u>**

      Today's hearing at 1:22 p.m. will be conducted by videoconference.

Instructions for the attorneys to access the videoconference are in the sealed notice,

ECF No. 324. Public monitoring of the hearing is available by audio through the

instructions in the public notice, ECF No. 325. Attorneys may report difficulty

logging in for the videoconference—we hope there are no difficulties—over the

public audio connection.

      SO ORDERED on April 8, 2020.

                     s/Robert L. Hinkle_____
                     United States District Judge