# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

    CONSOLIDATED
    CASE NO.  4:19cv300-RH/MJF

RON DeSANTIS et al.,

    Defendants.

_____/

## SECOND ORDER ON TRIAL PROCEDURES

    The Secretary of State has moved to clarify the April 2 order on trial procedures. The motion was addressed at the hearing on April 8, 2020.

    As made clear in the motion to clarify and at the April 8 hearing, the Secretary does not wish to waive, at least at this time, any first-level hearsay objection to any declaration (a) filed after entry of the preliminary injunction or (b) of any person other than a named individual plaintiff filed prior to the entry of the preliminary injunction. To the extent, if any, that the Secretary's statements at the April 2 hearing could be deemed a broader waiver of first-level hearsay objections, the waiver has been withdrawn and no longer applies. In accordance with the

procedure generally applicable in this litigation, the Secretary's retained first-level hearsay objections are available also to the other defendants.

This order does not rule on the validity of the first-level hearsay objections to declarations. *See* Fed. R. Civ. P. 65(a)(2) ("[E]vidence that is received on [a preliminary-injunction] motion and that would be admissible at trial becomes part of the trial record and need not be repeated at trial.").

The waiver of first-level hearsay objections to expert reports applies only to experts who testify at the trial. That was the clear understanding at the April 2 hearing and was the intent of the April 2 order, though not clearly expressed in the order.

For these reasons,

IT IS ORDERED:

The motion to clarify, ECF No. 320, is granted. The April 2 order is clarified as set out in this order.

SO ORDERED on April 9, 2020.

                                                 s/Robert L. Hinkle
                                                 United States District Judge