UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES, *et al.*,

    Plaintiffs,

v().                                             Case No. 4:19-cv-300-RH/MJF

RON DeSANTIS, *et al.*,

    Defendants.
_____/

## JOINT NOTICE OF FILING VIDEO LINKS WITH THE COURT

Pursuant to this Court's Order of April 3, 2020 (ECF No. 317) directing the filing of exhibits by April 17, 2020, and the Parties Joint Stipulation as to the Admission of Certain Exhibits filed on April 14, 2020 (ECF No. 337), Governor Ron DeSantis and Secretary of State Laurel M. Lee (the "State Defendants") file this notice of filing videos of proceedings of the Florida Legislature and the Financial Impact Estimating Conference.  By stipulation of the Parties, links to videos of the following legislative proceedings are being filed with the Court:

**House**

Feb. 14, 2019—Judiciary Committee/Criminal Justice Subcommittee

https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=2443575804_201902 1160

1

March 19, 2019—Criminal Justice Subcommittee

https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=2443575804_2019031246

April 4, 2019—State Affairs Committee

https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=2443575804_2019041080

April 9, 2019—Judiciary Committee

https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=2443575804_2019041126

April 23, 2019—House Session

https://thefloridachannel.org/videos/4-23-19-house-session-part-4/

April 24, 2019—House Session

https://thefloridachannel.org/videos/4-24-19-house-session-part-2/

May 1, 2019—House Session

https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=2443575804_2019051000

May 3, 2019—House Session

https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=2443575804_2019051002

**Senate**

Jan. 22, 2019—Criminal Justice Committee

http://www.flsenate.gov/media/videoplayer?EventID=2443575804_2019011118

Note: apparently there were audio difficulties with the first 50 minutes of this audio.

March 25, 2019—Criminal Justice Committee

http://www.flsenate.gov/media/videoplayer?EventID=2443575804_2019031354&Redirect=true

April 8, 2019—Judiciary Committee

http://www.flsenate.gov/media/videoplayer?EventID=2443575804_2019041108&Redirect=true

3

April 23, 2019—Rules Committee

http://www.flsenate.gov/media/videoplayer?EventID=2443575804_2019041265&Redirect=true

May 2, 2019—Senate Session

https://thefloridachannel.org/videos/5-2-19-senate-session-part-3/

**Financial Impact Estimating Conference**

Oct. 5, 2016 FIEC meeting

https://thefloridachannel.org/videos/10516-financial-impact-estimating-conference-public-workshop-voter-restoration-amendment/

Oct. 17, 2016 FIEC

https://thefloridachannel.org/videos/101716-financial-impact-estimating-conference-principals-workshop-voter-restoration-amendment/

Oct. 26, 2016 FIEC meeting

https://thefloridachannel.org/videos/102616-financial-impact-estimating-conference-voter-restoration-amendment/

Oct. 27, 2016 FIEC meeting

https://thefloridachannel.org/videos/102716-financial-impact-estimating-conference-voter-restoration-amendment/

Oct. 28, 2016 FIEC meeting

https://thefloridachannel.org/videos/102816-financial-impact-estimating-conference-voter-restoration-amendment/

Respectfully submitted this 17th day of April, 2020,

| | |
|---|---|
| JOSEPH W. JACQUOT | */s/ Tara R. Price* |
| (FBN 189715) | GEORGE N. MEROS, JR. |
| General Counsel | (FBN 263321) |
| joe.jacquot@eog.myflorida.com | george.meros@hklaw.com |
| NICHOLAS A. PRIMROSE | TARA R. PRICE (FBN 98073) |
| (FBN 104804) | tara.price@hklaw.com |
| Deputy General Counsel | Holland & Knight LLP |
| nicholas.primrose@eog.myflorida.com | 315 South Calhoun Street, Suite 600 |
| JOSHUA PRATT (FBN 119347) | Tallahassee, Florida 32301 |
| Assistant General Counsel | Telephone: (850) 224-7000 |
| joshua.pratt@eog.myflorida.com | |
| Executive Office of the Governor | BRADLEY R. MCVAY (FBN 79034) |
| 400 S. Monroe St., PL-5 | General Counsel |
| Tallahassee, FL 32399 | brad.mcvay@dos.myflorida.com |
| | ASHLEY E. DAVIS (FBN 48032) |
| *Counsel for Florida Governor Ron DeSantis* | Deputy General Counsel |
| | ashley.davis@dos.myflorida.com |
| | Florida Department Of State |
| | R.A. Gray Building Suite, 100 |
| | 500 South Bronough Street |

5

Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

MOHAMMAD O. JAZIL
(FBN 72556)
mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
gperko@hgslaw.com
EDWARD M. WENGER
(FBN 85568)
ewenger@hgslaw.com
Hopping Green & Sams, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
Phone: (850) 222-7500
Fax: (850) 224-8551

*Counsel for Florida Secretary of State Laurel M. Lee*

/s/ *Sean Morales-Doyle*

| | |
|---|---|
| Sean Morales-Doyle* <br> Eliza Sweren-Becker* <br> Myrna Pérez <br> Wendy Weiser <br> Brennan Center for Justice at NYU School of Law <br> 120 Broadway, Suite 1750 <br> New York, NY 10271 <br> Tel: (646) 292-8310 <br> sean.morales-doyle@nyu.edu <br> eliza.sweren-becker@nyu.edu <br> myrna.perez@nyu.edu <br> wendy.weiser@nyu.edu <br><br> Julie A. Ebenstein (Fla. Bar No. 91033) <br> R. Orion Danjuma* | Leah C. Aden* <br> John S. Cusick* <br> NAACP Legal Defense and Educational Fund, Inc. <br> 40 Rector Street, 5th Floor <br> New York, NY 10006 <br> Tel: (212) 965-2200 <br> laden@naacpldf.org <br> jcusick@naacpldf.org <br><br> Jennifer A. Holmes* <br> NAACP Legal Defense and Educational Fund, Inc. <br> 700 14th Street, N.W., Suite 600 <br> Washington D.C. 20005 <br> Tel: (202) 682-1300 |

Jonathan S. Topaz*
Dale E. Ho**
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 284-7332
jebenstein@aclu.org
odanjuma@aclu.org
jtopaz@aclu.org
dho@aclu.org

Daniel Tilley (Fla. Bar No. 102882)
Anton Marino (Fla. Bar No. 1021406)
American Civil Liberties Union of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
amarino@aclufl.org

jholmes@naacpldf.org

Pietro Signoracci*
David Giller*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
psignoracci@paulweiss.com
dgiller@paulweiss.com

*Counsel for Gruver Plaintiffs*

/s/ *Nancy G. Abudu*
Nancy G. Abudu (Fla. Bar No. 111881)
Caren E. Short*
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031-1287
Tel: (404) 521-6700
nancy.abudu@splcenter.org
caren.short@splcenter.org

*Counsel for Plaintiffs Rosemary Osborne McCoy & Sheila Singleton*

7

| | |
|---|---|
| /s/ Danielle M. Lang | Chad W. Dunn (Fla. Bar No. 119137) |
| Danielle M. Lang* | Brazil & Dunn 1200 Brickell Ave, |
| Mark P. Gaber* | Suite 1950 |
| Molly E. Danahy* | Miami, FL 33131 |
| Jonathan M. Diaz* | Tel: (305) 783-2190 |
| Blair Bowie* | chad@brazilanddunn.com |
| Campaign Legal Center | |
| 1101 14th Street, Ste. 400 | |
| Washington, D.C. 20005 | |
| Tel: (202) 736-2200 | |
| dlang@campaignlegal.org | |
| mgaber@campaignlegal.org | |
| mdanahy@campaignlegal.org | |
| jdiaz@campaignlegal.org | |
| bbowie@campaignlegal.org | |

*Counsel for Raysor Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record via email on April 17, 2020.

/s/   Tara R. Price
Attorney