UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES, *et al.*,

    Plaintiffs,

v.                                    Case No. 4:19-cv-300-RH/MJF

RON DeSANTIS, *et al.*,

    Defendants.
_____/

## STATE DEFENDANTS' NOTICE OF FILING EXHIBITS

Pursuant to this Court's Order on Trial Procedures dated April 2, 2020 (ECF No. 317) directing the filing of exhibits by April 17, 2020, Governor Ron DeSantis and Secretary of State Laurel M. Lee (the "State Defendants") file this notice of filing exhibits (the "Notice").

This Notice incorporates as ***Exhibit A***: (1) the exhibit list filed by State Defendants on March 2 (ECF No. 279-2); (2) the supplemental exhibit list filed by State Defendants pursuant to the agreement of the Parties on March 23 (ECF No. 301-1); (3) exhibits that State Defendants intend to use, if necessary, only for impeachment purposes; and (4) State Defendants' second supplemental exhibit list containing documents provided in State Defendants' Notice of Supplementing Exhibits and Discovery Responses. With regard to objections, ***Exhibit A*** incorporates the terms of the Parties' Joint Stipulation as to the Admission of Certain

1

Exhibits (ECF No. 337) and otherwise provides that the Plaintiffs' objections with regard to any impeachment exhibits, should State Defendants need to use such exhibits at trial, and second supplemental exhibits are preserved.

State Defendants' exhibits are also attached to this Notice. Pursuant to paragraph 3 of this Court's Order on Trial Procedures dated April 2, 2020 (ECF No. 317), State Defendants are not re-filing exhibits 1 through 25, which can be found filed in the preliminary injunction phase of this case under ECF Nos. 148-1 through 148-37, 164-1, and 190-2 through 190-4. In addition, State Defendants are not re-filing exhibit 27, which can be found at ECF No. 240-1. The remainder of the exhibits on State Defendants' exhibit list will be filed under this Notice's ECF number, even if a few have been previously filed elsewhere in the record, for the Court's convenience in locating exhibits. The documents on State Defendants' second supplemental exhibit list are being filed along with the Notice of Supplementing Exhibits and Discovery Responses.

Respectfully submitted this 17th day of April, 2020,

JOSEPH W. JACQUOT
(FBN 189715)
General Counsel
joe.jacquot@eog.myflorida.com
NICHOLAS A. PRIMROSE
(FBN 104804)
Deputy General Counsel
nicholas.primrose@eog.myflorida.com
JOSHUA PRATT (FBN 119347)
Assistant General Counsel
joshua.pratt@eog.myflorida.com
Executive Office of the Governor
400 S. Monroe St., PL-5
Tallahassee, FL 32399

*Counsel for Florida Governor Ron DeSantis*

/s/ *Tara R. Price*
GEORGE N. MEROS, JR.
(FBN 263321)
george.meros@hklaw.com
TARA R. PRICE (FBN 98073)
tara.price@hklaw.com
Holland & Knight LLP
315 South Calhoun Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 224-7000

BRADLEY R. MCVAY (FBN 79034)
General Counsel
brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
Deputy General Counsel
ashley.davis@dos.myflorida.com
Florida Department Of State
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

MOHAMMAD O. JAZIL
(FBN 72556)
mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
gperko@hgslaw.com
EDWARD M. WENGER
(FBN 85568)
ewenger@hgslaw.com
Hopping Green & Sams, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
Phone: (850) 222-7500
Fax: (850) 224-8551

*Counsel for Florida Secretary of State Laurel M. Lee*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record via email on April 17, 2020.

/s/   Tara R. Price
Attorney
