| | |
|---|---|
| From: | |
| To: | Matthews, Maria I.; Dover, Brittany N. |
| CC: | Kennedy, Jennifer L. |
| Sent: | 6/2/2019 4:38:26 AM |
| Subject: | RE: Voter Registration/SB 7086 and 7089 |
| Attachments: | plchdr.htm |

Jennifer,

Thank you for your email.

Although 7086 and 7089 are not identical at this time neither one changes the underlying statement that currently exists in law for the application form.

Under 97.052, F.S.:

- The current law provides the statement "I affirm I am not a convicted felon, or, if I am, my rights relating to voting have been restored".

- The current application form actually reads "I affirm that I am not a convicted felon, or if I am, my right to vote has been restored". This has been in place since 2013. We made the change based on the lack of space to add another line on the form and to comply with the following statement in law that says - *The registration application must be in plain language and designed so that convicted felons whose voting civil rights have been restored and persons who have been adjudicated mentally incapacitated and have had their voting rights restored are not required to reveal their prior conviction or adjudication.*

To address the anticipated increased in workload and future costs from Amendment 4 changes we still believe as we provided in the fiscal analysis includes the following at a minimum:

Currently, one of the Division of Elections' Bureau of Voter Registration Services' primary duties is to identify potentially ineligible registered voters who are convicted felons and forward to Supervisors of Elections case files with relevant information about the voter. The Bureau currently employs 21 full-time staff.

With Constitutional Amendment 4, the process will require more involved research and detailed case files. Depending on legislation enacted, staff would now have to examine the nature of the underlying offense of each felony case associated with the voter in order to determine whether clemency has been obtained. The Bureau would need to determine if a murder or felony sexual offense conviction postdates all prior felonies or whether all sentences have been completed for each and every felony conviction associated with that voter. Staff would need to know all the sources that may be available to determine if all the terms of a sentence have been completed. At this time, it is reported that no single conclusive source exists (like the Clemency database) about what a person's sentence is and whether completed and when. At a minimum, staff would have to piece together information from court records and from the Department of Corrections' records.

The bill will increase the amount of staff needed to conduct such research, require office space and computers including software licenses to support such staff in order to handle the expanded workflow and expanded workload. The Bureau needs a 21 additional staff members at a cost of $1,294,716. This amount includes salary, benefits, and the standard employee expense package.

The Department will incur additional duties necessitating staff and expenses to provide administrative support to the Voting Rights Work Group, as well as provide reimbursement for per diem and travel expenses until such time the group is dissolved on November 1, 2019 after the submission of a report to the Legislature.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6520
Maria.matthews@dos.myflorida.com

*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided.*
*Please note:* Florida has a broad public records law. Written communications to or from state officials regarding state business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail message may be subject to public disclosure.

---

**From:** Dover, Brittany N. <Brittany.Dover@dos.myflorida.com>
**Sent:** Wednesday, May 1, 2019 6:22 PM
**To:** Fitz-Patrick, Christie (Burrus) <Christie.Fitz-Patrick@dos.myflorida.com>
**Cc:** Kennedy, Jennifer L. <Jennifer.Kennedy@DOS.MyFlorida.com>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** Re: Voter Registration

Okay.

Sent from my iPhone



PLAINTIFFS' EXHIBIT
**PX513**
Jones et al v. Desantis et al
CaseNo.4:19-cv-00300

DOSG-0111975

Plaintiffs' Exhibit PX513   p. 1 of 2

On May 1, 2019, at 5:55 PM, Fitz-Patrick, Christie (Burrus) <Christie.Fitz-Patrick@dos.myflorida.com> wrote:

Let's discuss in the morning before a response is provided. Thanks.

**From:** Hrdlicka, Jennifer [mailto:Jennifer.Hrdlicka@LASPBS.STATE.FL.US]
**Sent:** Wednesday, May 1, 2019 5:47 PM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Dover, Brittany N. <Brittany.Dover@dos.myflorida.com>; Fitz-Patrick, Christie (Burrus) <Christie.Fitz-Patrick@dos.myflorida.com>
**Subject:** Voter Registration

EMAIL RECEIVED FROM EXTERNAL SOURCE

Hi!

Just q quick question – do you guys think however you plan to implement Amendment 4 that you'll end up needing to update the voter registration forms? I'm just trying to figure out work load and potential future costs.

Thanks!
Jennifer