UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| KELVIN LEON JONES, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RON DESANTIS, in his official capacity as Governor of Florida, et al.,<br><br>　　　　Defendants. | Consolidated Case<br>No. 4:19-cv-300-RH-CAS |

### **NOTICE OF PLAINTIFFS' EXHIBITS**

Pursuant to the Court's order of April 2, 2020 concerning trial procedures, ECF No. 317, Plaintiffs hereby submit as attachments hereto all previously unfiled exhibits. In addition, Plaintiffs provide as Exhibit A hereto a table of all Plaintiffs' trial exhibits. That table includes a docket (ECF) number for reference for any exhibit previously filed with the Court. If there is no docket number listed, the document is filed as an attachment hereto.

For the benefit of the Court and Defendants, Plaintiffs note a number of differences between this list and the list filed with the Court on April 14, 2020, ECF No. 339-1. First, Plaintiffs have removed 288 exhibits that they hereby withdraw from the Court's consideration. Second, Plaintiffs have added a few exhibits to that list. These include: (1) deposition transcripts previously disclosed pursuant to Rule

1

Case 4:19-cv-00300-RH-MJF   Document 360   Filed 04/18/20   Page 2 of 4

26(a)(3), *see* ECF No. 282, but not previously assigned an exhibit number (PX911, PX912, PX913, PX914); (2) documents obtained from Defendant Bennett, Supervisor of Elections of Manatee County since April 13, 2020, and up to, and including, today (PX908, PX915); and (3) the previously filed declarations of Plaintiff Moreland, *see* ECF No. 211-2, and NAACP member Anthrone Oats, *see* ECF No. 211-4 (PX909 and PX910, respectively). Third, Plaintiffs note that although versions of PX74, PX96, and PX103 were previously filed, Plaintiffs are re-filing complete versions here. Finally, Plaintiffs have not filed Plaintiffs' exhibits that consist of videos. Instead, the parties have jointly provided links to those exhibits, among others, today. ECF No. 341.

Respectfully submitted,

/s/ *Sean Morales-Doyle*

| | |
|---|---|
| Sean Morales-Doyle* | Leah C. Aden* |
| Eliza Sweren-Becker* | John S. Cusick* |
| Myrna Pérez | NAACP Legal Defense and |
| Wendy Weiser | Educational Fund, Inc. |
| Brennan Center for Justice at NYU | 40 Rector Street, 5th Floor |
| School of Law | New York, NY 10006 |
| 120 Broadway, Suite 1750 | Tel: (212) 965-2200 |
| New York, NY 10271 | laden@naacpldf.org |
| Tel: (646) 292-8310 | jcusick@naacpldf.org |
| sean.morales-doyle@nyu.edu | |
| eliza.sweren-becker@nyu.edu | Jennifer A. Holmes* |
| myrna.perez@nyu.edu | NAACP Legal Defense and |
| wendy.weiser@nyu.edu | Educational Fund, Inc. |
| | 700 14th Street, N.W., Suite 600 |
| Julie A. Ebenstein (Fla. Bar No. 91033) | Washington D.C. 20005 |

2

R. Orion Danjuma\*
Jonathan S. Topaz\*
Dale E. Ho\*\*
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 284-7332
jebenstein@aclu.org
odanjuma@aclu.org
jtopaz@aclu.org
dho@aclu.org

Daniel Tilley (Fla. Bar No. 102882)
Anton Marino (Fla. Bar No. 1021406)
American Civil Liberties Union of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
amarino@aclufl.org

Tel: (202) 682-1300
jholmes@naacpldf.org

Pietro Signoracci\*
David Giller\*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
psignoracci@paulweiss.com
dgiller@paulweiss.com

*Counsel for Gruver Plaintiffs*

/s/ *Nancy G. Abudu*
Nancy G. Abudu (Fla. Bar No. 111881)
Caren E. Short\*
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031-1287
Tel: (404) 521-6700
nancy.abudu@splcenter.org
caren.short@splcenter.org

*Counsel for Plaintiffs Rosemary Osborne McCoy & Sheila Singleton*

/s/ *Danielle M. Lang*
Danielle M. Lang*
Mark P. Gaber*
Molly E. Danahy*
Jonathan M. Diaz*
Blair Bowie*
Campaign Legal Center
1101 14th Street, Ste. 400
Washington, D.C. 20005
Tel: (202) 736-2200
dlang@campaignlegal.org
mgaber@campaignlegal.org
mdanahy@campaignlegal.org
jdiaz@campaignlegal.org
bbowie@campaignlegal.org

Chad W. Dunn (Fla. Bar No. 119137)
Brazil & Dunn 1200 Brickell Ave,
Suite 1950
Miami, FL 33131
Tel: (305) 783-2190
chad@brazilanddunn.com

*Counsel for Raysor Plaintiffs*

\* *admitted pro hac vice*
\*\* *pro hac vice application forthcoming*