UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES, *et al.*,

    Plaintiffs,

v.                                              Case No. 4:19-cv-300-RH/MJF

RON DeSANTIS, *et al.*,

    Defendants.
_____/

**STATE DEFENDANTS' NOTICE OF FILING EXHIBITS
TO BE USED WITH STATE DEFENDANTS' WITNESSES**

    This Court's April 2, 2020 Order on Trial Procedures provides that "the party who intends to call a witness must file a notice listing each exhibit the party intends to use with the witness." ECF No. 317 at 2. Consistent with the Order, Governor Ron DeSantis and Secretary of State Laurel M. Lee ("State Defendants") note that they intend to use the following exhibits with the witnesses listed below:

1. Maria Matthews: Defendants' Exhibits 3-4, 9-12, 15-16, 17A-17N, 18-20, 27, 53-56, 142-144, and 167-170.

2. Michael Barber, Ph. D.: Defendants' Exhibits 9, 13-15, 17O-17P, 20-22, 26, 28, 29-43, 58-67, and 146.

3. Mary Adkins: Defendants' Exhibits 9, 20, and 145.

4. Desmond Meade: Defendants Exhibits' 1-2, 29-43, and 132.

1

It is State Defendants' understanding that the Parties will jointly move to introduce into the record all exhibits for which there is no objection into evidence at the beginning of trial. As such, State Defendants have not listed a witness with each exhibit that may be considered by the Court on the merits.

Respectfully submitted this 20th day of April, 2020,

| | |
|---|---|
| JOSEPH W. JACQUOT<br>(FBN 189715)<br>General Counsel<br>joe.jacquot@eog.myflorida.com<br>NICHOLAS A. PRIMROSE<br>(FBN 104804)<br>Deputy General Counsel<br>nicholas.primrose@eog.myflorida.com<br>JOSHUA PRATT (FBN 119347)<br>Assistant General Counsel<br>joshua.pratt@eog.myflorida.com<br>Executive Office of the Governor<br>400 S. Monroe St., PL-5<br>Tallahassee, FL 32399<br><br>*Counsel for Florida Governor Ron DeSantis* | BRADLEY R. MCVAY (FBN 79034)<br>General Counsel<br>brad.mcvay@dos.myflorida.com<br>ASHLEY E. DAVIS (FBN 48032)<br>Deputy General Counsel<br>ashley.davis@dos.myflorida.com<br>Florida Department Of State<br>R.A. Gray Building Suite, 100<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250<br>Phone: (850) 245-6536<br>Fax: (850) 245-6127<br><br>MOHAMMAD O. JAZIL<br>(FBN 72556)<br>mjazil@hgslaw.com<br>GARY V. PERKO (FBN 855898)<br>gperko@hgslaw.com<br>EDWARD M. WENGER<br>(FBN 85568)<br>ewenger@hgslaw.com<br>Hopping Green & Sams, P.A.<br>119 South Monroe Street, Suite 300<br>Tallahassee, Florida 32301<br>Phone: (850) 222-7500<br>Fax: (850) 224-8551<br><br>*/s/ Tara R. Price*<br>GEORGE N. MEROS, JR.<br>(FBN 263321) |

george.meros@hklaw.com
TARA R. PRICE (FBN 98073)
tara.price@hklaw.com
Holland & Knight LLP
315 South Calhoun Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 224-7000

*Counsel for Florida Secretary of State Laurel M. Lee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record via email on April 20, 2020.

*/s/ Tara R. Price*
Attorney