UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES, et al.,

       Plaintiffs,

v.

RON DESANTIS, in his official capacity as Governor of Florida, et al.,

       Defendants.

Consolidated Case
No. 4:19-cv-300-RH-CAS

## PLAINTIFFS' EMERGENCY MOTION TO REPLACE UNREDACTED EXHIBIT

*Gruver*, *McCoy*, *and Raysor* Plaintiffs (collectively, "Plaintiffs") in this consolidated action file this motion to respectfully move the Court to replace an incorrectly and recently disclosed exhibit filed in the above captioned case.[1] On April 18, 2020, ECF No. 354-7, or Plaintiffs' Exhibit 531 ("PX531"), was unintentionally filed containing unredacted personal information, as well as irrelevant pages that were erroneously included. Per Local Rule 5.5 (E) of the United States District Court for the Northern District of Florida, Plaintiffs

---

[1] Although Plaintiffs advised Defendants of this error, due to the urgency of this request, Plaintiffs did not request Defendants' position regarding this motion. Accordingly, Plaintiffs request that the Court should properly consider this motion without Defendants' position pursuant to N.D. Fla. Loc. R. 7.1(B).

promptly move to file a properly redacted and corrected substitute to remove such personal information from the public docket.

Wherefore, Plaintiffs respectfully request that this Court replace PX531 with the redacted version (attached as "Exhibit A") of the correct exhibit as a properly filed replacement for ECF No. 354-7 for this case and on the docket.

**Date: April 22, 2020**

Respectfully submitted,

*/s/ Leah C. Aden*
Leah C. Aden*
John S. Cusick*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
laden@naacpldf.org
jcusick@naacpldf.org

Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street, N.W.,Suite 600
Washington D.C. 20005
Tel: (202) 682-1300
jholmes@naacpldf.org

Julie A. Ebenstein (Fla. Bar No. 91033)
R. Orion Danjuma*
Jonathan S. Topaz*
Dale E. Ho**
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 284-7332
jebenstein@aclu.org
odanjuma@aclu.org
jtopaz@aclu.org
dho@aclu.org

Sean Morales-Doyle*
Eliza Sweren-Becker*
Myrna Pérez

Wendy Weiser
Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu

Daniel Tilley (Fla. Bar No. 102882)
Anton Marino (Fla. Bar No. 1021406)
American Civil Liberties Union of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
amarino@aclufl.org

Pietro Signoracci*
David Giller*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
psignoracci@paulweiss.com
dgiller@paulweiss.com

*Counsel for Gruver Plaintiffs*

/s/ *Nancy G. Abudu*
Nancy G. Abudu (Fla. Bar No. 111881)
Caren E. Short*
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031-1287
Tel: (404) 521-6700
nancy.abudu@splcenter.org
caren.short@splcenter.org

*Counsel for Plaintiffs Rosemary Osborne McCoy & Sheila Singleton*

| | |
|---|---|
| /s/ *Danielle M. Lang* | Chad W. Dunn† |
| Danielle M. Lang* | (Fla. Bar No. 119137) |
| Mark P. Gaber*† | Brazil & Dunn 1200 Brickell Ave, |
| Molly E. Danahy* | Suite 1950 |
| Jonathan M. Diaz* | Miami, FL 33131 |
| Blair Bowie* | Tel: (305) 783-2190 |
| Campaign Legal Center | chad@brazilanddunn.com |
| 1101 14th Street, Ste. 400 | |
| Washington, D.C. 20005 | |
| Tel: (202) 736-2200 | |
| dlang@campaignlegal.org | |
| mgaber@campaignlegal.org | |
| mdanahy@campaignlegal.org | |
| jdiaz@campaignlegal.org | |
| bbowie@campaignlegal.org | |

*Counsel for Raysor Plaintiffs*

* Admitted *Pro Hac Vice*
** *Pro Hac Vice* application forthcoming
† Class Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2020, I served a true and correct copy of the foregoing document via electronic notice by the CM/ECF system on all counsel or parties of record.

*/s/ Leah C. Aden*
Leah C. Aden

*Counsel for Plaintiffs*
