UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| KELVIN LEON JONES, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RON DESANTIS, in his official capacity as Governor of Florida, et al.,<br><br>　　　　Defendants. | Consolidated Case<br>No. 4:19-cv-300-RH-CAS |

**PLAINTIFFS' NOTICE OF FILING OF EXHIBITS TO
BE USED FOR CROSS-EXAMINATION**

Plaintiffs hereby provide notice of the exhibits they intend to use during the cross-examination of the witnesses designated by Defendants (ECF 279, 365). A list of exhibits for cross-examination is attached hereto as Exhibit 1. Plaintiffs incorporate and reserve the right to use the exhibits designated for use by Defendants in their direct examination of their witness for use as rebuttal and cross-examination exhibits. *Id.* Exhibits marked "IMXX" are designated as impeachment exhibits.

1

In addition, Plaintiffs' amend their list of exhibits to be used with their witness Dr. Daniel Smith, supplementing it with the addition of PX35 and PX36. These are listed at the bottom of Exhibit 1.

**Date: April 22, 2020**

Respectfully submitted,

<u>/s/ Julie A. Ebenstein</u>
Julie A. Ebenstein (Fla. Bar No. 91033)
R. Orion Danjuma*
Jonathan S. Topaz*
Dale E. Ho**
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 284-7332
jebenstein@aclu.org
odanjuma@aclu.org
jtopaz@aclu.org
dho@aclu.org

Sean Morales-Doyle*
Eliza Sweren-Becker*
Myrna Pérez
Wendy Weiser
Brennan Center for Justice at NYU
School of Law
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu

Leah C. Aden*
John S. Cusick*
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
laden@naacpldf.org
jcusick@naacpldf.org

Jennifer A. Holmes*
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street, N.W.,Suite 600
Washington D.C. 20005
Tel: (202) 682-1300
jholmes@naacpldf.org

Pietro Signoracci*
David Giller*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
psignoracci@paulweiss.com
dgiller@paulweiss.com

2

Daniel Tilley (Fla. Bar No. 102882)
Anton Marino (Fla. Bar No. 1021406)
American Civil Liberties Union of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
amarino@aclufl.org

*Counsel for Gruver Plaintiffs*

/s/ *Nancy G. Abudu*
Nancy G. Abudu (Fla. Bar No. 111881)
Caren E. Short*
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031-1287
Tel: (404) 521-6700
nancy.abudu@splcenter.org
caren.short@splcenter.org

*Counsel for Plaintiffs Rosemary Osborne McCoy & Sheila Singleton*

/s/ *Danielle M. Lang*  
Danielle M. Lang*  
Mark P. Gaber*†  
Molly E. Danahy*  
Jonathan M. Diaz*  
Blair Bowie*  
Campaign Legal Center  
1101 14th Street, Ste. 400  
Washington, D.C. 20005  
Tel: (202) 736-2200  
dlang@campaignlegal.org  
mgaber@campaignlegal.org  
mdanahy@campaignlegal.org  
jdiaz@campaignlegal.org  
bbowie@campaignlegal.org  

Chad W. Dunn†  
(Fla. Bar No. 119137)  
Brazil & Dunn 1200 Brickell Ave,  
Suite 1950  
Miami, FL 33131  
Tel: (305) 783-2190  
chad@brazilanddunn.com  

*Counsel for Raysor Plaintiffs*

\* Admitted *Pro Hac Vice*  
\*\* *Pro Hac Vice* application forthcoming  
† Class Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2020, I served a true and correct copy of the foregoing document via electronic notice by the CM/ECF system on all counsel or parties of record.

*/s/ Julie A. Ebenstein*
Julie A. Ebenstein

*Counsel for Plaintiffs*