# Exhibit 1

Plaintiffs' Trial Exhibits for Cross-Examination by Witness
*Jones v. DeSantis*, 4:19-cv-300

| Witness | Pls.' Cross Exs. | Description | ECF No. |
|---|---|---|---|
| **Maria Matthews** | *Plaintiffs incorporate the exhibits on their direct examination list* | | |
| **Michael Barber, Ph.D.** | DX21 | Prof. Michael Barber rebuttal expert report | 148-37 |
| | DX22 | Dr. Michael Barber's Supplemental Report in Response to Dr. Daniel Smith | 164-1 |
| | DX66 | Dr. Michael Barber's Expert Report regarding impact of language in ballot initiatives | 346-1 |
| | DX146 | Prof. Michael Barber rebuttal expert report | |
| | PX278 | Deposition Transcript & Exhibits for Dr. Michael Barber | 194-32 - 194-42 |
| | PX906 | 2d Deposition Transcript of Michael Barber & Exhibits | 363-2 |
| | PX894 | Second Supplemental Expert report of Dan Smith, Ph.D., FDOC Report and Individual County Report Attached | 334 |
| | PX892 | Expert Report of Traci Burch | 370-47 |
| | PX893 | Expert report of J. Morgan Kousser | 286-13 |
| | PX886 | Rebuttal Reports of Todd Donovan and Morgan Kousser | 360-43 |
| **Mary Adkins** | PX893 | Expert Report of J. Morgan Kousser | 286-13 |
| | PX907 | Deposition Transcript of Mary Adkins | 363-8 |
| **Desmond Meade** | *Plaintiffs understand that Defendants plan to rely on Mr. Meade's deposition testimony and incorporate by reference their cross-designations of Mr. Meade's deposition testimony.* | | |
| **Paul Lux** | PX25 | Transcript of Deposition of Mary Jane Arrington, Osceola County Supervisor of Election | 152-24 |
| | PX39 | Transcript of Deposition of Kim Barton, Alachua County Supervisor of Election | 153-3 |

1

Plaintiffs' Trial Exhibits for Cross-Examination by Witness
*Jones v. DeSantis*, 4:19-cv-300

| Witness | Pls.' Cross Exs. | Description | ECF No. |
|---|---|---|---|
| | PX48 | 02/18/19 Email from K. Perry to K. Barton, RE: 2019 Legislative Priorities for Supervisor of Elections | 152-45 |
| | PX49 | 04/26/19 Email from K. Barton to T. Williams, et al., RE: Legislative Update Revision | 152-46 |
| | PX55 | Volume 1 of Transcript of Deposition of Mark Earley, Leon County Supervisors of Elections | 152-52 |
| | PX88 | Transcript of Deposition of Toshia Brown, Chief of the Bureau of Voter Registration Services | 152-85 |
| | PX96 | Transcript of Deposition Maria Matthews, Director of Elections | 152-93 |
| | PX813 | 6/24/2019 Email from Tammy Jones to Vicki Cannon; Toshia Brown; Ron Labasky; Colleen O'Brien; Brad McVay, Subject: Felon File Processing | 359-31 |
| | PX881 | 4/24/2019 Email from Paul Lux to Jason Pizzo, Subject: Amendment 4 - Voter Registrations | 360-38 |
| | PX914 | Continued Deposition Transcript of Maria Matthews and Exhibits | 363-20 |
| | DX167 | Procedures for Felon Matching dated April 17, 2020 | 343-1 |
| | DX168 | Fully executed Interagency Agreement between FCOR and Florida DOS dated April 17, 2020 | 343-2 |
| | DX169 | Draft rule language for Florida voter registration form 1S-2.040 dated April 17, 2020 | 343-3 |

Plaintiffs' Trial Exhibits for Cross-Examination by Witness
*Jones v. DeSantis*, 4:19-cv-300

| Witness | Pls.' Cross Exs. | Description | ECF No. |
|---|---|---|---|
| | DX170 | Contingent draft rule language for Florida voter registration form 1S-2.040 dated April 17, 2020 | 343-4 |
| | IM1 | James Call, *'Tremendous workload': Amendment 4 law creates bureaucratic puzzle in Florida,* News-Press (July 2, 2019), https://www.news-press.com/story/news/politics/elections/2019/07/02/amendment-4-law-creates-election-confusion-florida/1626765001/ | |
| | IM2 | Sam Levine, *The Biggest Voting Rights Win in Recent US History – and The Republicans Trying to Thwart It*, The Guardian (Jan. 9, 2020), https://www.theguardian.com/us-news/2020/jan/09/florida-voting-rights-felons-amendement-4 | |
| | IM3 | Sandra Averhart, Election Proceeds Amid Amendment 4 Uncertainty, wuwf 88.1 (Mar. 5, 2020), https://www.wuwf.org/post/election-proceeds-amid-amendment-4-uncertainty#stream/0 | |

| Witness | Pls.' Direct Exs. | Description | ECF No. |
|---|---|---|---|
| **Daniel Smith, Ph.D.** | PX35 | Florida Voter Registration Application (eff. 10/2013) | 152-33 |
| | PX36 | Florida Voter Registration Application (eff. 7/2019) | 152-34 |