UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES, et al.,

       Plaintiffs,

v.

RON DESANTIS, in his official capacity as Governor of Florida, et al.,

       Defendants.

Consolidated Case
No. 4:19-cv-300-RH-CAS

## PLAINTIFFS' MOTION TO REPLACE EXHIBIT

*Gruver*, *McCoy*, and *Raysor* Plaintiffs (collectively, "Plaintiffs") in this consolidated action file this motion to respectfully request the Court replace a recently filed exhibit in the above captioned case. On April 17, 2020, ECF Nos. 363-9 through 363-14, or Plaintiffs' Exhibit 908 ("PX908"), was filed in accordance with this Court's Order to file all previously unfiled trial exhibits on the docket. ECF 317. Due to a glitch when compiling PX908, certain pages were inadvertently excluded while others contained errors. This exhibit is a subset of documents produced by Defendant Manatee County Supervisor of Elections in the week prior in response to a public records request, including some produced on April 17, 2020, the deadline to file all trial exhibits. In an effort to review the

voluminous production of more than 1,400 pages, compile the exhibit, and file it along with other trial exhibits, Plaintiffs failed to catch the error in PX908.

Wherefore, Plaintiffs respectfully request that this Court replace PX908 with the corrected version attached as "Exhibit A" as a properly filed replacement for ECF Nos. 363-9 through 363-14 for this case and on the docket.

**Date: April 22, 2020**

Respectfully submitted,

*/s/ Leah C. Aden*
Leah C. Aden*
John S. Cusick*
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
laden@naacpldf.org
jcusick@naacpldf.org

Jennifer A. Holmes*
NAACP Legal Defense and Educational
Fund, Inc.
700 14th Street, N.W., Suite 600
Washington D.C. 20005
Tel: (202) 682-1300
jholmes@naacpldf.org

Julie A. Ebenstein (Fla. Bar No. 91033)
R. Orion Danjuma*
Jonathan S. Topaz*
Dale E. Ho**
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 284-7332
jebenstein@aclu.org
odanjuma@aclu.org
jtopaz@aclu.org
dho@aclu.org

Sean Morales-Doyle*
Eliza Sweren-Becker*
Myrna Pérez

Wendy Weiser
Brennan Center for Justice at NYU
School of Law
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
sean.morales-doyle@nyu.edu
eliza.sweren-becker@nyu.edu

Daniel Tilley (Fla. Bar No. 102882)
Anton Marino (Fla. Bar No. 1021406)
American Civil Liberties Union of
Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
amarino@aclufl.org

Pietro Signoracci*
David Giller*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
psignoracci@paulweiss.com
dgiller@paulweiss.com

3

*Counsel for Gruver Plaintiffs*

/s/ *Nancy G. Abudu*
Nancy G. Abudu (Fla. Bar No. 111881)
Caren E. Short*
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031-1287
Tel: (404) 521-6700
nancy.abudu@splcenter.org
caren.short@splcenter.org

*Counsel for Plaintiffs Rosemary Osborne McCoy & Sheila Singleton*

/s/ *Danielle M. Lang*                                    Chad W. Dunn†
Danielle M. Lang*                                         (Fla. Bar No. 119137)
Mark P. Gaber*†                                           Brazil & Dunn 1200 Brickell Ave,
Molly E. Danahy*                                          Suite 1950
Jonathan M. Diaz*                                         Miami, FL 33131
Blair Bowie*                                              Tel: (305) 783-2190
Campaign Legal Center                                     chad@brazilanddunn.com
1101 14th Street, Ste. 400
Washington, D.C. 20005
Tel: (202) 736-2200
dlang@campaignlegal.org
mgaber@campaignlegal.org
mdanahy@campaignlegal.org
jdiaz@campaignlegal.org
bbowie@campaignlegal.org

*Counsel for Raysor Plaintiffs*

* Admitted *Pro Hac Vice*
** *Pro Hac Vice* application forthcoming
† Class Counsel

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), I hereby certify that on April 21, 2020, counsel for the Plaintiffs attempted to confer in good faith with counsel for Defendants. Counsel for Defendants did not respond to provide a position on this motion.

                                                  */s/Leah C. Aden*
                                                  Leah C. Aden

                                                  *Counsel for Gruver Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2020, I served a true and correct copy of the foregoing document via electronic notice by the CM/ECF system on all counsel or parties of record.

*/s/ Leah C. Aden*
Leah C. Aden

*Counsel for Gruver Plaintiffs*
