IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO. 4:19cv300-RH/MJF

RON DeSANTIS et al.,

    Defendants.

_____/

BONNIE RAYSOR et al.,

    Plaintiffs,

v.

CASE NO. 4:19cv301-RH-MJF

LAUREL M. LEE, in her official
capacity as Secretary of State, and

CRAIG LATIMER, in his official
capacity as Supervisor of Elections of
Hillsborough County, Florida,

    Defendants.

_____/

**ORDER AMENDING THE
COMPLAINT IN NO. 4:19cv301**

Case No. 4:19cv300-RH-MJF

The unopposed motion of the plaintiffs in Case No. 4:19cv301 to deem the complaint in that case amended to add as a defendant Craig Latimer, in his official capacity as Supervisor of Elections of Hillsborough County, Florida (ECF No. 15 in Case No. 4:19cv301 and ECF No. 400 in Consolidated Case No. 4:19cv300) is granted. Mr. Latimer is joined as a defendant in No. 4:19cv301 and is deemed to have asserted in that case all defenses he asserted in the consolidated case. The plaintiffs are not required to file anything further to confirm that the complaint in No. 4:19cv301 has been amended, and Mr. Latimer is not required to file an answer to the complaint as amended or to take any further action to preserve all defenses previously asserted.

SO ORDERED on May 7, 2020.

s/Robert L. Hinkle<br>
United States District Judge