REQUEST FOR AN ADVISORY OPINION

To the State of Florida Division of Elections:

I may have been convicted of one or more felonies. I request an advisory opinion on whether I owe a fine or restitution that makes me ineligible to vote.

[CHECK ALL THAY APPLY]

\_\_\_   I request a statement of the amount of any fine or restitution that must be paid to make me eligible to vote and an explanation of how the amount was calculated.

\_\_\_   I believe I am unable to pay the required amount.

\_\_\_   I am submitting a financial declaration. (This is not required but may assist the Division of Elections in processing the request for an advisory opinion.)

[PROVIDE AT LEAST ONE OF THE FOLLOWING]

My street address is:

My email address is:

[PROVIDE THE FOLLOWING ONLY IF YOU CHOOSE]

My telephone number is: