UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES, *et al.*,

    Plaintiffs,

v.

CONSOLIDATED
Case No. 4:19-cv-300-RH/MJF

RON DeSANTIS, *et al.*,

    Defendants.

_____/

## THE GOVERNOR & SECRETARY OF STATE'S NOTICE OF APPEAL

Notice is hereby given that Governor Ron DeSantis and Secretary of State Laurel M. Lee, defendants in the above-named case, appeal to the United States Court of Appeals for the Eleventh Circuit from the final order and judgment entered in this action on May 24, 2020 (ECF 420) and May 26, 2020 (ECF 421), and from all previous rulings, opinions, and orders entered in this case. More specifically, the Governor and Secretary file this Notice of Appeal only in Case No. 4:19-cv-300 because all "five cases [concerning challenges to Amendment 4 and SB7066] are consolidated for all purposes," and this Court has directed that "[a]ll filing must be made in the consolidated electronic case file, No. 419cv300." ECF 420 at 118, ¶ 1.[1]

---

[1] This Court in an earlier order had consolidated the five cases for "case management purposes only," ECF 93 at 3, ¶ 1, and said that "[a] paper—other than a complaint (or counterclaim, cross-claim, or third-party complaint), answer, motion to intervene, judgment, notice of appeal, or amended version of any of them—that is

1

Respectfully submitted by:

| | |
|---|---|
| JOSEPH W. JACQUOT<br>(FBN 189715)<br>General Counsel<br>joe.jacquot@eog.myflorida.com<br>NICHOLAS A. PRIMROSE<br>(FBN 104804)<br>Deputy General Counsel<br>nicholas.primrose@eog.myflorida.com<br>JOSHUA E. PRATT (FBN 119347)<br>Assistant General Counsel<br>joshua.pratt@eog.myflorida.com<br>Executive Office of the Governor<br>400 S. Monroe St., PL-5<br>Tallahassee, FL 32399<br>Telephone: (850) 717-9310<br>Fax: (850) 488-9810<br><br>*Counsel for Governor Ron DeSantis*<br><br>GEORGE N. MEROS, JR.<br>(FBN 263321)<br>george.meros@hklaw.com<br>TARA R. PRICE (FBN 98073)<br>tara.price@hklaw.com<br>Holland & Knight LLP<br>315 South Calhoun Street, Suite 600<br>Tallahassee, Florida 32301<br>Telephone: (850) 224-7000<br>Facsimile: (850) 224-8832 | BRADLEY R. MCVAY (FBN 79034)<br>General Counsel<br>brad.mcvay@dos.myflorida.com<br>ASHLEY E. DAVIS (FBN 48032)<br>Deputy General Counsel<br>ashley.davis@dos.myflorida.com<br>Florida Department Of State<br>R.A. Gray Building Suite, 100<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250<br>Phone: (850) 245-6536<br>Fax: (850) 245-6127<br><br>*/s/ Mohammad O. Jazil*<br>MOHAMMAD O. JAZIL<br>(FBN 72556)<br>mjazil@hgslaw.com<br>GARY V. PERKO (FBN 855898)<br>gperko@hgslaw.com<br>EDWARD M. WENGER<br>(FBN 85568)<br>ewenger@hgslaw.com<br>Hopping Green & Sams, P.A.<br>119 South Monroe Street, Suite 300<br>Tallahassee, Florida 32301<br>Phone: (850) 222-7500<br>Fax: (850) 224-8551<br><br>*Counsel for Florida Secretary of State Laurel M. Lee* |

---

filed in the common docket will be deemed filed in every case." *Id.* at 4, ¶ 2. The Governor and Secretary read this Court's subsequent final order as amending the earlier order and thus file their notice of appeal only in Case No. 4:19-cv-300.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record via email on May, 29 2020.

*/s/ Mohammad O. Jazil*
Attorney
