UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN LEON JONES, *et al.*,

    Plaintiffs,

v.

CONSOLIDATED
Case No. 4:19-cv-300-RH/MJF

RON DeSANTIS, *et al.*,

    Defendants.
_____/

## SECRETARY OF STATE'S NOTICE OF COMPLIANCE

    While the Secretary has moved for a stay of this Court's Final Order and Final Judgment and maintains that a stay is warranted, the Secretary notes that her office has taken the following steps to comply with the Final Order and Final Judgment:

    1.    Maria Matthews, Director of the Division of Elections, has reviewed the Final Order and Final Judgement.  She has also sent to all 67 Supervisors of Elections a copy of the Final Order and related attachments.  *See* **Exhibit 1**.

    2.    The Division of Elections has updated links to its webpages with the pre-SB 7066 voter registration form, in English and Spanish, which the Supervisors of Elections are welcome to link to through their respective websites.

    3.    The Division of Elections has updated its online voter registration system with the pre-SB 7066 voter registration questions, in English and Spanish; however, website visitors may have a prior version of the website cached in their

1

browser which may preclude them from viewing updated questions until they refresh the page. *See* https://registertovoteflorida.gov/home (last visited June 1, 2020).

    4.     The Division of Election has updated its advisory opinion webpage to include this Court's Final Order and the Advisory Opinion Form attached to that Final Order. *See* https://www.dos.myflorida.com/elections/laws-rules/advisory-opinions/ (last visited June 1, 2020).

    5.     Finally, the Division of Elections has made available a copy of this Court's "Standards Governing Eligibility to Vote After a Felony Conviction." *See* https://www.dos.myflorida.com/media/703156/attach2-standards-for-eligibilitywlink.pdf (last visited June 1, 2020).

Respectfully submitted by:

| | |
|---|---|
| GEORGE N. MEROS, JR.<br>(FBN 263321)<br>george.meros@hklaw.com<br>TARA R. PRICE (FBN 98073)<br>tara.price@hklaw.com<br>Holland & Knight LLP<br>315 South Calhoun Street, Suite 600<br>Tallahassee, Florida 32301<br>Telephone: (850) 224-7000<br>Facsimile: (850) 224-8832 | BRADLEY R. MCVAY (FBN 79034)<br>General Counsel<br>brad.mcvay@dos.myflorida.com<br>ASHLEY E. DAVIS (FBN 48032)<br>Deputy General Counsel<br>ashley.davis@dos.myflorida.com<br>Florida Department Of State<br>R.A. Gray Building Suite, 100<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250<br>Phone: (850) 245-6536<br>Fax: (850) 245-6127<br><br>*/s/ Mohammad O. Jazil*<br>MOHAMMAD O. JAZIL<br>(FBN 72556)<br>mjazil@hgslaw.com<br>GARY V. PERKO (FBN 855898)<br>gperko@hgslaw.com<br>EDWARD M. WENGER<br>(FBN 85568)<br>ewenger@hgslaw.com<br>Hopping Green & Sams, P.A.<br>119 South Monroe Street, Suite 300<br>Tallahassee, Florida 32301<br>Phone: (850) 222-7500<br>Fax: (850) 224-8551 |
| Dated:  June 2, 2020 | *Counsel for Florida Secretary of State Laurel M. Lee* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record via email on June 2, 2020.

*/s/ Mohammad O. Jazil*
Attorney
