IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12003-B

_____

KELVIN LEON JONES,
BONNIE RAYSOR,
DIANE SHERRILL,
Individually and on behalf of others similarly
situated,
JEFF GRUVER,
EMORY MARQUIS MITCHELL,
MARQ, et al.,

Plaintiffs - Appellees,

JESSE D HAMILTON,

Plaintiff,

versus

GOVERNOR OF FLORIDA,
FLORIDA SECRETARY OF STATE,

Defendants - Appellants,

CRAIG LATIMER,
In his official capacity as supervisor of elections
of Hillsborough County Florida, an indispensable
party, et al.,

Defendants.

_____

On Appeal from the United States
District Court for the Northern District of Florida
_____

ORDER:

"Defendants-Appellants' Motion to Expedite Appeal" is GRANTED as follows:

The initial brief is due June 19, 2020, with the appendix due 7 days after the initial brief is

filed.

The response brief is due July 17, 2020.

The reply brief is due July 29, 2020.

The Clerk is DIRECTED to place this appeal on the argument calendar for the week of

August 10, 2020 in Atlanta, Georgia.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE