# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KELVIN LEON JONES, *et al.*,

    Plaintiffs,

v.

CONSOLIDATED
Case No. 4:19-cv-300-RH/MJF

RON DeSANTIS, *et al.*,

    Defendants.

_____/

## **PLAINTIFFS McCOY AND SINGLETON'S NOTICE OF CROSS-APPEAL**

Notice is hereby given that Rosemary Osborne McCoy and Sheila Singleton, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order and Final Judgment entered in this action on May 24, 2020 (ECF 420) and May 26, 2020 (ECF 421). The *McCoy* Plaintiffs appeal claims that were raised only in their case, which was originally filed as Case No. 4:19-cv-304, but file this appeal in the consolidated Case No. 4:19-cv-300 as this Court has directed.

    Respectfully submitted by:

                                          */s/ Nancy G. Abudu*
                                          Nancy G. Abudu
                                          Fla. Bar No. 111881
                                          Caren E. Short
                                          SOUTHERN POVERTY LAW
                                          CENTER

P.O. Box 1287
Decatur, GA 30031-1287
Tel: 404-521-6700
Fax: 404-221-5857
nancy.abudu@splcenter.org
caren.short@splcenter.org

*Counsel for Plaintiffs Rosemary McCoy & Sheila Singleton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2020, I served a true and correct copy of the foregoing document via electronic notice via the CM/ECF system on all counsel or parties of record.

*/s/ Nancy G. Abudu*
Nancy G. Abudu
