IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12003-AA

_____

KELVIN LEON JONES,
BONNIE RAYSOR,
DIANE SHERRILL,
Individually and on behalf of others similarly situated,
JEFF GRUVER,
EMORY MARQUIS MITCHELL,
MARQ, et al.,

                                        Plaintiffs - Appellees,

ROSEMARY MCCOY,
SHEILA SINGLETON,

                                        Plaintiffs - Appellees - Cross - Appellants,

versus

GOVERNOR OF FLORIDA,
FLORIDA SECRETARY OF STATE,

                                        Defendants - Appellants - Cross Appellees,

_____

On Appeal from the United States
District Court for the Northern District of Florida

_____

Before WILLIAM PRYOR, Chief Judge, WILSON, MARTIN, JORDAN, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, and LAGOA, Circuit Judges.[*]

BY THE COURT:

---

[*] Judge Rosenbaum and Judge Brasher have recused themselves from this case and did not participate in the consideration or decision of the motion for clarification.

The motion of Plaintiffs-Appellees for clarification of the order granting a stay is GRANTED IN PART with respect to the claim under the National Voter Registration Act. Our order granting a stay of the permanent injunction pending appeal does not extend to the district court's ruling or injunctive relief regarding the noncompliant registration form under the Act. In all other respects, the stay remains in place.