# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 13, 2020

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 20-12003-AA
Case Style: Kelvin Jones, et al v. Governor of Florida, et al
District Court Docket No: 4:19-cv-00300-RH-MJF
Secondary Case Number: 4:19-cv-00304-RH-MAF

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 20-12003

_____

District Court Docket Nos.
4:19-cv-00300-RH-MJF; 4:19-cv-00304-RH-MAF

KELVIN LEON JONES,
BONNIE RAYSOR,
DIANE SHERRILL,
Individually and on behalf of others similarly situated,
JEFF GRUVER,
EMORY MARQUIS MITCHELL,
MARQ, et al.,

                                                                Plaintiffs - Appellees,

ROSEMARY MCCOY,
SHEILA SINGLETON,

                                                                Plaintiffs - Appellees -
                                                                Cross - Appellants,

JESSE D HAMILTON,

                                                               Plaintiff,

versus

GOVERNOR OF FLORIDA,
FLORIDA SECRETARY OF STATE,

                                                               Defendants - Appellants,
                                                               Cross Appellees,

CRAIG LATIMER,
In his official capacity as supervisor of elections
of Hillsborough County Florida, an indispensable
party, et al.,

                                                               Defendants.

ISSUED AS MANDATE 10/13/2020

Appeal from the United States District Court for the
Northern District of Florida

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 11, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Bill of Costs**

Court of Appeals Docket No. __20-12003__

Kelvin Jones, et al.  vs.  Governor of Florida, et al.

<span style="color:red">A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.</span>

**INSTRUCTIONS**

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | — | — | $500.00 | $500.00 |
| Appellant's Brief | | X | 88 | 12 | 1,056 | $264.00 | $264.00 |
| Appendix | | X | 1,255 | 2 | 2,510 | $627.00 | $627.00 |
| Appellee's Brief | | | | | | | |
| Reply Brief | | X | 76 | 7 | 532 | $133.00 | $133.00 |
| Appellants' Initial Opening Brief (filed 6/19/20) | X | | 78 | 7 | 546 | $81.90 | $81.90 |
| Appellants' Initial Appendix (filed 6/19/2020) | X | | 1,240 | 2 | 2,480 | $372.00 | $372.00 |
| *Note: If reproduction was done commercially, receipt(s) must be attached. See Attach. A | | | | | TOTAL | $1,977.90 REQUESTED | $ $1,977.90 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _(signed)_   Date Signed: 9/25/2020

Attorney Name: Mohammad O. Jazil   Attorney for: Laurel M. Lee, Secretary of State
(Type or print your name)   (Type or print name of client)

E-mail: mjazil@hgslaw.com   Phone: 850-222-7500

Street Address/City/State/Zip: 119 S. Monroe St. Tallahassee, FL 32301

---

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ __$1,977.90__ against __Appellees__
and are payable directly to __Appellants__

David J. Smith, Clerk of Court

Issued on: _____   By: Tresa A. Porter   DATE: 9/28/2020
                       Deputy Clerk

BOC Rev.: 6/17

ISSUED AS MANDATE 10/13/2020

# ATTACHMENT A

ISSUED AS MANDATE 10/13/2020

# byron s adams

1615 L Street NW #100 Level 1C
Washington, DC  20036

Corp. ID   52-1335902
Phone #   202-347-8203
Fax #   202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 7/22/2020 | 035737 |

**Client:**

COOPER & KIRK, PLLC
ATTN: JOHN BROWN
1523 NEW HAMPSHIRE AVE., NW
WASHINGTON, DC 20036

**Re:**

KELVIN LEON JONES, ET AL.,
Plaintiffs-Appellees,
v.
RON DESANTIS, ET AL.,
Defendants-Appellants.

Client ID:   **COOPERK**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 23345 | NET 30 Days | JOHN BR0WN | 8/21/2020 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 12 copies - United States Court of Appeals for the Eleventh Circuit, No. 20-12003, En Banc Opening Brief Of Defendants-Appellants | 641.18T |

| | | |
|---|---|---|
| | **Subtotal** | $641.18 |
| | **Sales Tax (6.0%)** | $38.47 |
| | **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

**Balance Due**   **$679.65**

ISSUED AS MANDATE 10/13/2020

# byron s adams

# Invoice

1615 L Street NW #100 Level 1C
Washington, DC  20036

Corp. ID  52-1335902
Phone #  202-347-8203
Fax #  202-887-7011

| Date | Invoice # |
|---|---|
| 7/23/2020 | 035741 |

**Client:**

COOPER & KIRK, PLLC
ATTN: JOHN BROWN
1523 NEW HAMPSHIRE AVE., NW
WASHINGTON, DC 20036

**Re:**

KELVIN LEON JONES, ET AL.,
Plaitiffs-Appellees,
v.
RON DESANTIS, ET AL.,
Defendants-Appellants

Client ID:  **COOPERK**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 23347 | NET 30 Days | JOHN BR0WN | 8/22/2020 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 2 copies each - Volumes I, II, III, IV, V & VI:<br>- United States Court of Appeals for the Eleventh Circuit, No. 20-12003, Appendix | 1,523.78T |

| | |
|---|---|
| **Subtotal** | $1,523.78 |
| **Sales Tax (6.0%)** | $91.43 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

**Balance Due**  $1,615.21

# byron s adams

1615 L Street NW #100 Level 1C
Washington, DC  20036

Corp. ID  52-1335902
Phone #  202-347-8203
Fax #  202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 8/12/2020 | 035761 |

| Client: |
|---|
| COOPER & KIRK, PLLC<br>ATTN: JOHN BROWN<br>1523 NEW HAMPSHIRE AVE., NW<br>WASHINGTON, DC 20036 |

| Re: |
|---|
| KELVIN LEON JONES, ET AL.,<br>Plaintiffs-Appellee,<br>v.<br>RON DESANTIS, ET AL.,<br>Defendants-Appellants |

Client ID:  **COOPERK**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 23378 | NET 30 Days | JOHN BR0WN | 9/11/2020 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 7 copies - United States Court of Appeals for the Eleventh Circuit, No. 20-12003, En Banc Reply Brief Of Defendants-Appellants | 452.13T |

| | |
|---|---|
| **Subtotal** | $452.13 |
| **Sales Tax (6.0%)** | $27.13 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$479.26** |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

ISSUED AS MANDATE 10/13/2020

## byron s adams

1615 L Street NW #100 Level 1C
Washington, DC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 8/12/2020 | 035762 |

| Client: |
|---|
| COOPER & KIRK, PLLC<br>ATTN: JOHN BROWN<br>1523 NEW HAMPSHIRE AVE., NW<br>WASHINGTON, DC 20036 |

| Re: |
|---|
| KELVIN LEON JONES, ET AL.,<br>Plaintiff-Appellees,<br>v.<br>RON DESANTIS, ET AL.,<br>Defendants-Appellants |

Client ID: **COOPERK**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 23379 | NET 30 Days | JOHN BR0WN | 9/11/2020 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 2 copies - United States Court of Appeals for the Eleventh Circuit, No. 20-12003, Supplemental Appendix Of Defendants-Appellants | 246.70T |

| | | |
|---|---|---|
| | **Subtotal** | $246.70 |
| | **Sales Tax (6.0%)** | $14.80 |
| | **Payments/Credits** | $0.00 |

| TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice. | **Balance Due** | **$261.50** |
|---|---|---|

ISSUED AS MANDATE 10/13/2020