IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 20-12304-W

ROSEMARY MCCOY,
SHEILA SINGLETON,

                    Plaintiffs - Appellants,

versus

GOVERNOR OF FLORIDA,
CRAIG LATIMER,
in his Official Capacity as Supervisor of Elections of
Hillsborough County Florida an Indispensible Party, et al.,

                    Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of Florida

ORDER:

Attorney Mohammad O. Jazil has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir.R.34-4(e), Attorney Mohammad O. Jazil is GRANTED leave to appear in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 06, 2021

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 20-12304-W
Case Style: Rosemary McCoy, et al v. Governor of Florida, et al
District Court Docket No: 4:19-cv-00300-RH-MJF
Secondary Case Number: 4:19-cv-00304-RH-MAF

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Valerie L Geddis
Phone #: (404) 335-6143

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12304-W

_____

ROSEMARY MCCOY,
SHEILA SINGLETON,

                    Plaintiffs - Appellants,

versus

GOVERNOR OF FLORIDA,
CRAIG LATIMER,
in his Official Capacity as Supervisor of Elections of
Hillsborough County Florida an Indispensible Party, et al.,

                    Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER:

    Attorney Mohammad O. Jazil has submitted an appearance of counsel to appear in this appeal.

    Consistent with 11th Cir.R.34-4(e), Attorney Mohammad O. Jazil is GRANTED leave to appear in this appeal.

                                      DAVID J. SMITH
                            Clerk of the United States Court of
                               Appeals for the Eleventh Circuit

                          ENTERED FOR THE COURT - BY DIRECTION