# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 20-12304

_____

KEVIN LEON JONES, et al.,

Plaintiffs,

ROSEMARY MCCOY,
SHEILA SINGLETON,

Plaintiffs-Appellants,

versus

GOVERNOR OF FLORIDA,
CRAIG LATIMER,
in his Official Capacity as Supervisor of Elections of
Hillsborough County Florida an Indispensible Party,
SECRETARY, STATE OF FLORIDA,
KIM A. BARTON,
in her Official Capacity as Supervisor of Elections
for Alachua County,
PETER ANTONACCI,

in his Official Capacity as Supervisor of Elections for Broward County, et al.,

                                          Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:19-cv-00300-RH-MJF

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 18, 2021

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 16, 2021

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 20-12304-AA
Case Style: Rosemary McCoy, et al v. Governor of Florida, et al
District Court Docket No: 4:19-cv-00300-RH-MJF
Secondary Case Number: 4:19-cv-00304-RH-MAF

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate